## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ———————————————— | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE ROCKPORT COMPANY, LLC, *et al.*, | ) | Case No. 18-11145 (LSS) |
| | ) | |
| Debtors. [1] | ) | (Jointly Administered) |
| | ) | |
| ———————————————— | ) | **Re: Docket No. 24** |

### NOTICE OF FILING OF
### FIRST AMENDMENT TO STALKING HORSE AGREEMENT

PLEASE TAKE NOTICE that on May 14, 2018, The Rockport Company, LLC and certain of its affiliates that are debtors and debtors in possession (collectively, the "**Debtors**") entered into that certain Asset Purchase Agreement (the "**Stalking Horse Agreement**") with CB Marathon Opco, LLC (the "**Stalking Horse Bidder**").

PLEASE TAKE FURTHER NOTICE that on May 14, 2018, the Debtors filed the *Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* [Docket No. 24] (the "**Sale**

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Rockport Blocker, LLC (5097), The Rockport Group Holdings, LLC (3025), TRG 1-P Holdings, LLC (4756), TRG Intermediate Holdings, LLC (8931), TRG Class D, LLC (4757), The Rockport Group, LLC (5559), The Rockport Company, LLC (5456), Drydock Footwear, LLC (7708), and DD Management Services LLC (8274).  The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

**Motion**") with the United States Bankruptcy Court for the District of Delaware.  The Stalking

Horse Agreement is attached as <u>Exhibit B</u> to the Sale Motion.

PLEASE TAKE FURTHER NOTICE that following the filing of the Sale Motion, the

Debtors and the Stalking Horse Bidder entered into *Amendment No. 1 to Asset Purchase*

*Agreement* (the "**Amendment**"), amending the provisions of Section 7.1 of the Stalking Horse

Agreement.  A copy of the Amendment is attached hereto as <u>Exhibit 1</u>.

Dated: May 18, 2018
     Wilmington, Delaware

<u>*/s/ Mark D. Collins*</u>

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Megan E. Kenney (No. 6426)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Fax:  302-651-7701
Email:  collins@rlf.com
     merchant@rlf.com
     steele@rlf.com
     schlauch@rlf.com
     kenney@rlf.com

*Proposed Counsel to the Debtors*
