**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| The Rockport Company LLC | : | Case No. 18-11145 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.       **Earth, Inc.** Attn: Dan Logan, 41 Seyon Street, Suite 400, Waltham, MA 02453, Phone: 781-547-7184; Fax: 781-207-1052

2.       **Hemisphere Design & Manufacturing LLC**, Attn: Emily Barrack, 25215 Rye Canyon Road, Valencia, CA 91355, Phone: 661-294-9500, Fax: 661-294-9504

3.       **Simon Property Group, LP.,** Attn: Ronald Tucker, 225 West Washington Street, Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901


      ANDREW R. VARA
      Acting United States Trustee, Region 3


      /s/ *Brya Keilson* for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: May 23, 2018

Attorney assigned to this Case: Brya Keilson, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark Collins, Esq. and Amanda Steele, Esq. Phone: (302) 651-7700, Fax: (302) 651-7701