## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| THE ROCKPORT COMPANY, LLC, *et al.*,[1] | : | Case No. 18-11145 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

The Rockport Company, LLC  and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") and together with the Schedules, (the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 1007-1 and 1007-2 of the of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: The Rockport Company, LLC (5456), case no. 18-11145; Rockport Blocker, LLC (5097), case no. 18-11146; The Rockport Group Holdings, LLC (3025), case no. 18-11147; TRG 1-P Holdings, LLC (4756), case no. 18-11148; TRG Intermediate Holdings, LLC (8931), case no. 18-11149; TRG Class D, LLC (4757), case no. 18-11150; The Rockport Group, LLC (5559), case no. 18-11151; Drydock Footwear, LLC (7708), case no. 18-11152; DD Management Services LLC (8274), case no. 18-11153; and Rockport Canada ULC (3548), case no. 18-11154. The Debtors' address is: 1220 Washington Street, West Newton, Massachusetts 02465.

arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Paul Kosturos, The Rockport Company, LLC's Interim Chief Financial Officer, has signed each of the Schedules and Statements. Mr. Kosturos is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Kosturos has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Kosturos has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

### Global Notes and Overview of Methodology

1.  **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description, designation, or Debtor against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim.

2.  **Description of Cases and "As Of" Information Date**. On May 14, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

    On May 15, 2018, the Bankruptcy Court entered the *Order Directing The Joint Administration of The Debtors' Chapter 11 Cases* [Docket No. 48]. On May 23, 2018, the United States Trustee for the District of Delaware filed the *Notice of Appointment of Committee of Unsecured Creditors* pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 96].

    The asset and liability information provided herein represents the asset and liability data of the Debtors as of the Petition Date, except as otherwise noted.

3.  **Net Book Value of Assets**. Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the Petition Date. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets.

4.    **Recharacterization**.  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

5.    **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6.    **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including, without limitation, accrued salaries and employee benefit accruals.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist.  In addition, certain immaterial assets and liabilities may have been excluded.

7.    **Insiders**.  For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to:  (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision making or corporate authority of such individual; or (d) whether the Debtors or such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

8.    **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.      **Executory Contracts and Leases**.  Although the Debtors made diligent attempts to attribute an executory contract or lease to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts and leases, including the right to amend Schedule G.

10.     **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims, as appropriate.

11.     **Claims Description**.  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, amount, liability, validity, priority or classification.    Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtors and the Debtors reserved the right to amend the Schedules and Statements accordingly.

12.     **Causes of Action**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13.     **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

- Undetermined Amounts.  The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

- Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are undetermined amounts, the actual total may be different than the listed total.

- Paid Claims. The Debtors have authority to pay certain outstanding prepetition liabilities pursuant to various Bankruptcy Court orders. Accordingly, certain outstanding liabilities may have been reduced by postpetition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements, or to take other action as is necessary and appropriate to avoid over-payment of, or duplicate payments for, any such liabilities.

  Schedule E/F might not contain all prepetition tax liabilities. Pursuant to the *Interim Order Authorizing the Debtors to Pay Certain Prepetition Taxes, Governmental Assessments and Fees* [Docket No. 53] (the "Tax Order"), the Bankruptcy Court granted the Debtors authority to pay or honor prepetition obligations to federal, state, and local taxing authorities.

- Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15. **Intercompany Payables and Receivables**. Intercompany payables and receivables between the Debtors are set forth on Schedule E/F or Schedule A/B.77, as applicable. The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts or notes would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

16. **Setoffs**. The Debtors periodically incur certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds, and disputes between the Debtors and their customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

17. **Global Notes Control**. In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary**. Except as otherwise noted, the asset and liability information provided herein represents the Debtors' data as of the Petition Date.

For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

In addition, on January 31, 2018, Rockport Blocker, LLC entered into that certain Assumption Agreement for the benefit of TRG Class D, LLC, The Rockport Group, LLC, The Rockport Company, LLC, Drydock Footwear, LLC, and DD Management Services LLC. Pursuant to the Assumption Agreement, Rockport Blocker, LLC assumed the funded indebtedness and contractual obligations of the following Debtors: TRG Class D, LLC, The Rockport Group, LLC, The Rockport Company, LLC, Drydock Footwear, LLC, and DD Management Services LLC. Notwithstanding the Assumption Agreement, the Debtors do not list any claims as between Rockport Blocker, LLC and the other Debtors party to the Assumption Agreement on their respective books and records. Accordingly, the liabilities, if any, of the Debtors party to the Assumption Agreement, are not set forth on the Schedules.

**Schedule A/B.11**. The doubtful or uncollectible amounts presented include reserves for, but not limited to, returns, sales allowances, and discounts. These were prorated to 90 days old or less and over 90 days old using the percentage of the total face amount that was 90 days old or less and over 90 days old.

**Schedule A/B.15**. Equity interests in subsidiaries and affiliates primarily arise from member interests. For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests.

**Schedule A/B.21**. The finished goods amounts presented are inclusive of inventory reserves, such as shrink.

**Schedule A/B.60**. Certain patents, copyrights, and trademarks are presented on The Rockport Company, LLC, although they might be the property of another Debtor or non-Debtor affiliate.

**Schedule A/B.61**. Certain internet domain names and websites are presented on The Rockport Company, LLC, although they might be the property of another Debtor or non-Debtor affiliate.

**Schedule A/B.77**. The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

**Schedule D**. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court (without negatively impacting rights reserved by or for the Official Committee of Unsecured Creditors), the Debtors reserve their rights to dispute or challenge the extent, validity, priority, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, subject to the exception set forth above, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of

the structure of any such transaction or any document or instrument (including, without limitation, any inter-creditor or intercompany agreement) related to such creditor's claim.  In certain instances, a Debtor may be a co-obligor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided on Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, perfection and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

The Debtors' Schedule D reflects obligations arising under the prepetition Revolving Credit Agreement (the "<u>Prepetition ABL Facility</u>") and the Notes Purchase Agreement (the "<u>Prepetition Notes Facility</u>"). As of the Petition Date, the aggregate amount due under the Prepetition ABL Facility is not less than $56,975,436.95, including letters of credit issued and accrued and unpaid interest, fees and expenses incurred in connection therewith. As of the Petition Date, the aggregate amount due under the Prepetition Notes Facility is not less than $188,253,357.91, including accrued and unpaid interest, fees and expenses incurred in connection therewith.

The Debtors have not included parties that may believe their Claims are secured through setoff rights.  Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facilities, only the administrative agents have been listed for purposes of Schedule D.

In response to "Describe debtor's property that is subject to lien", any description of the creditor's liens or their priority herein is qualified in its entirety by reference to the operative documents, agreements, schedules, any amendments and exhibits to the preceding and any documents evidencing perfection of such lien.  The Debtor is taking no position on the extent or priority of a particular creditor's lien in this document.

In response to "Describe the lien", see statement above regarding property subject to lien.

**<u>Schedule E/F</u>**.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

Certain of the Claims of state and local taxing authorities set forth in Schedule E/F, ultimately may be deemed to be secured Claims pursuant to state or local laws.

Certain of the Claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits.  The Debtors reserve their right to dispute or challenge whether Claims owing to various taxing authorities are entitled to priority, and the listing of any Claim on Schedule E/F does not constitute an admission that such Claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

The Claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert Claims objections and/or setoffs with respect to the same.

Pursuant to the *Interim Order Authorizing The Debtors To (A) Pay Certain Employee Compensation and Benefits, (B) Maintain and Continue Such Benefits and Other Employee-Related Programs, and (C) Pay Prepetition Claims of Independent Contractors and Temporary Workers* [Docket No. 57] (the "<u>Wages Order</u>"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The listed employee liabilities includes accrued vacation and severance. Liabilities related to accrued vacation are presented as of June 1, 2018, and are listed for retail employees who may be affected by the store closures. Liabilities related to severance are for parties who were not approved for payment under the Wages Order.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Schedule F does not contain all credits owed to customers. In the ordinary course of their business the Debtors may accrue credits owed to their customers which may be offset during future periods. Pursuant to the *Order Authorizing the Debtors to (A) Maintain Customer Programs and (B) Pay and Honor Related Prepetition Obligations* [Docket No. 55] (the "<u>Customer Order</u>"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations under various customer programs in the ordinary course.

Schedule F does not include entries related to Workers Compensation Claims, the disclosure of which may be a violation of HIPAA laws. These creditors have been included in the creditor matrix and will receive proofs of claim forms to be filed if they believe they have a Claim against a Debtor.

**<u>Schedule G</u>**. Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. In addition, the Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement).

Certain confidentiality, customer and non-compete agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Insurance policies are not listed on Schedule G. Refer to the *Interim Order (I) Authorizing the Debtors to Continue and Renew Their (A) Insurance Programs and Premium Financing and (B) Surety Bond Program and to Pay All Obligations With Respect Thereto* [Docket No. 58] for a complete list of the Debtors insurance policies.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel

certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, it is the Debtors' intent that each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement 1**. Drydock Footwear, LLC's operations were transferred to The Rockport Company, LLC and Rockport Canada ULC on October 1, 2016. As such, they did not have gross revenue from business in 2017 and 2018.

**Statement 2**. Drydock Footwear, LLC's operations were transferred to The Rockport Company, LLC and Rockport Canada ULC on October 1, 2016. As such, they did not have non-business in 2017 and 2018.

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors except for those made to insiders and bankruptcy professionals. Payments for employee expense reimbursements are made to a third party vendor and are presented as such. The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtors' cash management system. Additionally, all disbursement information reported in Statement 3 for a specific Debtor pertains to the bank accounts maintained by that respective Debtor. The Debtors' cash management system is described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Continued Use of the Debtors' Existing Cash Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; and (IV) Granting Related Relief Filed By The Rockport Company, LLC* [Docket No. 13] (the "Cash Management Motion").

**Statement 4**. Payments to Alvarez and Marsal for interim management and restructuring services were not separated, and as such, are shown on Statement 4 and Statement 11.

**Statement 11**. Disbursements to bankruptcy professionals are listed on each debtor as the payments were for the benefit of all Debtors.

Disbursements to Alvarez and Marsal for interim management and restructuring services were not separated, and as such, are shown on Statement 4 and Statement 11.

**Statement 14**. DD Management Services LLC and Drydock Footwear, LLC began using address Section A Building 114, 27 Drydock Avenue Boston, MA 02210 when they had no affiliation to Rockport, and as such, the beginning dates of occupancy are not available.

**Statement 20**. Some former sales representatives of the Debtors held items such as samples and marketing materials at off-site storage units in the former sales representatives' names. These off-site storage units have been closed within the last year, but the facility names and addresses are not available, and as such, have been excluded.

**Statement 26a**.  Rockport Blocker, LLC was formed on December 8, 2017, and as such, the lookback period began on this date.

**Statement 26b**.  The Debtors have not engaged a party to audit their books of account and records since June 2, 2017.

**Fill in this information to identify the case:**

Debtor name  The Rockport Company, LLC

United States Bankruptcy Court for the:_____ District of Delaware

Case number (If known):  18-11145 (LSS)

☐ Check if this is an
   amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...........................................................................................

   $ _____0.00
   + undetermined amounts

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................................

   $ ___182,403,163.58
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...........................................................................................

   $ ___182,403,163.58
   + undetermined amounts

---

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................

   $ ___188,253,357.91
   + undetermined amounts

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line $_{5a}$ of *Schedule E/F*........................................................

   $ _____0.00
   + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line $_{5b}$ of *Schedule E/F* ..........................................

   **+** $ ___165,326,072.01
   + undetermined amounts

4. **Total liabilities**...........................................................................................................................
   Lines 2 + 3a + 3b

   $ ___353,579,429.92
   + undetermined amounts

**Fill in this information to identify the case:**

Debtor name  The Rockport Company, LLC

United States Bankruptcy Court for the: _____ District of Delaware

Case number (If known): _____18-11145 (LSS)_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**  $ 37,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attached Rider | | ___ ___ ___ ___ | $ 6,254,909.15 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. None | | $ 0.00 |
|---|---|---|
| 4.2. | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 6,291,909.15

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. See Attached Rider | $ 88,269.23 |
|---|---|
| 7.2. | $ |

Debtor      The Rockport Company, LLC _____      Case number (*if known*)  18-11145 (LSS) _____
                     Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1.  See Attached Rider _____      $_____1,663,731.20

   8.2._____      $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.      $_____1,752,000.43

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

11. **Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | 28,989,116.74 | – 4,881,372.89 | = ......➔ | $ 24,107,743.85 |
| 11b. Over 90 days old: | 1,405,267.47 | – 1,324,538.16 | = ......➔ | $ 80,729.31 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $_____24,188,473.16

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

| | Valuation method | Current value |
|---|---|---|
| 14.1.  None | _____ | $ 0.00 |
| 14.2. _____ | _____ | $ _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                      % of ownership:

| | % of ownership | Valuation method | Current value |
|---|---|---|---|
| 15.1.  See Attached Rider | _____% | _____ | $ 0.00 |
| 15.2. _____ | _____% | | $ + undetermined amounts |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

| | Valuation method | Current value |
|---|---|---|
| 16.1.  None | _____ | $ 0.00 |
| 16.2. _____ | _____ | $ _____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.      $_____0.00
    + undetermined amounts

Debtor    The Rockport Company, LLC
          Name

Case number (if known) 18-11145 (LSS)

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

None    ___MM / DD / YYYY    $_____    $_____ 0.00

20. **Work in progress**

None    ___MM / DD / YYYY    $_____    $_____ 0.00

21. **Finished goods, including goods held for resale**

Finished Goods    01/08/2018 MM / DD / YYYY    $ 53,090,800.43    Net Book Value    $ 53,090,800.43

22. **Other inventory or supplies**

Supplies    ___MM / DD / YYYY    $ Undetermined    Net Book Value    $ Undetermined

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 53,090,800.43
+ undetermined amounts

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value ___Undetermined    Valuation method ___Net Book Value    Current value ___Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

_____    $_____    _____    $_____

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

_____    $_____    _____    $_____

30. **Farm machinery and equipment** (Other than titled motor vehicles)

_____    $_____    _____    $_____

31. **Farm and fishing supplies, chemicals, and feed**

_____    $_____    _____    $_____

32. **Other farming and fishing-related property not already listed in Part 6**

_____    $_____    _____    $_____

Debtor     The Rockport Company, LLC
           _____          Case number (if known)  18-11145 (LSS)
           Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                               $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐  No
        ☐  Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-----------------------------------|
| 39. **Office furniture** | | | |
| Furniture | $ 3,249,300.27 | Net Book Value | $ 3,249,300.27 |
| 40. **Office fixtures** | | | |
| None | $_____ | _____ | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer Hardware and Software | $ 25,340,135.65 | Net Book Value | $ 25,340,135.65 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $_____ | _____ | $ 0.00 |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                               $ 28,589,435.92

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

Debtor    The Rockport Company, LLC _____    Case number (if known) ___18-11145 (LSS)_____
          Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 None | $_____ | _____ | $_____0.00 |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $_____ | _____ | $_____0.00 |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $_____ | _____ | $_____0.00 |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Machinery and Molds | $    1,759,459.06 | Net Book Value | $    1,759,459.06 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$    1,759,459.06

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

Debtor  The Rockport Company, LLC       Case number *(if known)* 18-11145 (LSS)
     Name

---

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

  ☐ No. Go to Part 10.

  ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $ 0.00<br>    + undetermined amounts

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

  ☒ No

  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ☒ No

  ☐ Yes

---

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No. Go to Part 11.

  ☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| 61. **Internet domain names and websites**<br>See Attached Rider | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| 62. **Licenses, franchises, and royalties**<br>None | $ | | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $ Undetermined | Net Book Value | $ Undetermined |
| 64. **Other intangibles, or intellectual property**<br>None | $ | | $ 0.00 |
| 65. **Goodwill**<br>None | $ | | $ 0.00 |

66. **Total of Part 10.**

  Add lines 60 through 65. Copy the total to line 89.    $ 0.00<br>    + undetermined amounts

---

Debtor    The Rockport Company, LLC
          _____          Case number (if known)___18-11145 (LSS)___
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☐ No
    ☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☒ Yes. Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

None    _____ − _____ = →   $_____ 0.00
    Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None                                     Tax year _____   $_____ 0.00
                                                Tax year _____   $_____
                                                Tax year _____   $_____

73. **Interests in insurance policies or annuities**

See Attached Rider                             $_____ 0.00
                                                   + undetermined amounts

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See Attached Rider                             $_____ 0.00
                                                   + undetermined amounts

**Nature of claim**        _____

**Amount requested**      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None                                      $_____ 0.00

**Nature of claim**        _____

**Amount requested**      $_____

76. **Trusts, equitable or future interests in property**

None                                      $_____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attached Rider                             $_____ 66,731,085.43

                                                   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $_____ 66,731,085.43
                                                   + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 12:</strong></td><td><strong>Summary</strong></td></tr>
</table>

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 6,291,909.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,752,000.43 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 24,188,473.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 <br> + undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 53,090,800.43 <br> + undetermined amounts | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 28,589,435.92 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,759,459.06 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................ ➔ | | $ 0.00 <br> + undetermined amounts |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 <br> + undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 66,731,085.43 <br> + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 182,403,163.58 <br> + undetermined amounts | **+** 91b. $ 0.00 <br> + undetermined amounts |

| | | |
|---|---|---|
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ................................................................................. | | $ 182,403,163.58 <br> + undetermined amounts |

Debtor Name: The Rockport Company, LLC                                 Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Bank of America | Main Disbursement Account | 8917 | $730,282.80 |
| Bank of America | Primary Collections Account | 8051 | $285,319.34 |
| Bank of America | Wholesale Lockbox Account | 5178 | $0.00 |
| Citizens Bank | Controlled Disbursement Account | 5425 | $0.00 |
| Citizens Bank | Note Funding Account | 2499 | $5,205,806.29 |
| Citizens Bank | Operating Account | 1329 | $0.00 |
| Citizens Bank | Payroll Account | 1398 | $0.00 |
| HSBC Bank N.A. | Distributor Payment Account | 6234 | $33,500.72 |
| HSBC Bank N.A. | Inactive Account | 5556 | $0.00 |
| HSBC Bank N.A. | Retail Cash Account | 5548 | $0.00 |
| | | **TOTAL** | **$6,254,909.15** |

Debtor Name: The Rockport Company, LLC

Case Number:   18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Deposit for Business License Payments | DuCharme, McMillen & Associates, Inc. | $5,000.00 |
| Deposit for Sales and Use Tax Payments | DuCharme, McMillen & Associates, Inc. | $5,000.00 |
| Deposit with Credit Card Processing Company | Bank of America Merchant Services | $61,494.23 |
| Utility Deposit | BGE | $671.00 |
| Utility Deposit | Eversource | $9,200.00 |
| Utility Deposit | Jersey Central Power and Light | $1,276.00 |
| Utility Deposit | National Grid | $895.00 |
| Utility Deposit | Portland General Electric | $274.00 |
| Utility Deposit | PPL Electric | $769.00 |
| Utility Deposit | PSEG Long Island | $1,880.00 |
| Utility Deposit | PSEG Long Island | $1,810.00 |
| | **TOTAL** | **$88,269.23** |

Debtor Name: The Rockport Company, LLC

Case Number:   18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Bill Trust Fee | Factor Systems Inc | $21,206.45 |
| Design Consulting Service Fee | Stella International Design Service | $176,924.13 |
| E-com Service Fee | Bluecore Inc | $41,883.06 |
| E-com Service Fee | Siteimprove, Inc | $6,633.06 |
| Employee Training Services | Mediapro Holdings | $4,112.37 |
| Financing Services | SG Equipment Finance USA | $234,243.79 |
| HR Training Courses | Navex Global Inc | $25,358.60 |
| Legal Fees | Corporation Service Company | $1,710.26 |
| Medical Insurance for Employees | Blue Cross and Blue Shield of MA | $264,825.48 |
| Prepaid Insurance | AIG Specialty Insurance Company | $25,156.78 |
| Prepaid Insurance | Beazley Insurance Company | $9,139.77 |
| Prepaid Insurance | Federal Insurance Company | $6,066.56 |
| Prepaid Insurance | Great Northern Insurance Company | $17,021.81 |
| Prepaid Insurance | Houston Casualty Co. | $27,401.14 |
| Prepaid Insurance | Lloyd's of London | $55,997.16 |
| Prepaid Insurance | National Union Fire Insurance Company of Pittsburgh, Pa. | $8,322.74 |
| Prepaid Insurance | Ohio Bureau of Workers' Compensation | $1,526.24 |
| Prepaid Insurance | Pacific Indemnity Insurance Company | $22,482.49 |
| Prepaid Insurance | U.S. Specialty Insurance Company | $84,742.10 |
| Prepaid Rent for May 2018 | Columbus Outlets LLC | $10,912.84 |
| Prepaid Rent for May 2018 | CPG Partners LP | $57,772.87 |
| Prepaid Rent for May 2018 | Egan Family 2006 Trust | $11,376.38 |
| Prepaid Rent for May 2018 | Egan Family Trust | $1,174.11 |
| Prepaid Rent for May 2018 | GGP Limited Partnership | $11,479.67 |
| Prepaid Rent for May 2018 | GGP Staten Island Mall LLC | $14,024.15 |
| Prepaid Rent for May 2018 | Gilroy Premium Outlets LLC | $13,162.35 |
| Prepaid Rent for May 2018 | Mid-South Outlet Holdings LLC | $8,956.37 |
| Prepaid Rent for May 2018 | Premium Outlet Partners LP | $23,350.50 |
| Prepaid Rent for May 2018 | Queens Center SPE LLC | $35,384.03 |
| Prepaid Rent for May 2018 | Riverwalk Marketplace New Orleans | $14,449.52 |
| Prepaid Rent for May 2018 | Rouse F S LLC | $10,761.98 |
| Prepaid Rent for May 2018 | Simon Property Group LP | $11,343.26 |
| Prepaid Rent for May 2018 | Tampa Premium Outlets LLC | $13,320.01 |
| Prepaid Rent for May 2018 | Tanger National Harbor LLC | $12,849.41 |
| Prepaid Rent for May 2018 | Tanger Properties Limited Partnership | $58,631.27 |
| Prepaid Rent for May 2018 | The Retail Property Trust | $21,614.35 |
| Prepaid Rent for May 2018 | TM Macarthur Center LP | $4,060.28 |
| Prepaid Rent for May 2018 | Towson TC LLC | $6,690.86 |
| Prepaid Rent for May 2018 | Tysons Corner Holdings LLC | $22,060.42 |
| Prepaid Rent for May 2018 | Westland Garden State Plaza LP | $12,918.52 |
| Prepaid Rent for May 2018 | Woodburn Premium Outlets LLC | $17,165.91 |
| Recruitment Services | LinkedIn Corporation | $1,157.43 |

Debtor Name: The Rockport Company, LLC                    Case Number:   18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Sales Taxes | Missouri Department of Revenue | $15,000.00 |
| Software Maintenance | Satra Technology Centre Ltd | $6,585.85 |
| Software Service Fee | Adaptive Insights Inc | $16,093.36 |
| Sourcing Services | Fair Factories Clearing House Inc | $290.32 |
| Tax Services | Avalara Inc | $58,821.28 |
| Trade Journal Subscription | Leather Working Group Ltd | $3,967.74 |
| Web Hosting Fee | Aptos Inc | $133,602.17 |
| | **TOTAL** | **$1,663,731.20** |

Debtor Name: The Rockport Company, LLC                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| DD Management Services LLC | 100.00% | Net Book Value | Undetermined |
| Drydock Footwear, LLC | 100.00% | Net Book Value | Undetermined |
| Rockport UK Holdings Ltd. | 100.00% | Net Book Value | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name:    The Rockport Company, LLC    Case Number:    18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 1 Garden State Plaza, Paramus, NJ 07652, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 1 Premium Outlet Blvd Space #417, Wrentham, MA 02093, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 100 Premium Outlets Dr. #703, Blackwood, NJ 08012, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 1001 Arney Road #632, Woodburn, OR 97071, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 10300 Little Patuxent Pkwy, Suite 1955, Columbia, MD 21044, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 10827 Kings Road, Suite 810, Myrtle Beach, SC 29572, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 110 W. 57th Street, Manhattan, New York, NY 10019, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 1220 Washington Street, West Newton, MA 02465, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 1280 The Arches Circle, Deer Park, NY 11729, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 1645 Parkway, Suite 540, Sevierville, TN 37862, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 1770 West Main St. #1503, Riverhead, NY 11901, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 18 Lightcap Road Suite 723, Pottstown, PA 19464, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 1911 Leesburg Grove City Rd Suite 1280, Grove City, PA 16127, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 2050 Stemmons Freeway, Dallas, TX 75207, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 2200 Grand Cypress Drive Suite 150, Lutz, FL 33559, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 240 Thames Street, Newport, RI 02840, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 241 Fort Evans Road NE #729, Leesburg, VA 20176, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 2655 Richmond Ave. Suite 2035, Staten Island, NY 10314, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 2700 State Road - 16, Suite 1006, St. Augustine, FL 32092, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:        The Rockport Company, LLC                                        Case Number:        18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 2796 Tanger Way, Suite 357, Barstow, CA 92311, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 300 Monticello Ave, Space 201, Norfolk, VA 23510, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 300 Tanger Boulevard, Suite 220, Branson, MO 65616, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 35016 Midway Outlet Drive, Suite 319, Rehoboth Beach, DE 19971, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 400 South Wilson Road Suite 610, Sunbury, OH 43074, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 4000 Arrowhead Blvd Suite 854, Mebane, NC 27302, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 4015 I-35 South, Suite 333, San Marcos, TX 78666, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 500 Port of New Orleans Suite 260, New Orleans, LA 70130, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 5205 Airways Blvd. Suite 1010, Southaven, MS 38671, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 537 Monmouth Rd Suite 326, Jackson, NJ 08527, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 5630 Paseo Del Norte, Suite 135D, Carlsbad, CA 92008, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 622 Premium Outlet Drive Suite 622, Monroe, OH 45050, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 627 Stanley Tanger Blvd., Lancaster, PA 17602, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 630 Old Country Rd, #1071A, Garden City, NY 11530, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 6800 Oxon Hill Road Suite 845, Oxon Hill, MD 20745, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 681 Leavesley Road Suite C270, Gilroy, CA 95020, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 800 Highway 400 South, Suite 1052, Dawsonville, GA 30534, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 8039 Tysons Corner Center, McLean, VA 22102, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 8687 N Central Expy, Dallas, TX 75225, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| 90-15 Queens Blvd, #1025, Elmhurst, NY 11373, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:        The Rockport Company, LLC                                    Case Number:        18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 990 Camarillo Center Dr. #1012, Camarillo, CA 93010, United States | Leased Real Property | Undetermined | Net Book Value | Undetermined |
| | | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| A And Design: Filed in Brazil on 01/30/2002, Trademark Registration No. 824347730 | Undetermined | Net Book Value | Undetermined |
| A And Design: Filed in Canada on 01/17/2002, Trademark Registration No. TMA617847 | Undetermined | Net Book Value | Undetermined |
| A And Design: Filed in European Union on 01/04/2002, Trademark Registration No. 002524320 | Undetermined | Net Book Value | Undetermined |
| A And Design: Filed in Japan on 01/10/2002, Trademark Registration No. 4569788 | Undetermined | Net Book Value | Undetermined |
| A And Design: Filed in United States on 08/02/2001, Trademark Registration No. 2800882 | Undetermined | Net Book Value | Undetermined |
| A Aravon And Design: Filed in Australia on 06/14/2007, Trademark Registration No. 1181545 | Undetermined | Net Book Value | Undetermined |
| Air Circulating Shoe: Filed in United States on 12/07/2004, Patent No. 7178266 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in Argentina on 07/31/2009, Trademark Registration No. 2366922 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in Australia on 02/17/2006, Trademark Registration No. 1099359 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in Brazil on 01/16/2002, Trademark Registration No. 824271050 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in Canada on 01/17/2002, Trademark Registration No. TMA594134 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in China on 06/20/2007, Trademark Registration No. 928352 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in European Union on 12/24/2001, Trademark Registration No. 002516482 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in Hong Kong on 06/21/2007, Trademark Registration No. 300896491 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in Israel on 06/21/2007, Trademark Registration No. 201436 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in Japan on 03/02/2016, Trademark Registration No. 5886933 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in Japan on 12/26/2001, Trademark Registration No. 4601883 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in New Zealand on 06/21/2007, Trademark Registration No. 770795 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in Singapore on 06/20/2007, Trademark Registration No. T07162771/ IR 928352 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in South Korea on 03/03/2016, Trademark Registration No. 40-1346569 | Undetermined | Net Book Value | Undetermined |
| Aravon: Filed in United States on 11/17/1999, Trademark Registration No. 2791689 | Undetermined | Net Book Value | Undetermined |
| Aravon: Registered with WIPO on 06/20/2007, Trademark Serial No. 928352 | Undetermined | Net Book Value | Undetermined |
| Article Support: Filed in France on 01/12/2001, Patent No. 010177 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| California Squash: Filed in UAE on 04/28/1999, Trademark Registration No. 24114 | Undetermined | Net Book Value | Undetermined |
| City Lites: Filed in Canada on 03/05/2018, Trademark Serial No. 1886154 | Undetermined | Net Book Value | Undetermined |
| City Lites: Filed in Japan on 03/20/2018, Trademark Serial No. 2018-032683 | Undetermined | Net Book Value | Undetermined |
| City Lites: Filed in South Korea on 03/16/2018, Trademark Serial No. 40-2018-0034481 | Undetermined | Net Book Value | Undetermined |
| City Lites: Filed in United States on 10/23/2017, Trademark Serial No. 87/655,805 | Undetermined | Net Book Value | Undetermined |
| Cobb Hill: Filed in Australia on 09/20/2011, Trademark Registration No. 1455785  / IR 109358 | Undetermined | Net Book Value | Undetermined |
| Cobb Hill: Filed in Benelux on 09/20/2011, Trademark Registration No. 1093586 | Undetermined | Net Book Value | Undetermined |
| Cobb Hill: Filed in Canada on 09/21/2011, Trademark Registration No. TMA850940 | Undetermined | Net Book Value | Undetermined |
| Cobb Hill: Filed in China on 09/20/2011, Trademark Registration No. 1093586 | Undetermined | Net Book Value | Undetermined |
| Cobb Hill: Filed in European Union on 09/20/2011, Trademark Registration No. 1093586 | Undetermined | Net Book Value | Undetermined |
| Cobb Hill: Filed in Japan on 09/20/2011, Trademark Registration No. 1093586 | Undetermined | Net Book Value | Undetermined |
| Cobb Hill: Filed in South Korea on 09/20/2011, Trademark Registration No. 1093586 | Undetermined | Net Book Value | Undetermined |
| Cobb Hill: Filed in United States on 09/08/2011, Trademark Registration No. 4195885 | Undetermined | Net Book Value | Undetermined |
| Cobb Hill: Registered with WIPO on 09/20/2011, Trademark Serial No. 1093586 | Undetermined | Net Book Value | Undetermined |
| Comfort Without Compromise: Filed in Canada on 03/01/2016, Trademark Registration No. TMA977,318 | Undetermined | Net Book Value | Undetermined |
| Comfort Without Compromise: Filed in Japan on 03/02/2016, Trademark Registration No. 5873951 | Undetermined | Net Book Value | Undetermined |
| Comfort Without Compromise: Filed in South Korea on 03/03/2016, Trademark Registration No. 40-1227639 | Undetermined | Net Book Value | Undetermined |
| Comfort Without Compromise: Filed in United States on 02/24/2016, Trademark Registration No. 5061130 | Undetermined | Net Book Value | Undetermined |
| Cushioning Member: Filed in China on 04/26/2007, Patent No. 200780014912.2 | Undetermined | Net Book Value | Undetermined |
| Cushioning Member: Filed in European Patent Office on 04/26/2007, Patent No. 2019604 | Undetermined | Net Book Value | Undetermined |
| Cushioning Member: Filed in United Kingdom on 04/26/2007, Patent No. 2019604 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                          Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Cushioning Member: Filed in United States on 04/27/2006, Patent No. 7757409 | Undetermined | Net Book Value | Undetermined |
| Cushioning Sole For An Article Of Footwear: Filed in United States on 07/01/2003, Patent No. 6951066 | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in Argentina on 03/30/2000, Trademark Registration No. 2495354 | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in Australia on 03/22/2000, Trademark Registration No. 828661 | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in Belarus on 01/19/2007, Trademark Registration No. 32028 | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in Brazil on 05/29/2000, Trademark Registration No. 822764784 | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in Canada on 03/22/2000, Trademark Registration No. TMA592956 | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in China on 03/31/2000, Trademark Registration No. 1565398 | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in European Union on 07/29/1999, Trademark Registration No. 001259183 | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in Hong Kong on 03/23/2000, Trademark Registration No. 200013030AA | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in India on 03/24/2000, Trademark Registration No. 912323 | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in Israel on 02/28/2001, Trademark Registration No. 147052 | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in New Zealand on 03/22/2000, Trademark Registration No. 611016 | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in Poland on 03/28/2000, Trademark Registration No. 146993 | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in Singapore on 03/30/2000, Trademark Registration No. T0005230G | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in South Korea on 06/29/2004, Trademark Registration No. 4006339360000 | Undetermined | Net Book Value | Undetermined |
| D Logo: Filed in United States on 03/26/1999, Trademark Registration No. 2753373 | Undetermined | Net Book Value | Undetermined |
| Design 1:Shoe, Design 2:Upper, Design 3: Shoe Sole: Filed in European Union on 07/28/2006, Patent No. 00571849-001-3 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in African Union on 06/16/1998, Trademark Registration No. 39429 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Australia on 04/26/1988, Trademark Registration No. 485866 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Austria on 04/20/1988, Trademark Registration No. 124953 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Benelux on 04/20/1988, Trademark Registration No. 0449167 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Dressports (Stylized): Filed in Benelux on 04/20/1988, Trademark Registration No. 0449167 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Benelux on 04/20/1988, Trademark Registration No. 0449167 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Brazil on 05/07/1993, Trademark Registration No. 817232982 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Croatia on 11/23/1992, Trademark Registration No. Z921783 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Denmark on 04/19/1988, Trademark Registration No. VR 1989 07708 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Finland on 04/26/1988, Trademark Registration No. 109585 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in France on 04/28/1988, Trademark Registration No. 1462641 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Hong Kong on 04/28/1988, Trademark Registration No. 1993B04356 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Hungary on 05/02/1988, Trademark Registration No. 128288 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Italy on 05/03/1988, Trademark Registration No. 0001299626 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Montenegro on 04/27/1988, Trademark Registration No. 04154 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Norway on 04/19/1988, Trademark Registration No. 137267 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Poland on 05/16/1988, Trademark Registration No. 063976 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Portugal on 05/04/1988, Trademark Registration No. 247260 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Serbia on 04/27/1988, Trademark Registration No. 33664 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Singapore on 04/23/1988, Trademark Registration No. T8801920C | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Slovenia on 04/27/1988, Trademark Registration No. 8880344 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in Sweden on 04/21/1988, Trademark Registration No. 216601 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Dressports (Stylized): Filed in Switzerland on 04/21/1988, Trademark Registration No. P-362065 | Undetermined | Net Book Value | Undetermined |
| Dressports (Stylized): Filed in United Kingdom on 04/19/1988, Trademark Registration No. UK00001341876 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Argentina on 12/09/1992, Trademark Registration No. 2827036 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Canada on 11/14/1985, Trademark Registration No. TMA318206 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in China on 05/30/1989, Trademark Registration No. 519060 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Dominican Republic on 07/16/1989, Trademark Registration No. 47139 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in European Union on 10/31/2007, Trademark Registration No. 06428833 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Germany on 04/21/1988, Trademark Registration No. 1141571 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Greece on 05/30/1989, Trademark Registration No. 93973 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in India on 09/02/1999, Trademark Registration No. 874550 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Ireland on 04/17/1989, Trademark Registration No. 132154 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Japan on 02/16/1987, Trademark Registration No. 2208727 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Japan on 02/16/1987, Trademark Registration No. 2208727 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Japan on 02/25/1988, Trademark Registration No. 2245279 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Japan on 02/25/1988, Trademark Registration No. 2245281 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Japan on 08/13/1986, Trademark Registration No. 2229420 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Malaysia on 07/31/1989, Trademark Registration No. 89004546 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Mexico on 06/02/1989, Trademark Registration No. 367353 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in New Zealand on 04/17/1989, Trademark Registration No. 192430 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Panama on 02/05/1990, Trademark Registration No. 50329 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Poland on 03/20/1998, Trademark Registration No. 127420 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Saudi Arabia on 04/24/1989, Trademark Registration No. 204/41 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Taiwan on 03/10/1998, Trademark Registration No. 850561 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                              Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Dressports: Filed in UAE on 04/28/1999, Trademark Registration No. 31097 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in United States on 01/28/1985, Trademark Registration No. 1355551 | Undetermined | Net Book Value | Undetermined |
| Dressports: Filed in Venezuela on 12/05/1991, Trademark Registration No. F167645 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Argentina on 03/03/2000, Trademark Registration No. 2487425 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Australia on 03/22/2000, Trademark Registration No. 828660 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Belarus on 01/19/2007, Trademark Registration No. 32029 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Brazil on 05/29/2000, Trademark Registration No. 822764601 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Canada on 09/19/2003, Trademark Registration No. TMA674228 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Chile on 04/05/2000, Trademark Registration No. 580446 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in China on 03/31/2000, Trademark Registration No. 1565399 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Colombia on 04/11/2002, Trademark Registration No. 283560 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in European Union on 03/23/2000, Trademark Registration No. 001572767 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Guatemala on 01/19/2004, Trademark Registration No. 127427 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Hong Kong on 03/23/2000, Trademark Registration No. 200013031AA | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Israel on 02/28/2001, Trademark Registration No. 147051 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in New Zealand on 03/22/2000, Trademark Registration No. 611017 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Panama on 06/02/2003, Trademark Registration No. 127443 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Poland on 03/28/2000, Trademark Registration No. 146994 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Dunham And Design: Filed in Russian Federation on 03/23/2000, Trademark Registration No. 208194 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Singapore on 03/30/2000, Trademark Registration No. T0005228E | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in South Korea on 06/29/2004, Trademark Registration No. 4006339350000 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Taiwan on 03/30/2000, Trademark Registration No. 00943989 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in United States on 04/03/2000, Trademark Registration No. 3947999 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Filed in Venezuela on 05/16/2003, Trademark Registration No. P253242 | Undetermined | Net Book Value | Undetermined |
| Dunham And Design: Registered in Costa Rica on 12/08/2003, Trademark Serial No. 142977 | Undetermined | Net Book Value | Undetermined |
| Dunham Bootmakers 1885 And Design: Filed in Australia on 04/07/1999, Trademark Registration No. 790346 | Undetermined | Net Book Value | Undetermined |
| Dunham Tyroleans: Filed in United States on 02/08/1962, Trademark Registration No. 740975 | Undetermined | Net Book Value | Undetermined |
| Dunham: Filed in Austria on 02/05/1992, Trademark Registration No. 142074 | Undetermined | Net Book Value | Undetermined |
| Dunham: Filed in Canada on 02/20/1992, Trademark Registration No. TMA460625 | Undetermined | Net Book Value | Undetermined |
| Dunham: Filed in China, Trademark Serial No. 19345677 | Undetermined | Net Book Value | Undetermined |
| Dunham: Filed in Germany on 01/30/1992, Trademark Registration No. 2027548 | Undetermined | Net Book Value | Undetermined |
| Dunham: Filed in Guatemala on 05/23/2005, Trademark Registration No. 135853 | Undetermined | Net Book Value | Undetermined |
| Dunham: Filed in India on 03/24/2000, Trademark Registration No. 912322 | Undetermined | Net Book Value | Undetermined |
| Dunham: Filed in Japan on 03/02/2016, Trademark Registration No. 5886932 | Undetermined | Net Book Value | Undetermined |
| Dunham: Filed in Japan on 04/11/1980, Trademark Registration No. 1620432 | Undetermined | Net Book Value | Undetermined |
| Dunham: Filed in Japan on 04/21/2000, Trademark Registration No. 4487040 | Undetermined | Net Book Value | Undetermined |
| Dunham: Filed in South Korea on 06/29/2004, Trademark Registration No. 40-2005-0040735 | Undetermined | Net Book Value | Undetermined |
| Dunham: Filed in Spain on 02/12/1992, Trademark Registration No. 1683507 | Undetermined | Net Book Value | Undetermined |
| Dunham: Filed in United States on 04/03/2000, Trademark Registration No. 3948000 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                                Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Dunham: Filed in United States on 05/05/1969, Trademark Registration No. 895088 | Undetermined | Net Book Value | Undetermined |
| Dunham: Filed in United States on 07/23/1999, Trademark Registration No. 3016520 | Undetermined | Net Book Value | Undetermined |
| Dunham: Registered in China on 04/28/2017, Trademark Serial No. 19345676 | Undetermined | Net Book Value | Undetermined |
| Dunham'S: Filed in Italy on 05/30/1970, Trademark Registration No. 1361625 | Undetermined | Net Book Value | Undetermined |
| Dunham'S: Filed in Switzerland on 05/22/1990, Trademark Registration No. P-383406 | Undetermined | Net Book Value | Undetermined |
| Footwear: Filed in Italy on 05/28/2012, Patent No. 102012902054641 | Undetermined | Net Book Value | Undetermined |
| Happy Step In Simplified Chinese Characters: Filed in China on 09/29/1994, Trademark Registration No. 1250707 | Undetermined | Net Book Value | Undetermined |
| Happy Step In Traditional Chinese Characters: Filed in China on 09/29/1994, Trademark Registration No. 1250708 | Undetermined | Net Book Value | Undetermined |
| Hydromotion: Filed in United States on 09/28/2000, Trademark Registration No. 2732723 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in African Union on 02/22/1996, Trademark Registration No. 36022 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Argentina on 02/22/1996, Trademark Registration No. 2308738 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Australia on 02/22/1996, Trademark Registration No. 703063 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Brazil on 02/22/1996, Trademark Registration No. 819124818 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Canada on 02/21/1996, Trademark Registration No. TMA482294 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Chile on 08/17/2006, Trademark Registration No. 1221509 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in China on 02/26/1996, Trademark Registration No. 1052606 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Colombia on 11/12/2010, Trademark Registration No. 242997 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Croatia on 02/21/1996, Trademark Registration No. Z960213 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Cyprus on 01/22/2003, Trademark Registration No. 44701 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Czech Republic on 02/21/1996, Trademark Registration No. 202159 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Hydro-Shield: Filed in Denmark on 02/22/1996, Trademark Registration No. VR 199601992 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Egypt on 03/04/1996, Trademark Registration No. 99992 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Estonia on 02/21/1996, Trademark Registration No. 23944 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in European Union on 10/31/2007, Trademark Registration No. 006428908 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Finland on 02/21/1996, Trademark Registration No. 208939 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Greece on 02/22/1996, Trademark Registration No. 128441 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Hong Kong on 02/22/1996, Trademark Registration No. 1997B11363 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Hungary on 02/21/1996, Trademark Registration No. 149337 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in India on 03/08/1996, Trademark Registration No. 701080 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Indonesia on 04/15/2006, Trademark Registration No. IDM000435008 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Ireland on 08/22/1995, Trademark Registration No. 174224 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Israel on 02/22/1996, Trademark Registration No. 103614 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Italy on 02/22/1996, Trademark Registration No. 362016000016854 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Japan on 02/22/1996, Trademark Registration No. 4074158 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Kosovo on 02/21/1996, Trademark Registration No. 2411/2011 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Latvia on 02/21/1996, Trademark Registration No. M 39 334 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Lithuania on 02/21/1996, Trademark Registration No. 30377 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Malaysia on 02/23/1996, Trademark Registration No. 96001963 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Mexico on 02/21/1996, Trademark Registration No. 546138 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Montenegro on 02/21/1996, Trademark Registration No. 1889 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in New Zealand on 02/21/1996, Trademark Registration No. 259019 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Norway on 02/22/1996, Trademark Registration No. 182260 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Hydro-Shield: Filed in Panama on 05/09/1996, Trademark Registration No. 80813 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Peru on 02/21/1996, Trademark Registration No. P00029856 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Philippines on 12/09/2016, Trademark Registration No. 4-2016-506404 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Poland on 02/21/1996, Trademark Registration No. 107355 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Portugal on 02/21/1996, Trademark Registration No. 315541 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Russian Federation on 02/22/1996, Trademark Registration No. 155538 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Saudi Arabia on 02/24/1996, Trademark Registration No. 141602664 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Serbia on 02/21/1996, Trademark Registration No. 41624 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Singapore on 02/22/1996, Trademark Registration No. T9601755I | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Slovak Republic on 02/22/1996, Trademark Registration No. 520-96 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Slovenia on 02/21/1996, Trademark Registration No. 9670268 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in South Africa on 02/21/1996, Trademark Registration No. 1996/02256 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Spain on 02/22/1996, Trademark Registration No. 2014300 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Sweden on 02/21/1996, Trademark Registration No. 320115 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Switzerland on 02/21/1996, Trademark Registration No. 2P-442273 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Taiwan on 03/09/1996, Trademark Registration No. 765084 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Turkey on 02/28/1996, Trademark Registration No. 168148 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in UAE on 05/04/1996, Trademark Registration No. 15949 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in United Kingdom on 02/21/1996, Trademark Registration No. UK00002057926 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in United States on 07/19/2004, Trademark Registration No. 2995079 | Undetermined | Net Book Value | Undetermined |
| Hydro-Shield: Filed in Venezuela on 02/22/1996, Trademark Registration No. P196073 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                                      Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| Hydro-Shield: Filed in Vietnam on 02/24/1996, Trademark Registration No. 22969 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Argentina on 03/07/1997, Trademark Registration No. 2295574 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Australia on 03/05/1997, Trademark Registration No. 729230 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Benelux on 03/05/1997, Trademark Registration No. 0607988 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Brazil on 03/07/1997, Trademark Registration No. 819835714 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Canada on 03/05/1997, Trademark Registration No. TMA671987 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in China on 03/06/1997, Trademark Registration No. 1178755 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Colombia on 06/08/1997, Trademark Registration No. 201725 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Denmark on 03/07/1997, Trademark Registration No. VR 1997 01687 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Finland on 06/06/1997, Trademark Registration No. 213768 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in France on 03/05/1997, Trademark Registration No. 97667124 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Germany on 03/08/1997, Trademark Registration No. 39710441 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Hong Kong on 09/09/1996, Trademark Registration No. 1999B00635 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Indonesia on 05/28/1997, Trademark Registration No. IDM000268449 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Italy on 03/07/1997, Trademark Registration No. 0001270069 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Japan on 03/06/1997, Trademark Registration No. 4160384 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in New Zealand on 03/05/1997, Trademark Registration No. 273476 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Panama on 03/06/1997, Trademark Registration No. 86215 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Peru on 03/06/1997, Trademark Registration No. P00036532 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Portugal on 03/07/1997, Trademark Registration No. 322441 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in South Africa on 03/05/1997, Trademark Registration No. 1997/03343 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Spain on 03/07/1997, Trademark Registration No. 2079087 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Sweden on 03/05/1997, Trademark Registration No. 329269 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Hydrosports: Filed in United Kingdom on 03/07/1997, Trademark Registration No. UK00002125829 | Undetermined | Net Book Value | Undetermined |
| Hydrosports: Filed in Venezuela on 03/06/1997, Trademark Registration No. P203775 | Undetermined | Net Book Value | Undetermined |
| Improved Footwear: Filed in Italy on 01/19/2015, Patent No. 102015902322243 | Undetermined | Net Book Value | Undetermined |
| Improved Footwear: Filed in Italy on 03/07/2014, Patent No. 102014902240612 | Undetermined | Net Book Value | Undetermined |
| La Bu And La Bu In Chinese Characters (Class 025): Filed in Taiwan on 06/18/1996, Trademark Registration No. 765191 | Undetermined | Net Book Value | Undetermined |
| La Bu In Chinese Characters: Filed in Taiwan on 07/06/1994, Trademark Registration No. 674412 | Undetermined | Net Book Value | Undetermined |
| La Bu In Simplified Chinese Characters: Filed in Taiwan on 06/18/1996, Trademark Registration No. 765272 | Undetermined | Net Book Value | Undetermined |
| La Bu: Filed in Taiwan on 07/06/1994, Trademark Registration No. 674357 | Undetermined | Net Book Value | Undetermined |
| Let'S Walk: Filed in Canada on 05/01/2017, Trademark Serial No. 1835214 | Undetermined | Net Book Value | Undetermined |
| Let'S Walk: Filed in China on 04/28/2017, Trademark Serial No. 1351821 | Undetermined | Net Book Value | Undetermined |
| Let'S Walk: Filed in European Union on 04/28/2017, Trademark Serial No. 1351821 | Undetermined | Net Book Value | Undetermined |
| Let'S Walk: Filed in Japan on 04/28/2017, Trademark Serial No. 1351821 | Undetermined | Net Book Value | Undetermined |
| Let'S Walk: Filed in South Korea on 04/28/2017, Trademark Serial No. 1351821 | Undetermined | Net Book Value | Undetermined |
| Let'S Walk: Filed in United Kingdom on 04/28/2017, Trademark Registration No. 1351821 | Undetermined | Net Book Value | Undetermined |
| Let'S Walk: Filed in United States on 11/08/2016, Trademark Serial No. 87/229,570 | Undetermined | Net Book Value | Undetermined |
| Let'S Walk: Registered with WIPO on 04/28/2017, Trademark Serial No. 1351821 | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in Burundi on 04/08/1996, Trademark Registration No. 3112/BUR | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in Canada on 04/04/2016, Trademark Registration No. TMA977,413 | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in Canada on 05/21/1997, Trademark Registration No. TMA494725 | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in China on 04/11/2016, Trademark Registration No. 19580937A | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in Croatia on 02/06/1996, Trademark Registration No. Z960171 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Lighthouse Design: Filed in Croatia on 02/06/1996, Trademark Registration No. Z960171 | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in Dominican Republic on 06/07/2017, Trademark Registration No. 242611 | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in Gaza District on 09/04/1996, Trademark Registration No. 3691 | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in Japan on 04/04/2016, Trademark Registration No. 5959623 | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in Morocco on 02/06/1996, Trademark Registration No. 58708 | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in Portugal on 04/06/2016, Trademark Registration No. 563063 | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in Rwanda on 04/22/1996, Trademark Registration No. 3927/FRK | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in South Korea on 04/04/2016, Trademark Registration No. 40-1242251 | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in Spain on 04/12/2016, Trademark Registration No. 3608726 | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in Ukraine on 02/05/1996, Trademark Registration No. 15501 | Undetermined | Net Book Value | Undetermined |
| Lighthouse Design: Filed in United States on 03/23/2016, Trademark Registration No. 5314613 | Undetermined | Net Book Value | Undetermined |
| Lighthouse Logo Design, Copyright Registration No. VAU000341644, Filed on 07/19/1995 | Undetermined | Net Book Value | Undetermined |
| Made For Movers And Design: Filed in United States on 05/17/2016, Trademark Registration No. 5197201 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Australia on 05/23/2016, Trademark Registration No. 1783190/ IR 1302414 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in China on 05/23/2016, Trademark Serial No. G1302414 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Egypt on 05/23/2016, Trademark Registration No. 1302414 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in India on 05/23/2016, Trademark Serial No. 1302414 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Indonesia on 06/13/2016, Trademark Serial No. D00 2016 028398 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Israel on 05/23/2016, Trademark Serial No. 1302414 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Made For Movers: Filed in Japan on 05/23/2016, Trademark Registration No. 1302414 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Lebanon on 06/29/2016, Trademark Registration No. 174897 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Malaysia on 05/27/2016, Trademark Serial No. 2016005741 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Nepal on 07/13/2016, Trademark Serial No. 4544 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Norway on 05/23/2016, Trademark Registration No. 1302414 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Philippines on 05/23/2016, Trademark Registration No. 1302414 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Russian Federation on 05/23/2016, Trademark Registration No. 1302414 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Saudi Arabia on 08/29/2016, Trademark Registration No. 1437026140 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in South Africa on 05/25/2016, Trademark Serial No. 2016/14150 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in South Korea on 05/23/2016, Trademark Registration No. 1302414 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Switzerland on 05/23/2016, Trademark Registration No. 1302414 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Syria on 05/23/2016, Trademark Registration No. 1302414 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Thailand on 06/02/2016, Trademark Serial No. 1044232 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in UAE on 09/20/2016, Trademark Registration No. 260061 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in United States on 05/17/2016, Trademark Registration No. 5152850 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Filed in Vietnam on 05/23/2016, Trademark Serial No. 1302414 | Undetermined | Net Book Value | Undetermined |
| Made For Movers: Registered with WIPO on 05/23/2016, Trademark Serial No. 1302414 | Undetermined | Net Book Value | Undetermined |
| Moldable Article, Method Of Making And Composition For Makin: Filed in United States on 03/04/2004, Patent No. 7029749 | Undetermined | Net Book Value | Undetermined |
| Original Rockport: Filed in Japan on 06/25/1987, Trademark Registration No. 2208746 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Original Rockport: Filed in Japan on 06/25/1987, Trademark Registration No. 2208746 | Undetermined | Net Book Value | Undetermined |
| Portion Of A Shoe Sole: Filed in Mexico on 07/03/2007, Patent No. 25942 | Undetermined | Net Book Value | Undetermined |
| Portion Of A Shoe Sole: Filed in Mexico on 07/03/2007, Patent No. 26091 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in Benelux on 03/07/1986, Trademark Registration No. 0418767 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in Bosnia on 12/21/1997, Trademark Registration No. BAZR971998 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in Croatia on 02/04/1993, Trademark Registration No. Z930186 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in Hungary on 03/12/1986, Trademark Registration No. 125822 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in Italy on 03/13/1986, Trademark Registration No. 362016000024531 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in Japan on 03/31/1986, Trademark Registration No. 4075584 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in Montenegro on 03/07/1986, Trademark Registration No. 1890 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in Norway on 09/30/1986, Trademark Registration No. 131708 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in Portugal on 03/18/1986, Trademark Registration No. 234051 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in Serbia on 03/07/1986, Trademark Registration No. 30744 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in Slovenia on 03/07/1986, Trademark Registration No. 8680208 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in South Korea on 04/04/1986, Trademark Registration No. 4001435980000 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in Sweden on 03/11/1986, Trademark Registration No. 208834 | Undetermined | Net Book Value | Undetermined |
| Pro Walker: Filed in Taiwan on 04/03/1986, Trademark Registration No. 00345403 | Undetermined | Net Book Value | Undetermined |
| Prowalker (Stylized): Filed in Benelux on 02/05/1993, Trademark Registration No. 0524840 | Undetermined | Net Book Value | Undetermined |
| Prowalker And Design: Filed in Australia on 05/07/1993, Trademark Registration No. 601998 | Undetermined | Net Book Value | Undetermined |
| Prowalker And Design: Filed in Austria on 04/20/1988, Trademark Registration No. 125010 | Undetermined | Net Book Value | Undetermined |
| Prowalker And Design: Filed in Brazil on 11/04/1986, Trademark Registration No. 812951670 | Undetermined | Net Book Value | Undetermined |
| Prowalker And Design: Filed in Canada on 08/23/1988, Trademark Registration No. TMA384447 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Prowalker And Design: Filed in Czech Republic on 05/19/1988, Trademark Registration No. 171767 | Undetermined | Net Book Value | Undetermined |
| Prowalker And Design: Filed in Denmark on 10/07/1986, Trademark Registration No. VR 1988 00756 | Undetermined | Net Book Value | Undetermined |
| Prowalker And Design: Filed in Finland on 10/01/1986, Trademark Registration No. 103800 | Undetermined | Net Book Value | Undetermined |
| Prowalker And Design: Filed in France on 10/10/1986, Trademark Registration No. 1374223 | Undetermined | Net Book Value | Undetermined |
| Prowalker And Design: Filed in Hong Kong on 12/18/1986, Trademark Registration No. 1993B03892 | Undetermined | Net Book Value | Undetermined |
| Prowalker And Design: Filed in Italy on 08/30/1988, Trademark Registration No. 0001300418 | Undetermined | Net Book Value | Undetermined |
| Prowalker And Design: Filed in Slovak Republic on 05/19/1988, Trademark Registration No. 556-89 | Undetermined | Net Book Value | Undetermined |
| Prowalker And Design: Filed in Switzerland on 11/24/1986, Trademark Registration No. P-351510 | Undetermined | Net Book Value | Undetermined |
| Prowalker And Design: Filed in United Kingdom on 10/01/1986, Trademark Registration No. UK00001280695 | Undetermined | Net Book Value | Undetermined |
| Prowalker Engineered By Rockport And Design: Filed in New Zealand on 10/02/1986, Trademark Registration No. 168077 | Undetermined | Net Book Value | Undetermined |
| Prowalker In English And Japanese Characters (Class 018): Filed in Japan on 11/05/1985, Trademark Registration No. 2199168 | Undetermined | Net Book Value | Undetermined |
| Prowalker In English And Japanese Characters (Class 025-Footwear): Filed in Japan on 11/05/1985, Trademark Registration No. 2718035 | Undetermined | Net Book Value | Undetermined |
| Prowalker In English And Japanese Characters (Classes 025-Clothing): Filed in Japan on 11/05/1985, Trademark Registration No. 2172749 | Undetermined | Net Book Value | Undetermined |
| Prowalker In English And Japanese Characters (Classes 025-Footwear-And 028): Filed in Japan on 11/05/1985, Trademark Registration No. 2097554 | Undetermined | Net Book Value | Undetermined |
| Prowalker In English And Japanese Characters (Classes 025-Footwear-And 028): Filed in Japan on 11/05/1985, Trademark Registration No. 2097554 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Argentina on 09/12/1992, Trademark Registration No. 2377014 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Canada on 03/03/1986, Trademark Registration No. TMA322007 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                          Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Prowalker: Filed in Chile on 08/23/2013, Trademark Registration No. 1047485 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in China on 05/30/1989, Trademark Registration No. 519062 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Dominican Republic on 07/16/1989, Trademark Registration No. 47141 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Fiji on 05/05/1989, Trademark Registration No. 20535 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in France on 02/05/1993, Trademark Registration No. 93454024 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Greece on 05/30/1989, Trademark Registration No. 93972 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in India on 09/02/1999, Trademark Registration No. 874549 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Ireland on 04/17/1989, Trademark Registration No. 132155 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Japan on 07/24/2007, Trademark Registration No. 5125696 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Liechtenstein on 10/27/1989, Trademark Registration No. 7676 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Macedonia on 04/30/1997, Trademark Registration No. 07338 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Mexico on 07/04/2007, Trademark Registration No. 998302 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Poland on 03/20/1998, Trademark Registration No. 127419 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Saudi Arabia on 04/24/1989, Trademark Registration No. 204/40 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Thailand on 06/13/1989, Trademark Registration No. TM96031 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in Trinidad & Tobago on 04/18/1997, Trademark Registration No. TT/M/1/26670 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in UAE on 04/28/1999, Trademark Registration No. 23322 | Undetermined | Net Book Value | Undetermined |
| Prowalker: Filed in United States on 09/21/1984, Trademark Registration No. 1354287 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Australia on 08/14/2007, Trademark Registration No. 1192873 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Bolivia on 12/15/2008, Trademark Registration No. 116824-C | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Bolivia on 12/15/2008, Trademark Registration No. 116825-C | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Canada on 07/30/2007, Trademark Registration No. TMA735618 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in China on 03/13/2008, Trademark Registration No. 6594425 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                              Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| R Logo: Filed in China on 03/13/2008, Trademark Registration No. 6594426 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in China on 08/14/2012, Trademark Registration No. 11346591 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Colombia on 08/27/2007, Trademark Registration No. 358458 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Colombia on 08/27/2007, Trademark Registration No. 361051 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Ecuador on 08/21/2007, Trademark Registration No. 4498 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Ecuador on 08/21/2007, Trademark Registration No. 4530 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in European Community on 08/08/2012, Trademark Registration No. 011106333 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in European Union on 10/31/2007, Trademark Registration No. 006428924 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Hong Kong on 03/12/2008, Trademark Registration No. 301070342 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in India on 08/16/2012, Trademark Serial No. 2380857 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in India on 10/05/2007, Trademark Registration No. 1608460 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in India on 10/05/2007, Trademark Registration No. 1608461 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Indonesia on 03/25/2008, Trademark Registration No. IDM000223380 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Indonesia on 03/25/2008, Trademark Registration No. IDM000223381 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Iran on 11/20/2010, Trademark Registration No. 188137 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Iran on 11/20/2010, Trademark Registration No. 188137 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Iran on 11/20/2010, Trademark Registration No. 188137 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Israel on 07/19/2007, Trademark Registration No. 202365 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Israel on 07/19/2007, Trademark Registration No. 202365 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Israel on 07/19/2007, Trademark Registration No. 202365 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Japan on 07/18/2007, Trademark Registration No. 5120253 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Japan on 07/18/2007, Trademark Registration No. 5120253 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Japan on 08/21/2012, Trademark Registration No. 5552229 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Japan on 08/21/2012, Trademark Registration No. 5552229 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| R Logo: Filed in Japan on 08/21/2012, Trademark Registration No. 5552229 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Malaysia on 03/12/2008, Trademark Registration No. 08004767 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Malaysia on 03/12/2008, Trademark Registration No. 08004768 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Mexico on 07/04/2007, Trademark Registration No. 1020971 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Mexico on 07/04/2007, Trademark Registration No. 999132 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Mexico on 08/21/2012, Trademark Registration No. 1338877 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in New Zealand on 08/13/2007, Trademark Registration No. 773798 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Panama on 08/16/2007, Trademark Registration No. 164164 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Panama on 08/16/2007, Trademark Registration No. 164165 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Philippines on 03/10/2008, Trademark Registration No. 4-2008-002824 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Russian Federation on 07/04/2007, Trademark Registration No. 375921 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Saudi Arabia on 08/20/2008, Trademark Registration No. 1132/86 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Saudi Arabia on 08/20/2008, Trademark Registration No. 142909216 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Singapore on 03/11/2008, Trademark Registration No. T0803097C | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in South Korea on 07/11/2007, Trademark Registration No. 4007611740000 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Switzerland on 07/16/2007, Trademark Registration No. 563109 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Taiwan on 04/14/2006, Trademark Registration No. 1239232 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Taiwan on 04/14/2006, Trademark Registration No. 1251005 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Taiwan on 04/14/2006, Trademark Registration No. 1251482 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in UAE on 07/17/2007, Trademark Registration No. 97537 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in UAE on 07/17/2007, Trademark Registration No. 97538 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in United States on 08/10/2000, Trademark Registration No. 3142749 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in United States on 08/10/2000, Trademark Registration No. 3382280 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in United States on 08/14/2000, Trademark Registration No. 3015827 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in United States on 08/14/2012, Trademark Registration No. 4413269 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| R Logo: Filed in United States on 08/14/2012, Trademark Registration No. 4413269 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Venezuela on 03/25/2008, Trademark Registration No. P296805 | Undetermined | Net Book Value | Undetermined |
| R Logo: Filed in Venezuela on 03/25/2008, Trademark Registration No. P296806 | Undetermined | Net Book Value | Undetermined |
| R Rockport And Design (Horizontal): Filed in United States on 08/10/2000, Trademark Registration No. 2729783 | Undetermined | Net Book Value | Undetermined |
| R Rockport And Design (Vertical) (Class 025): Filed in China on 02/13/2014, Trademark Registration No. 14018090A | Undetermined | Net Book Value | Undetermined |
| R Rockport And Design (Vertical) (New): Filed in China on 02/13/2014, Trademark Serial No. 14018090 | Undetermined | Net Book Value | Undetermined |
| R Rockport And Design (Vertical): Filed in European Union on 02/23/2006, Trademark Registration No. 004920914 | Undetermined | Net Book Value | Undetermined |
| R Rockport And Design: Filed in United States on 08/14/2000, Trademark Registration No. 3142452 | Undetermined | Net Book Value | Undetermined |
| R-Bar And Design: Filed in Canada on 07/15/2016, Trademark Registration No. TMA990,438 | Undetermined | Net Book Value | Undetermined |
| R-Bar And Design: Filed in European Union on 07/18/2016, Trademark Registration No. 15668155 | Undetermined | Net Book Value | Undetermined |
| R-Bar And Design: Filed in Japan on 07/28/2016, Trademark Registration No. 5919269 | Undetermined | Net Book Value | Undetermined |
| R-Bar And Design: Filed in South Korea on 07/28/2016, Trademark Registration No. 40-1284506 | Undetermined | Net Book Value | Undetermined |
| R-Bar And Design: Filed in United States on 06/01/2016, Trademark Registration No. 5148345 | Undetermined | Net Book Value | Undetermined |
| Rockport (Stylized): Filed in Chile on 12/04/2007, Trademark Registration No. 816921 | Undetermined | Net Book Value | Undetermined |
| Rockport (Stylized): Filed in China on 05/30/1989, Trademark Registration No. 519061 | Undetermined | Net Book Value | Undetermined |
| Rockport (Stylized): Filed in Hong Kong on 02/18/1987, Trademark Registration No. 1988B3830 | Undetermined | Net Book Value | Undetermined |
| Rockport (Stylized): Filed in Malaysia on 04/21/1989, Trademark Registration No. 89002341 | Undetermined | Net Book Value | Undetermined |
| Rockport (Stylized): Filed in Saudi Arabia on 04/24/1989, Trademark Registration No. 204/39 | Undetermined | Net Book Value | Undetermined |
| Rockport (Stylized): Filed in Singapore on 04/28/1989, Trademark Registration No. T8902596G | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rockport (Stylized): Filed in South Africa on 12/14/1987, Trademark Registration No. 1987/10219 | Undetermined | Net Book Value | Undetermined |
| Rockport (Stylized): Filed in South Korea on 04/18/1989, Trademark Registration No. 4001996180000 | Undetermined | Net Book Value | Undetermined |
| Rockport (Stylized): Filed in South Korea on 04/18/1989, Trademark Registration No. 4001996180000 | Undetermined | Net Book Value | Undetermined |
| Rockport (Stylized): Filed in South Korea on 04/18/1989, Trademark Registration No. 4001996180000 | Undetermined | Net Book Value | Undetermined |
| Rockport (Stylized): Filed in South Korea on 04/18/1989, Trademark Registration No. 4002076350000 | Undetermined | Net Book Value | Undetermined |
| Rockport And Chinese Characters: Filed in Taiwan on 06/25/1986, Trademark Registration No. 352279 | Undetermined | Net Book Value | Undetermined |
| Rockport And Lighthouse Design: Filed in China on 03/03/2017, Trademark Serial No. 23008452 | Undetermined | Net Book Value | Undetermined |
| Rockport And Lighthouse Design: Filed in China on 03/03/2017, Trademark Serial No. 23008452 | Undetermined | Net Book Value | Undetermined |
| Rockport And Rockport In Arabic: Filed in Qatar on 07/06/1992, Trademark Registration No. 9841 | Undetermined | Net Book Value | Undetermined |
| Rockport City Lites (Stylized): Filed in Canada on 03/05/2018, Trademark Serial No. 1886146 | Undetermined | Net Book Value | Undetermined |
| Rockport City Lites (Stylized): Filed in Japan on 03/20/2018, Trademark Serial No. 2018-032684 | Undetermined | Net Book Value | Undetermined |
| Rockport City Lites (Stylized): Filed in South Korea on 03/16/2018, Trademark Serial No. 40-2018-0034482 | Undetermined | Net Book Value | Undetermined |
| Rockport City Lites (Stylized): Filed in United States on 10/27/2017, Trademark Serial No. 87/662,612 | Undetermined | Net Book Value | Undetermined |
| Rockport In Chinese Characters (Class 025): Filed in Singapore on 05/05/1994, Trademark Registration No. T9403545B | Undetermined | Net Book Value | Undetermined |
| Rockport In Chinese Characters: Filed in Hong Kong on 05/05/1994, Trademark Registration No. 1996B03070 | Undetermined | Net Book Value | Undetermined |
| Rockport In English And Japanese Characters (Classes 018 And 025): Filed in Japan on 06/05/1987, Trademark Registration No. 2292174 | Undetermined | Net Book Value | Undetermined |
| Rockport In English And Japanese Characters (Classes 018 And 025): Filed in Japan on 06/05/1987, Trademark Registration No. 2292174 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                                      Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rockport In Japanese Characters (Class 025): Filed in Japan on 08/21/1989, Trademark Registration No. 2394109 | Undetermined | Net Book Value | Undetermined |
| Rockport In Japanese Characters (Classes 018 And 025): Filed in Japan on 08/21/1989, Trademark Registration No. 2452228 | Undetermined | Net Book Value | Undetermined |
| Rockport In Japanese Characters (Classes 018 And 025): Filed in Japan on 08/21/1989, Trademark Registration No. 2452228 | Undetermined | Net Book Value | Undetermined |
| Rockport Walking Institute Press Kit, Copyright Registration No. TX0002045612, Filed on 11/20/1986 | Undetermined | Net Book Value | Undetermined |
| Rockport Works And Design: Filed in United States on 06/01/2017, Trademark Registration No. 5365020 | Undetermined | Net Book Value | Undetermined |
| Rockport Works: Filed in United States on 06/01/2017, Trademark Registration No. 5365019 | Undetermined | Net Book Value | Undetermined |
| Rockport Xcs: Filed in Ireland on 05/04/1995, Trademark Registration No. 173248 | Undetermined | Net Book Value | Undetermined |
| Rockport Xcs: Filed in Malaysia on 06/02/1995, Trademark Registration No. 95005179 | Undetermined | Net Book Value | Undetermined |
| Rockport Xcs: Filed in Singapore on 05/12/1995, Trademark Registration No. T9504224Z | Undetermined | Net Book Value | Undetermined |
| Rockport Xcs: Filed in Thailand on 06/20/1995, Trademark Registration No. TM44052 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Afghanistan on 04/15/1993, Trademark Registration No. 4721 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Albania on 01/09/2012, Trademark Registration No. 14178 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Algeria on 03/12/2003, Trademark Registration No. 65042 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in American Samoa on 05/07/1992, Trademark Registration No. 2836 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Andorra on 01/22/1997, Trademark Registration No. 15577 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Anguilla on 09/07/1997, Trademark Registration No. 2459 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Antigua & Barbuda on 07/27/1992, Trademark Registration No. 3449 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Argentina on 06/24/1987, Trademark Registration No. 2294200 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Argentina on 07/20/2007, Trademark Registration No. 2278236 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Argentina on 08/05/1991, Trademark Registration No. 2832890 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Armenia on 02/29/1996, Trademark Registration No. 1624 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rockport: Filed in Aruba on 06/18/2012, Trademark Registration No. 15724 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Australia on 05/20/1997, Trademark Registration No. 734906 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Australia on 07/29/1991, Trademark Registration No. 560580 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Australia on 09/04/1978, Trademark Registration No. 321719 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Australia on 10/14/1992, Trademark Registration No. 588301 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Bahamas on 05/14/1992, Trademark Registration No. 15280 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Bahrain on 08/31/1997, Trademark Registration No. 2430 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Bahrain on 09/12/2000, Trademark Registration No. 28357 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Bangladesh on 07/26/1992, Trademark Registration No. 35549 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Barbados on 05/07/2008, Trademark Serial No. 1/24580 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Barbados on 07/13/1993, Trademark Registration No. 81/8092 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Belarus on 11/11/1993, Trademark Registration No. 1365 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Belize on 06/24/2009, Trademark Registration No. 6180.09 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Belize on 09/24/2008, Trademark Registration No. 5571.08 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Bermuda on 04/01/1987, Trademark Registration No. 10903 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Bhutan on 09/11/1997, Trademark Registration No. BT/T/1997/377 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Bolivia on 02/23/1995, Trademark Registration No. 94758-A | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Bolivia on 12/15/2008, Trademark Registration No. 117095-C | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Bonaire St. Eustatius And Saba on 09/28/2011, Trademark Registration No. 3085 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Botswana on 09/29/2000, Trademark Registration No. BW/M/2000/00561 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Brazil on 02/21/1992, Trademark Registration No. 816631972 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Brazil on 04/27/1979, Trademark Registration No. 790113007 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Brazil on 08/17/2000, Trademark Registration No. 823081940 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in British Virgin Islands on 05/20/1992, Trademark Registration No. 2509 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                   Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rockport: Filed in Brunei on 05/18/1992, Trademark Registration No. 18253 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Bulgaria on 10/01/1991, Trademark Registration No. 00020788 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Canada on 05/21/1997, Trademark Registration No. TMA494727 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Canada on 09/07/1976, Trademark Registration No. TMA227451 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Canada on 10/21/1992, Trademark Registration No. TMA450996 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Chile on 04/10/1996, Trademark Registration No. 1214149 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Chile on 04/11/1996, Trademark Registration No. 1232380 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Chile on 04/18/1996, Trademark Registration No. 1214148 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Chile on 07/25/2007, Trademark Registration No. 805538 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in China on 04/26/2011, Trademark Registration No. 9389799 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in China on 08/28/1991, Trademark Registration No. 607453 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in China on 09/19/2007, Trademark Registration No. 6276521 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Colombia on 01/30/1989, Trademark Registration No. 158256 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Colombia on 08/15/2007, Trademark Registration No. 347805 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Congo on 06/16/1992, Trademark Registration No. RM/RDC/179/2012 (287 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Costa Rica on 08/14/1997, Trademark Registration No. 106616 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Costa Rica on 09/24/1991, Trademark Registration No. 78561 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Costa Rica on 09/24/1991, Trademark Registration No. 79149 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Costa Rica on 12/15/1988, Trademark Registration No. 75364 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Croatia on 10/02/1992, Trademark Registration No. Z921296 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Cuba on 04/16/1993, Trademark Registration No. 120186 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Curacao on 05/28/2012, Trademark Registration No. 8803 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Curacao on 05/28/2012, Trademark Registration No. 8803 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Cyprus on 08/13/1991, Trademark Registration No. 34925 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Cyprus on 11/24/1997, Trademark Registration No. 49184 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                      Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rockport: Filed in Dominica on 08/19/1992, Trademark Registration No. 35/92 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Dominican Republic on 04/30/2010, Trademark Registration No. 180137 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Dominican Republic on 07/15/2005, Trademark Registration No. 148579 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Dominican Republic on 09/15/1992, Trademark Registration No. 54489 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Ecuador on 06/24/1997, Trademark Registration No. 1653 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Ecuador on 07/20/2007, Trademark Registration No. 782 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Ecuador on 08/19/1991, Trademark Registration No. 2460 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Egypt on 08/05/1991, Trademark Registration No. 80522 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Egypt on 08/05/1991, Trademark Registration No. 80523 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in El Salvador on 04/27/1994, Trademark Registration No. 202/42 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in El Salvador on 09/05/2007, Trademark Registration No. 48/109 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Estonia on 10/01/1992, Trademark Registration No. 13509 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in European Union on 12/18/2007, Trademark Registration No. 006546626 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in European Union on 12/18/2007, Trademark Registration No. 006546626 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Fiji on 01/23/1987, Trademark Registration No. 43043 (31623) | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Fiji on 09/06/1991, Trademark Registration No. 22583 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Gambia on 03/17/1993, Trademark Registration No. GM/M/1993/00804 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Gaza District on 06/18/1992, Trademark Registration No. 1934 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Georgia on 07/30/1992, Trademark Registration No. M 1996 3590 R1 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Ghana on 07/28/1992, Trademark Registration No. 25345 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Greece on 07/24/1997, Trademark Registration No. 133957 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Guam on 10/11/1987, Trademark Registration No. 1075072/TPC800278832 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rockport: Filed in Guatemala on 02/22/2008, Trademark Registration No. 159076 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Guyana on 05/07/1992, Trademark Registration No. 13769A | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Haiti on 01/25/1988, Trademark Registration No. 292/121 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Haiti on 05/04/2005, Trademark Registration No. 24/200 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Honduras on 07/23/1993, Trademark Registration No. 58045 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Hong Kong on 05/27/1997, Trademark Registration No. 1999B03151 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Hong Kong on 08/15/1991, Trademark Registration No. 1994B05368 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Iceland on 10/17/1988, Trademark Registration No. 273/1989 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in India on 08/09/1991, Trademark Registration No. 556220 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in India on 08/09/1991, Trademark Registration No. 556221 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in India on 08/16/2012, Trademark Serial No. 2380858 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Indonesia on 07/05/2004, Trademark Registration No. IDM000115621 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Indonesia on 07/05/2004, Trademark Registration No. IDM000115622 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Indonesia on 07/05/2004, Trademark Registration No. IDM000115623 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Indonesia on 07/28/1997, Trademark Registration No. IDM000238525 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Iran on 06/24/1992, Trademark Registration No. 69261 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Iraq on 11/17/2008, Trademark Serial No. 53260 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Ireland on 06/25/1997, Trademark Registration No. 215466 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Ireland on 07/31/1991, Trademark Registration No. 145197 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Ireland on 07/31/1991, Trademark Registration No. 145198 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Israel on 06/25/1997, Trademark Registration No. 113164 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Israel on 07/19/2007, Trademark Registration No. 202363 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Israel on 10/28/1985, Trademark Registration No. 62137 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Jamaica on 05/08/1992, Trademark Registration No. 26331 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Japan on 04/12/1979, Trademark Registration No. 1549117 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rockport: Filed in Japan on 07/24/2007, Trademark Registration No. 5230223 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Japan on 09/09/1986, Trademark Registration No. 2080763 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Japan on 09/10/1991, Trademark Registration No. 2583063 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Japan on 09/10/1991, Trademark Registration No. 2583063 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Japan on 09/10/1991, Trademark Registration No. 2583063 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Japan on 09/10/1991, Trademark Registration No. 2583063 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Japan on 10/15/1992, Trademark Registration No. 3182793 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Jordan on 05/12/2008, Trademark Registration No. 101525 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Jordan on 06/06/1992, Trademark Registration No. 30423 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Kampuchea (Cambodia) on 05/31/2004, Trademark Registration No. KH/T/2004/20629 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Kazakhstan on 11/26/1992, Trademark Registration No. 5658 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Kenya on 05/19/1992, Trademark Registration No. KE/T/1992/0039765 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Kuwait on 02/28/1998, Trademark Registration No. 34322 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Kuwait on 07/28/1992, Trademark Registration No. 23924 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Kyrgyzstan on 09/05/1991, Trademark Registration No. 539 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Laos on 04/05/1993, Trademark Registration No. 10731 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Laos on 04/05/1993, Trademark Registration No. 10732 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Laos on 04/05/1993, Trademark Registration No. 10733 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Latvia on 04/09/1992, Trademark Registration No. M 30 262 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Latvia on 04/09/1992, Trademark Registration No. M 30 262 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Lebanon on 06/22/1992, Trademark Registration No. 58278 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Lesotho on 05/21/1992, Trademark Registration No. LS/M/92/00296 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Liberia on 10/30/1992, Trademark Registration No. 00182/2007 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Libya on 05/16/2005, Trademark Registration No. 3920 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| Rockport: Filed in Liechtenstein on 08/05/1991, Trademark Registration No. 8154 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Lithuania on 06/12/1992, Trademark Registration No. 20033 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Madagascar on 09/05/1994, Trademark Registration No. 0276/14 (94/00020) | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Malaysia on 03/12/2008, Trademark Registration No. 08004766 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Malaysia on 11/02/1987, Trademark Registration No. 87005121 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Malaysia on 12/01/1997, Trademark Registration No. 97018703 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Malta on 05/11/1992, Trademark Registration No. 21445 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Mauritius on 05/13/1992, Trademark Registration No. A 33 No. 157 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Mauritius on 05/13/1992, Trademark Registration No. A 33 No. 157 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Mexico on 06/27/1997, Trademark Registration No. 555560 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Mexico on 08/17/2017, Trademark Registration No. 1818241 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Mexico on 08/21/2012, Trademark Registration No. 1337200 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Mexico on 09/24/1991, Trademark Registration No. 412772 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Mexico on 09/24/1991, Trademark Registration No. 462350 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Moldova on 07/06/1993, Trademark Registration No. R 1028 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Montserrat on 09/24/1992, Trademark Registration No. 1619 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Morocco on 03/18/1993, Trademark Registration No. 50892 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Mozambique on 09/29/1999, Trademark Registration No. 1900/99 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Myanmar on 07/30/1992, Trademark Registration No. 2489/92 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Namibia (S.W. Africa) on 05/20/1992, Trademark Registration No. 92/0531 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Nepal on 08/27/1992, Trademark Registration No. 8699/049 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Netherlands Antilles on 06/03/1992, Trademark Registration No. 08803 (formerly 1693 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in New Zealand on 06/24/1997, Trademark Registration No. 278750 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rockport: Filed in New Zealand on 08/08/1991, Trademark Registration No. 212058 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in New Zealand on 08/24/1981, Trademark Registration No. 138563 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Nicaragua on 07/24/2007, Trademark Registration No. 0802241 LM | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Nigeria on 07/08/1992, Trademark Registration No. 57609 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in North Korea on 04/05/1993, Trademark Registration No. 8178 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Northern Cyprus on 06/30/1992, Trademark Registration No. 3096 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Oman on 02/27/1990, Trademark Registration No. 3947 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Pakistan on 08/15/1991, Trademark Registration No. 111966 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Panama on 07/18/2007, Trademark Registration No. 163293 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Panama on 07/18/2007, Trademark Registration No. 163294 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Panama on 07/22/1988, Trademark Registration No. 42632 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Panama on 11/16/1988, Trademark Registration No. 43847 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Panama on 12/21/1992, Trademark Registration No. 58278 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Papua New Guinea on 05/12/1992, Trademark Registration No. A57270 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Paraguay on 07/18/2007, Trademark Registration No. 312858 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Paraguay on 12/19/2002, Trademark Registration No. 377653 / 2013 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Peru on 03/10/1992, Trademark Registration No. PI0065588 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Peru on 07/17/2007, Trademark Registration No. P00132157 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Philippines on 10/26/2010, Trademark Registration No. 4-2010-011692 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Poland on 03/20/1998, Trademark Registration No. 127421 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Romania on 05/06/1993, Trademark Registration No. 020719 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Russian Federation on 08/13/2012, Trademark Registration No. 496790 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Rwanda on 05/29/1992, Trademark Registration No. 3524/ERK | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rockport: Filed in Rwanda on 05/29/1992, Trademark Registration No. 3524/ERK | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Saint Kitts & Nevis on 02/13/1989, Trademark Registration No. T4276 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Saint Lucia on 05/29/1992, Trademark Registration No. 78/1992 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in San Marino on 04/15/2004, Trademark Registration No. SM-M-200400046 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in San Marino on 04/15/2004, Trademark Registration No. SM-M-200400046 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Saudi Arabia on 06/24/1997, Trademark Registration No. 439/87 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Saudi Arabia on 07/28/2001, Trademark Registration No. 627/43 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Saudi Arabia on 08/20/2008, Trademark Registration No. 1188/41 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Seychelles on 03/17/1993, Trademark Registration No. 3512 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Sierra Leone on 05/21/1992, Trademark Registration No. 13602 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Singapore on 05/23/1997, Trademark Registration No. T9705978F | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Singapore on 08/13/1991, Trademark Registration No. T9107552F | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Singapore on 08/17/1981, Trademark Registration No. T8103575J | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Slovenia on 07/30/1981, Trademark Registration No. 8180468 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in South Africa on 05/20/1997, Trademark Registration No. 1997/07417 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in South Africa on 08/02/1991, Trademark Registration No. 1991/06301 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in South Africa on 08/06/1981, Trademark Registration No. 1981/05673 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in South Korea on 06/08/1981, Trademark Registration No. 4000807170000 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in South Korea on 08/10/1991, Trademark Registration No. 4002445940000 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in South Korea on 08/10/1991, Trademark Registration No. 4002445940000 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Sri Lanka on 06/18/1992, Trademark Registration No. 64046 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in St. Maarten on 05/28/2012, Trademark Registration No. 07433 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Sudan on 05/26/1993, Trademark Registration No. 23525 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rockport: Filed in Suriname on 06/08/1992, Trademark Registration No. 13223 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Suriname on 06/08/1992, Trademark Registration No. 13223 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Swaziland on 09/07/2000, Trademark Registration No. 461/2000 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Sweden on 06/24/1997, Trademark Registration No. 332968 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Syria on 03/20/2013, Trademark Registration No. 127795 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Syria on 03/20/2013, Trademark Registration No. 128028 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Syria on 03/20/2013, Trademark Registration No. 128060 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Taiwan on 05/08/1998, Trademark Registration No. 112006 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Taiwan on 07/04/1981, Trademark Registration No. 170348 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Taiwan on 08/22/1991, Trademark Registration No. 549818 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Taiwan on 08/22/1991, Trademark Registration No. 550094 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Tajikistan on 04/03/2004, Trademark Registration No. 825 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Tajikistan on 04/03/2004, Trademark Registration No. 825 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Tanzania (Zanzibar) on 05/11/1992, Trademark Registration No. 60/92 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Thailand on 08/05/1997, Trademark Registration No. SM7935 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Thailand on 09/28/1987, Trademark Registration No. TM64358 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Thailand on 10/04/1991, Trademark Registration No. TM151031 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Trinidad & Tobago on 03/14/2008, Trademark Registration No. TT/M/1/39605 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Trinidad & Tobago on 05/14/1992, Trademark Registration No. TT/M/1/20710 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Tunisia on 05/08/1992, Trademark Registration No. EE.07.1106 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Turkey on 10/15/1991, Trademark Registration No. 132971 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Turkmenistan on 08/08/1995, Trademark Registration No. 2811 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Turks & Caicos on 07/14/2000, Trademark Registration No. 10828 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in UAE on 02/05/1994, Trademark Registration No. 4897 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rockport: Filed in UAE on 06/06/1997, Trademark Registration No. 22516 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in UAE on 07/13/2009, Trademark Registration No. 105940 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Uganda on 11/30/1988, Trademark Registration No. 16947 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Ukraine on 12/29/1992, Trademark Registration No. 6683 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in United States on 07/15/2004, Trademark Registration No. 3366596 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in United States on 08/05/1976, Trademark Registration No. 1075072 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in United States on 08/14/2012, Trademark Registration No. 4413270 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in United States on 08/14/2012, Trademark Registration No. 4413270 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in United States on 11/15/1991, Trademark Registration No. 1706924 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in United States on 12/23/1994, Trademark Registration No. 2105689 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Uruguay on 03/30/2012, Trademark Registration No. 434136 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Uruguay on 07/23/2012, Trademark Registration No. 438126 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Uzbekistan on 08/05/1993, Trademark Registration No. 3522 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Venezuela on 02/22/2018, Trademark Serial No. 2455-2018 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Venezuela on 04/29/1991, Trademark Registration No. F161900 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Venezuela on 04/29/1991, Trademark Registration No. F165336 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Vietnam on 03/31/1993, Trademark Registration No. 10537 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Virgin Islands on 10/11/1987, Trademark Registration No. 6502 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in West Bank on 04/26/1993, Trademark Registration No. 2505 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Yemen on 04/28/1997, Trademark Registration No. 8714 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Zambia on 07/14/1992, Trademark Registration No. 245/92 | Undetermined | Net Book Value | Undetermined |
| Rockport: Filed in Zimbabwe (Rhodesia) on 03/01/2002, Trademark Registration No. 486/92 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                      Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rockport: Registered in Azerbaijan Trademark Serial No. 94.0253 | Undetermined | Net Book Value | Undetermined |
| Rockport: Registered in Burundi Trademark Serial No. 2693/BU | Undetermined | Net Book Value | Undetermined |
| Rockport: Registered in Guatemala on 07/10/2009, Trademark Serial No. 73-2001 | Undetermined | Net Book Value | Undetermined |
| Rockport: Registered in Nicaragua on 04/14/1993, Trademark Serial No. 1992-001420 | Undetermined | Net Book Value | Undetermined |
| Rocsport: Filed in Canada on 11/25/1980, Trademark Registration No. TMA271291 | Undetermined | Net Book Value | Undetermined |
| Rocsports (Stylized): Filed in Cyprus on 12/13/1986, Trademark Registration No. 27901 | Undetermined | Net Book Value | Undetermined |
| Rocsports (Stylized): Filed in Hong Kong on 02/18/1987, Trademark Registration No. 1997B06345 | Undetermined | Net Book Value | Undetermined |
| Rocsports (Stylized): Filed in South Africa on 12/14/1987, Trademark Registration No. 1987/10218 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in Argentina on 07/27/1993, Trademark Registration No. 2058487 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in Brazil on 03/13/1989, Trademark Registration No. 814736645 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in Canada on 06/12/1981, Trademark Registration No. TMA291971 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in Canada on 06/12/1981, Trademark Registration No. TMA291971 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in Costa Rica on 12/15/1988, Trademark Registration No. 72446 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in Dominican Republic on 07/15/2005, Trademark Registration No. 148580 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in Israel on 10/28/1985, Trademark Registration No. 62136 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in Japan on 02/25/1988, Trademark Registration No. 2245280 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in Japan on 04/04/1981, Trademark Registration No. 2095982 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in Japan on 08/13/1986, Trademark Registration No. 2229419 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in Malaysia on 07/27/1989, Trademark Registration No. 89004478 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in New Zealand on 08/24/1981, Trademark Registration No. 138562 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in Serbia on 07/30/1981, Trademark Registration No. 27825 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in South Africa on 08/06/1981, Trademark Registration No. 1981/05674 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rocsports: Filed in South Korea on 06/08/1981, Trademark Registration No. 4000810680000 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in Taiwan on 07/04/1981, Trademark Registration No. 170349 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in UAE on 04/28/1999, Trademark Registration No. 31096 | Undetermined | Net Book Value | Undetermined |
| Rocsports: Filed in United States on 03/16/1981, Trademark Registration No. 1202104 | Undetermined | Net Book Value | Undetermined |
| Shoe Construction: Filed in United States on 07/18/2005, Patent No. 7377056 | Undetermined | Net Book Value | Undetermined |
| Shoe Sole (Sailing Club): Filed in European Union on 02/26/2004, Patent No. 145586 | Undetermined | Net Book Value | Undetermined |
| Shoe Sole Construction: Filed in United States on 02/28/2018, Patent Serial No. 15/908,053 | Undetermined | Net Book Value | Undetermined |
| Shoe Upper (Engulf, Encapsulate, Enmesh, Enclose, Encircle): Filed in France on 09/22/2000, Patent No. 005431 | Undetermined | Net Book Value | Undetermined |
| Shoe Upper (ML300): Filed in France on 03/10/1999, Patent No. 545279-83 | Undetermined | Net Book Value | Undetermined |
| Shoe Upper (MWT10): Filed in France on 08/30/1996, Patent No. 452046-50 | Undetermined | Net Book Value | Undetermined |
| Shoe Upper (MWT10): Filed in Germany on 07/08/1996, Patent No. M9606019.0-0001-0005 | Undetermined | Net Book Value | Undetermined |
| Shoe Upper (MWT10): Filed in Italy on 09/10/1996, Patent No. 0000072474 | Undetermined | Net Book Value | Undetermined |
| Shoe Upper: Filed in France on 08/06/1998, Patent No. 536849-63 | Undetermined | Net Book Value | Undetermined |
| Shoe Uppers (MW910, WW410, W5210, W5290, WW990): Filed in France on 05/17/1999, Patent No. 554714-38 | Undetermined | Net Book Value | Undetermined |
| Sole For Footwear: Filed in China on 01/19/2016, Patent Serial No. 201680006251.8 | Undetermined | Net Book Value | Undetermined |
| Sole For Footwear: Filed in China on 12/23/2015, Patent Serial No. 201580070787.1 | Undetermined | Net Book Value | Undetermined |
| Sole For Footwear: Filed in Hong Kong on 01/19/2016, Patent Serial No. 18103335.8 | Undetermined | Net Book Value | Undetermined |
| Sole For Footwear: Filed in Italy on 12/23/2014, Patent No. 102014902319008 | Undetermined | Net Book Value | Undetermined |
| Sole For Footwear: Filed in Japan on 01/19/2016, Patent Serial No. 2017-537943 | Undetermined | Net Book Value | Undetermined |
| Sole For Footwear: Filed in Japan on 12/23/2015, Patent Serial No. 2017-533973 | Undetermined | Net Book Value | Undetermined |
| Sole For Footwear: Filed in South Korea on 01/19/2016, Patent Serial No. 2017-7021072 | Undetermined | Net Book Value | Undetermined |
| Sole For Footwear: Filed in South Korea on 12/23/2015, Patent Serial No. 2017-7020570 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Sole For Footwear: Filed in United States on 06/23/2017, Patent Serial No. 15/539,416 | Undetermined | Net Book Value | Undetermined |
| Sole For Footwear: Filed in United States on 07/14/2017, Patent Serial No. 15/543,749 | Undetermined | Net Book Value | Undetermined |
| Sole structure for footwear and footwear comprising such sol: Filed in Italy on 03/13/2012, Patent No. 102012902031397 | Undetermined | Net Book Value | Undetermined |
| Sunlights: Filed in Canada on 02/11/1987, Trademark Registration No. TMA340368 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in China on 10/08/2006, Trademark Registration No. 5648875 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in China on 10/08/2006, Trademark Registration No. 5648876 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in China on 10/08/2006, Trademark Registration No. 5648877 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in European Union on 09/20/2006, Trademark Registration No. 005357546 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in European Union on 09/20/2006, Trademark Registration No. 005357546 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in European Union on 09/20/2006, Trademark Registration No. 005357546 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in Japan on 10/04/2006, Trademark Registration No. 5025393 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in Japan on 10/04/2006, Trademark Registration No. 5025393 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in Mexico on 07/04/2007, Trademark Registration No. 998300 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in Mexico on 07/04/2007, Trademark Registration No. 998301 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in South Korea on 05/23/2016, Trademark Registration No. 40-1232374 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in Taiwan on 04/14/2006, Trademark Registration No. 01239444 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in Taiwan on 04/14/2006, Trademark Registration No. 01251483 | Undetermined | Net Book Value | Undetermined |
| The Differences Inside: Filed in Taiwan on 04/14/2006, Trademark Registration No. 1239233 | Undetermined | Net Book Value | Undetermined |
| The Rockport {Proof} (Stylized): Filed in South Korea on 02/10/1996, Trademark Registration No. 40-0374524 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| The Rockport Group (Stylized): Filed in Canada on 02/29/2016, Trademark Serial No. 1769974 | Undetermined | Net Book Value | Undetermined |
| The Rockport Group (Stylized): Filed in United States on 12/16/2015, Trademark Registration No. 5433858 | Undetermined | Net Book Value | Undetermined |
| The Rockport Group: Filed in Canada on 03/21/2017, Trademark Serial No. 1828437 | Undetermined | Net Book Value | Undetermined |
| The Rockport Group: Filed in European Union on 03/22/2017, Trademark Registration No. 16499063 | Undetermined | Net Book Value | Undetermined |
| The Rockport Group: Filed in European Union on 03/22/2017, Trademark Registration No. 16499063 | Undetermined | Net Book Value | Undetermined |
| The Rockport Group: Filed in Japan on 04/18/2017, Trademark Registration No. 5997227 | Undetermined | Net Book Value | Undetermined |
| The Rockport Group: Filed in Japan on 04/18/2017, Trademark Registration No. 5997227 | Undetermined | Net Book Value | Undetermined |
| The Rockport Group: Filed in South Korea on 03/22/2017, Trademark Registration No. 40-1298154 | Undetermined | Net Book Value | Undetermined |
| The Rockport Group: Filed in South Korea on 03/22/2017, Trademark Registration No. 40-1298154 | Undetermined | Net Book Value | Undetermined |
| The Rockport Group: Filed in United States on 02/03/2017, Trademark Registration No. 5276180 | Undetermined | Net Book Value | Undetermined |
| The Rockport Group: Filed in United States on 02/03/2017, Trademark Registration No. 5276180 | Undetermined | Net Book Value | Undetermined |
| The Rockport Group: Registered in China Trademark Serial No. 23296285 | Undetermined | Net Book Value | Undetermined |
| Total Motion: Filed in Japan on 05/16/2016, Trademark Registration No. 5875660 | Undetermined | Net Book Value | Undetermined |
| Total Motion: Filed in South Korea on 05/17/2016, Trademark Registration No. 40-1232956 | Undetermined | Net Book Value | Undetermined |
| Total Motion: Filed in United States on 12/15/2015, Trademark Registration No. 5007789 | Undetermined | Net Book Value | Undetermined |
| Total Motion: Registered in China on 07/28/2017, Trademark Serial No. 20204553 | Undetermined | Net Book Value | Undetermined |
| Truflex: Filed in Canada on 03/19/2018, Trademark Serial No. 1888825 | Undetermined | Net Book Value | Undetermined |
| Truflex: Filed in Japan on 03/13/2018, Trademark Serial No. 2018-029898 | Undetermined | Net Book Value | Undetermined |
| Truflex: Filed in South Korea on 03/12/2018, Trademark Serial No. 40-2018-0031667 | Undetermined | Net Book Value | Undetermined |
| Truflex: Filed in United States on 03/16/2018, Trademark Serial No. 87/837,068 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trutech: Filed in Canada on 04/01/2016, Trademark Registration No. TMA973,937 | Undetermined | Net Book Value | Undetermined |
| Trutech: Filed in Japan on 04/04/2016, Trademark Registration No. 5882363 | Undetermined | Net Book Value | Undetermined |
| Trutech: Filed in Portugal on 11/27/2017, Trademark Registration No. 592326 | Undetermined | Net Book Value | Undetermined |
| Trutech: Filed in South Korea on 04/04/2016, Trademark Registration No. 40-1217169 | Undetermined | Net Book Value | Undetermined |
| Trutech: Filed in Spain on 04/06/2016, Trademark Serial No. 3607801 | Undetermined | Net Book Value | Undetermined |
| Trutech: Filed in United States on 04/01/2016, Trademark Registration No. 5143347 | Undetermined | Net Book Value | Undetermined |
| Trutech: Registered in China on 05/28/2017, Trademark Serial No. 19580936 | Undetermined | Net Book Value | Undetermined |
| Trutech: Registered in European Union on 10/29/2017, Trademark Serial No. 15302061 | Undetermined | Net Book Value | Undetermined |
| Tru-Trak: Filed in United States on 06/09/1986, Trademark Registration No. 1437386 | Undetermined | Net Book Value | Undetermined |
| Truwalk: Filed in Canada on 02/10/2010, Trademark Registration No. TMA787641 | Undetermined | Net Book Value | Undetermined |
| Truwalk: Filed in China on 03/02/2010, Trademark Registration No. 8091298 | Undetermined | Net Book Value | Undetermined |
| Truwalk: Filed in European Union on 02/11/2010, Trademark Registration No. 008876302 | Undetermined | Net Book Value | Undetermined |
| Truwalk: Filed in Japan on 02/18/2010, Trademark Registration No. 5337165 | Undetermined | Net Book Value | Undetermined |
| Truwalk: Filed in South Korea on 02/17/2010, Trademark Registration No. 4008600500000 | Undetermined | Net Book Value | Undetermined |
| Truwalk: Filed in United States on 02/11/2010, Trademark Registration No. 4109371 | Undetermined | Net Book Value | Undetermined |
| Walkability: Filed in Canada on 06/25/2010, Trademark Registration No. TMA803126 | Undetermined | Net Book Value | Undetermined |
| Walkability: Filed in European Union on 06/24/2010, Trademark Registration No. 009200882 | Undetermined | Net Book Value | Undetermined |
| Walkability: Filed in Japan on 07/13/2010, Trademark Registration No. 5371859 | Undetermined | Net Book Value | Undetermined |
| Walkability: Filed in United States on 06/24/2010, Trademark Registration No. 4126139 | Undetermined | Net Book Value | Undetermined |
| World Tour: Filed in Canada on 11/12/2010, Trademark Registration No. TMA809082 | Undetermined | Net Book Value | Undetermined |
| World Tour: Filed in United States on 04/05/2011, Trademark Registration No. 4048878 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in African Union on 05/09/1995, Trademark Registration No. 40787 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Argentina on 05/05/1995, Trademark Registration No. 2205358 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC

Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| XCS: Filed in Australia on 05/03/1995, Trademark Registration No. 660139 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Benelux on 05/04/1995, Trademark Registration No. 0572341 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Brazil on 05/11/1995, Trademark Registration No. 818517328 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Canada on 11/12/1996, Trademark Registration No. TMA487221 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in China on 05/15/1995, Trademark Registration No. 2018353 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Colombia on 05/10/1995, Trademark Registration No. 179072 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Croatia on 05/05/1995, Trademark Registration No. Z950835 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Cyprus on 06/01/1995, Trademark Registration No. 42802 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Czech Republic on 05/03/1995, Trademark Registration No. 197750 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Egypt on 05/08/1995, Trademark Registration No. 95651 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Estonia on 05/11/1995, Trademark Registration No. 24537 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in European Union on 10/31/2007, Trademark Registration No. 006428916 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Finland on 05/04/1995, Trademark Registration No. 200394 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in France on 05/04/1995, Trademark Registration No. 95570347 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Germany on 05/05/1995, Trademark Registration No. 39519162 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Greece on 05/15/1995, Trademark Registration No. 124323 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Hong Kong on 11/14/1994, Trademark Registration No. 1998B04903 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Hungary on 05/05/1995, Trademark Registration No. 147346 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in India on 05/15/1995, Trademark Registration No. 665721 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Indonesia on 03/18/1996, Trademark Registration No. IDM000179056 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Israel on 05/05/1995, Trademark Registration No. 98434 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Italy on 05/12/1995, Trademark Registration No. 0001636745 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Japan on 05/11/1995, Trademark Registration No. 3326624 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Latvia on 05/04/1995, Trademark Registration No. M 37 453 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Lithuania on 05/12/1995, Trademark Registration No. 27653 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                              Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| XCS: Filed in Mexico on 05/09/1995, Trademark Registration No. 494313 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Montenegro on 05/15/1995, Trademark Registration No. 01888 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in New Zealand on 05/04/1995, Trademark Registration No. 248788 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Norway on 05/04/1995, Trademark Registration No. 172182 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Panama on 09/21/1995, Trademark Registration No. 77414 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Peru on 05/16/1995, Trademark Registration No. P00018376 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Poland on 05/12/1995, Trademark Registration No. 101895 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Portugal on 05/12/1995, Trademark Registration No. 309967 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Saudi Arabia on 05/23/1995, Trademark Registration No. 361/68 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Serbia on 05/15/1995, Trademark Registration No. 40902 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Slovenia on 05/09/1995, Trademark Registration No. 9570576 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in South Africa on 05/04/1995, Trademark Registration No. 1995/05770 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in South Korea on 05/03/1995, Trademark Registration No. 4003532210000 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in South Korea on 05/03/1995, Trademark Registration No. 40-0358045 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Spain on 05/12/1995, Trademark Registration No. 1965112 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Sweden on 05/04/1995, Trademark Registration No. 324642 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Switzerland on 05/05/1995, Trademark Registration No. 2P-428732 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Taiwan on 05/12/1995, Trademark Registration No. 00718638 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Turkey on 05/05/1995, Trademark Registration No. 160578 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in UAE on 12/04/1995, Trademark Registration No. 14041 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in United Kingdom on 05/04/1995, Trademark Registration No. UK00002019658 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in United Kingdom on 12/11/1997, Trademark Registration No. UK00002153251 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in United States on 06/05/1996, Trademark Registration No. 2090140 | Undetermined | Net Book Value | Undetermined |
| XCS: Filed in Venezuela on 09/23/2016, Trademark Serial No. 15183-2016 | Undetermined | Net Book Value | Undetermined |
| XCS: Registered in Chile on 05/06/1996, Trademark Serial No. 1208225 | Undetermined | Net Book Value | Undetermined |

Debtor Name: The Rockport Company, LLC                                      Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: The Rockport Company, LLC                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Rockport.co | Undetermined | Net Book Value | Undetermined |
| Rockport.com | Undetermined | Net Book Value | Undetermined |
| Rockportstore.co | Undetermined | Net Book Value | Undetermined |
| Rockportstore.info | Undetermined | Net Book Value | Undetermined |
| Rockportstore.net | Undetermined | Net Book Value | Undetermined |
| Rockportstore.org | Undetermined | Net Book Value | Undetermined |
| Rockport-uk.com | Undetermined | Net Book Value | Undetermined |
|  |  | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name: The Rockport Company, LLC                                    Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Beazley | Cyber From 7/31/2017-7/31/2018 | V1F940170101 | Undetermined |
| Federal Insurance Company | Automobile Liability From 7/31/2017-7/31/2018 | 73589947 | Undetermined |
| Federal Insurance Company | Commercial Umbrella From 7/31/2017-7/31/2018 | 79889302 | Undetermined |
| Federal Insurance Company | Property/All Risk (Non-Stock) From 7/31/2017-7/31/2018 | 36043115 | Undetermined |
| Great Northern Insurance Company | General Liability From 7/31/2017 - 7/31/2018 | 36043115 | Undetermined |
| Great Northern Insurance Company | International Package Policy From 7/31/2017-7/31/2018 | 35889110 | Undetermined |
| Lloyd's Syndicate | Cargo Stock (Thru-Put) From 8/30/2017-7/31/2018 | B0509MARCW1700 | Undetermined |
| National Union Fire Insurance Company of Pittsburgh, PA | D&O Liability (Excess) From 9/30/2017-9/30/2018 | 02-140-39-70 | Undetermined |
| Pacific Indemnity Company | Workers' Compensation From 7/31/2017-7/31/2018 | 71752019 | Undetermined |
| U.S. Specialty Insurance Company | Commercial Crime From 9/30/2017-9/30/2018 | 64-MGU-17-A41889 | Undetermined |
| U.S. Specialty Insurance Company | D&O Liability (Run Off) From 7/31/2017-7/31/2018 | 14-MGU-15-A35457 | Undetermined |
| U.S. Specialty Insurance Company | D&O Liability (Run Off) From 7/31/2017-7/31/2018 | 14-MGU-15-A35460 | Undetermined |
| U.S. Specialty Insurance Company | Management Liability From 9/30/2017-9/30/2018 | 14-MG-17-A13478 | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name: The Rockport Company, LLC                                          Case Number: 18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 74:** Causes of action against third parties (whether or not a lawsuit has been filed)

| Description | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Counter-Claim Against Attune Consulting USA, Inc. in Middlesex Country Superior Court, Civil Docket Number 1881CV00668 | Counter-Claim | Undetermined | Undetermined |
| | | | |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name:          The Rockport Company, LLC                          Case Number:          18-11145 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Intercompany Receivable with Calzados Rockport S.L. | $45,403.25 |
| Intercompany Receivable with Relay Technical Services Private Limited | $96,229.78 |
| Intercompany Receivable with Rockport Canada ULC | $16,692,261.51 |
| Intercompany Receivable with Rockport Hong Kong LTD | $250,744.67 |
| Intercompany Receivable with Rockport International Limited | $3,749,410.75 |
| Intercompany Receivable with Rockport Japan, KK | $19,627,614.14 |
| Intercompany Receivable with Rockport UK Holdings Ltd. | $15,287,561.70 |
| Intercompany Receivable with The Rockport Company Korea LTD | $2,070,469.74 |
| Intercompany Receivable with The Rockport Company Portugal Unipessoal, Lda | $452,445.09 |
| Intercompany Receivable with The Rockport Company, B.V. | $61,742.96 |
| Leasehold Improvements, Net | $7,896,838.11 |
| Miscellaneous Receivables | $29,953.61 |
| Receivables from Credit Card Companies for Customer Sales | $442,410.12 |
| Receivables from Licensees for Use of Rockport's Intellectual Property | $28,000.00 |
| TOTAL | $66,731,085.43 |

**Fill in this information to identify the case:**

Debtor name     The Rockport Company, LLC

United States Bankruptcy Court for the: _____    District of Delaware

Case number (If known):   18-11145 (LSS)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** **Creditor's name**
CITIZENS BANK, N.A.

**Describe debtor's property that is subject to a lien**

| | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
INTERNATIONAL TRADE DEPT.
20 CABOT ROAD, M/S MMF470
MEDFORD, MA 02155

**Describe the lien**
Letter of Credit in the Amount of $3,000,000 for the Benefit of Expeditors International of Washington, Inc.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
CITIZENS BANK, N.A.

**Describe debtor's property that is subject to a lien**

| | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
INTERNATIONAL TRADE DEPT.
20 CABOT ROAD, M/S MMF470
MEDFORD, MA 02155

**Describe the lien**
Letter of Credit in the Amount of $550,000 for the Benefit of American Alternative Insurance Corporation

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| | $ 188,253,357.91 |
| | + undetermined amounts |

Debtor    The Rockport Company, LLC
_____
Name

Case number (if known)    18-11145 (LSS)
_____

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**Part 1:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**    **Creditor's name**
CITIZENS BUSINESS CAPITAL, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL J. GANANN
28 STATE STREET
BOSTON, MA 02109

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Borrower to the ABL Facility

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$    $ Undetermined

---

**2.4**    **Creditor's name**
CITIZENS BUSINESS CAPITAL, AS COLLATERAL AGENT

**Creditor's mailing address**
28 STATE STREET
BOSTON, MA 02109

**Creditor's email address, if known**

**Date debt was incurred**    12/07/2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[ ] No
[X] Yes. Have you already specified the relative priority?

    [X] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in File Number 20178094155.  See Schedule D disclosures.

**Describe the lien**
Amendment to original financing statement no. 20153543153 changing address of debtor.  See Schedule D disclosures.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined    $ Undetermined

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.5**

**Creditor's name**
CORTLAND CAPITAL MARKET SERVICES LLC,
AS COLLATERAL AGENT

**Creditor's mailing address**
ATTN: LEGAL DEPARTMENT
225 WEST WASHINGTON STREET, 21ST
FLOOR
CHICAGO, IL 60606

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[X] No
[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Borrower to the 9.5% Senior Notes Due 2022

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

Column A: $188,253,357.91

Column B: $ Undetermined

---

**2.6**

**Creditor's name**
CORTLAND CAPITAL MARKET SERVICES LLC,
AS COLLATERAL AGENT

**Creditor's mailing address**
225 W. WASHINGTON ST., 21ST FLOOR
CHICAGO, IL 60606

**Creditor's email address, if known**

**Date debt was incurred**   07/31/2015
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[ ] No
[X] Yes. Have you already specified the
relative priority?

    [X] No. Specify each creditor, including
this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
specified on lines

**Describe debtor's property that is subject to a lien**
As provided in File Number 20153329439.  See Schedule D
disclosures.

**Describe the lien**
All assets of debtor, including those described in Financing
Statement attached as Exhibit A.  See Schedule D disclosures.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

Column A: $ Undetermined

Column B: $ Undetermined

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.7**

**Creditor's name**
CRESTMARK EQUIPMENT FINANCE, INC

**Creditor's mailing address**
40950 WOODWARD AVE, SUITE 201
BLOOMFIELD HILLS, MI 48304

**Creditor's email address, if known**

**Date debt was incurred**  03/29/2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in File Number 20172055686.  See Schedule D disclosures.

**Describe the lien**
Amendment to original financing statement no. 20171921763 changing address of debtor.  See Schedule D disclosures.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Undetermined | $ Undetermined

---

**2.8**

**Creditor's name**
CRESTMARK EQUIPMENT FINANCE, INC

**Creditor's mailing address**
40950 WOODWARD AVE, SUITE 201
BLOOMFIELD HILLS, MI 48304

**Creditor's email address, if known**

**Date debt was incurred**  03/30/2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in File Number 20172072459.  See Schedule D disclosures.

**Describe the lien**
Property lease.  See Schedule D disclosures.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Undetermined | $ Undetermined

---

Debtor    The Rockport Company, LLC
_____
Name

Case number *(if known)*    18-11145 (LSS)
_____

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.9**

**Creditor's name**
CRESTMARK EQUIPMENT FINANCE, INC

**Creditor's mailing address**
40950 WOODWARD AVE, SUITE 201
BLOOMFIELD HILLS, MI 48304

**Creditor's email address, if known**

**Date debt was incurred**   03/30/2017
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☐ No
☒ Yes. Have you already specified the
   relative priority?

   ☒ No. Specify each creditor, including
      this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
      specified on lines

**Describe debtor's property that is subject to a lien**
As provided in File Number 20172072822. See Schedule D
disclosures.

**Describe the lien**
Amendment to original financing statement no. 20172070958
changing address of debtor. See Schedule D disclosures.

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Undetermined

$ Undetermined

---

**2.10**

**Creditor's name**
CRESTMARK EQUIPMENT FINANCE, INC

**Creditor's mailing address**
40950 WOODWARD AVE, SUITE 201
BLOOMFIELD HILLS, MI 48304

**Creditor's email address, if known**

**Date debt was incurred**   03/30/2017
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☐ No
☒ Yes. Have you already specified the
   relative priority?

   ☒ No. Specify each creditor, including
      this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
      specified on lines

**Describe debtor's property that is subject to a lien**
As provided in File Number 20172086715. See Schedule D
disclosures.

**Describe the lien**
Amendment to original financing statement no. 20172070487
deleting debtor. See Schedule D disclosures.

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

$ Undetermined

$ Undetermined

---

Debtor    The Rockport Company, LLC
_____
           Name

Case number (if known)  18-11145 (LSS)
_____

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | |
|---|---|---|---|
| 2.11 | **Creditor's name** CRESTMARK EQUIPMENT FINANCE, INC | **Describe debtor's property that is subject to a lien** As provided in File Number 20172074919. See Schedule D disclosures. | $ Undetermined |
| | **Creditor's mailing address** 40950 WOODWARD AVE, SUITE 201 BLOOMFIELD HILLS, MI 48304 | **Describe the lien** Property lease. See Schedule D disclosures. | $ Undetermined |

**Creditor's email address, if known**

**Date debt was incurred**  03/30/2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor   The Rockport Company, LLC
_____
         Name

Case number *(if known)*  18-11145 (LSS)
_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CITIZENS BUSINESS CAPITAL, AS ADMINISTRATIVE AGENT<br>C/O RIEMER & BRAUNSTEIN LLP<br>THREE CENTER PLAZA, 6TH FLOOR<br>BOSTON, MA 02108 | Line 3 | |
| CORTLAND CAPITAL MARKET SERVICES LLC, AS COLLATERAL AGENT<br>ATTN: CHRIS CAPEZUTI<br>225 WEST WASHINGTON STREET, 21ST FLOOR<br>CHICAGO, IL 60606 | Line 5 | |
| CORTLAND CAPITAL MARKET SERVICES LLC, AS COLLATERAL AGENT<br>C/O HOLLAND & KNIGHT LLP<br>ATTN: JOSHUA SPENCER<br>131 SOUTH DEARBORN STREET, 30TH FLOOR<br>CHICAGO, IL 60603 | Line 5 | |

---

**Fill in this information to identify the case:**

Debtor ___The Rockport Company, LLC___

United States Bankruptcy Court for the: _____ District of Delaware

Case number ___18-11145 (LSS)___
(If known)

---

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
ALABAMA DEPARTMENT OF REVENUE
50 N RIPLEY ST
MONTGOMERY, AL 36130

**As of the petition filing date, the claim is:** $ _____ Undetermined    $ _____ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
___Undetermined___

**Basis for the claim:**
___Accrued Taxes___

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8_____)

---

**2.2** **Priority creditor's name and mailing address**
ALABAMA SECRETARY OF STATE, CORPORATIONS DIVISION
BUSINESS & LICENSE TAX DIVISION
PO BOX 327550
MONTGOMERY, AL 36132-7550

**As of the petition filing date, the claim is:** $ _____ Undetermined    $ _____ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
___Undetermined___

**Basis for the claim:**
___Accrued Taxes___

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8_____)

---

**2.3** **Priority creditor's name and mailing address**
ARIZONA CORPORATION COMMISSION, CORPORATIONS DIVISION
1600 W MONROE ST
PHOENIX, AZ 85007

**As of the petition filing date, the claim is:** $ _____ Undetermined    $ _____ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
___Undetermined___

**Basis for the claim:**
___Accrued Taxes___

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8_____)

---

| Debtor | The Rockport Company, LLC | | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.4** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

ARIZONA DEPARTMENT OF REVENUE
1600 W MONROE ST
PHOENIX, AZ 85007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.5** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

ARKANSAS STATE REVENUE
1509 W 7TH STREET
LITTLE ROCK, AR 72201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.6** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

BALTIMORE COUNTY, MD - CLERK OF CIRCUIT COURT
COUNTY COURTS BUILDING
401 BOSLEY AVENUE, MAILSTOP 3102
TOWSON, MD 21204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.7** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

BOROUGH OF PARAMUS, NJ
1 WEST JOCKISH SQUARE
PARAMUS, NJ 07652

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    The Rockport Company, LLC
Name

Case number *(if known)*  18-11145 (LSS)

| Part 1. | **Additional Page** |
|---------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.8 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

CALIFORNIA DEPARTMENT OF TAX AND FEE
ADMINISTRATION
450 N STREET
SACRAMENTO, CA 95814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax Audit

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.9 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

CALIFORNIA FRANCHISE TAX BOARD
9646 BUTTERFIELD WAY
SACRAMENTO, CA 95827

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.10 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

CALIFORNIA SECRETARY OF STATE
DEPARTMENT OF TAX AND FEE
ADMINISTRATION
PO BOX 942879
SACRAMENTO, CA 94279-7072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.11 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

CALIFORNIA STATE BOARD OF EQUALIZATION
8050 N PALM AVE, SUITE 205
FRESNO, CA 93711-5510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    The Rockport Company, LLC
          _____
          Name

Case number (if known)  18-11145 (LSS)

---

**Part 1.    Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.12**

**Priority creditor's name and mailing address**

CALIFORNIA STATE BOARD OF EQUALIZATION
15015 AVENUE OF SCIENCE, SUITE 200
SAN DIEGO, CA 92128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Total claim: $ Undetermined
Priority amount: $ Undetermined

---

**2.13**

**Priority creditor's name and mailing address**

CALIFORNIA STATE BOARD OF EQUALIZATION
3321 POWER INN ROAD, SUITE 210
SACRAMENTO, CA 95826-3889

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Total claim: $ Undetermined
Priority amount: $ Undetermined

---

**2.14**

**Priority creditor's name and mailing address**

CITY OF BARSTOW, CA
220 EAST MOUNTAIN VIEW, SUITE A
BARSTOW, CA 92311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Total claim: $ Undetermined
Priority amount: $ Undetermined

---

**2.15**

**Priority creditor's name and mailing address**

CITY OF BRANSON, MO
110 W MADDUX
BRANSON, MO 65616

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Total claim: $ Undetermined
Priority amount: $ Undetermined

---

Debtor     The Rockport Company, LLC
       _____
       Name

Case number *(if known)* __18-11145 (LSS)__

---

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16** | **Priority creditor's name and mailing address**     $ Undetermined     $ Undetermined

CITY OF CAMARILLO, CA
601 CARMEN DRIVE
CAMARILLO, CA 93010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.17** | **Priority creditor's name and mailing address**     $ Undetermined     $ Undetermined

CITY OF CARLSBAD, CA
1635 FARADAY AVENUE
CARLSBAD, CA 92008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.18** | **Priority creditor's name and mailing address**     $ Undetermined     $ Undetermined

CITY OF GILROY, CA
7351 ROSANNA ST
GILROY, CA 95020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.19** | **Priority creditor's name and mailing address**     $ Undetermined     $ Undetermined

CITY OF NEW ORLEANS, LA
1300 PERDIDO ST
NEW ORLEANS, LA 70112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|--------|---------------------------|------------------------|----------------|
| | Name | | |

| **Part 1.** | **Additional Page** | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.20 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

CITY OF NEW YORK
NEW YORK STATE DEPT OF TAXATION
9 W A HARRIMAN CAMPUS #100
ALBANY, NY 12207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.21 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

CITY OF NEWPORT, RI
NEWPORT COUNTY CHAMBER OF COMMERCE
35 VALLEY ROAD
MIDDLETOWN, RI 02842

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.22 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

CITY OF NORFOLK, VA
810 UNION STREET
NORFOLK, VA 23510

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.23 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

CITY OF SOUTHAVEN, MS
SOUTHAVEN CITY HALL
8710 NORTHWEST DR
SOUTHAVEN, MS 38671

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.24** | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

CITY OF SUNRISE, FL
COMMUNITY DEVELOPMENT - CODE
ENFORCEMENT DIVISION - BUSINESS TAX
OFFICE
1601 NW 136 AVE., BLDG A
SUNRISE, FL 33323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.25** | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

CITY OF WOODBURN, OR
270 MONTGOMERY STREET
WOODBURN, OR 97071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.26** | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

CLARK COUNTY, NV
500 S. GRAND CENTRAL PKWY
LAS VEGAS, NV 89155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.27** | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

COLORADO DEPARTMENT OF REVENUE
TAXATION DIVISION
1375 SHERMAN ST.
DENVER, CO 80261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | The Rockport Company, LLC | | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.28**  Priority creditor's name and mailing address

COLORADO SECRETARY OF STATE
1700 BROADWAY, SUITE 200
DENVER, CO 80290

$ Undetermined       $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.29**  Priority creditor's name and mailing address

CONNECTICUT DEPARTMENT OF REVENUE
SERVICE
450 COLUMBUS BLVD
HARTFORD, CT 06103

$ Undetermined       $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.30**  Priority creditor's name and mailing address

CONNECTICUT SECRETARY OF STATE,
COMMERCIAL RECORDING DIVISION
DEPARTMENT OF REVENUE SERVICES
450 COLUMBUS BLVD, STE 1
HARTFORD, CT 06103

$ Undetermined       $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.31**  Priority creditor's name and mailing address

COUNTY OF SAN DIEGO, CA
SAN DIEGO RECORDER
FBN SECTION
PO BOX 121750
SAN DIEGO, CA 92112-1750

$ Undetermined       $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    The Rockport Company, LLC
_____
Name

Case number *(if known)*   18-11145 (LSS)
_____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.32** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

COUNTY OF VENTURA, CA DEPT. OF WEIGHTS
& MEASURES
800 SOUTH VICTORIA AVENUE
VENTURA, CA 93009-1260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.33** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

DAWSON COUNTY, GA
DAWSON COUNTY PLANNING AND
DEVELOPMENT
25 JUSTICE WAY, SUITE 2322
DAWSONVILLE, GA 30534

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.34** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

DELAWARE DEPARTMENT OF REVENUE
820 N FRENCH ST, #2
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.35** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

DELAWARE SECRETARY OF STATE, DIVISION
OF CORPORATIONS
820 N FRENCH ST, #2
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    The Rockport Company, LLC
_____
Name

Case number *(if known)*  18-11145 (LSS)
_____

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.36**  **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE
1101 4TH STREET, SW SUITE 270 WEST
WASHINGTON, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.37**  **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

FAIRFAX COUNTY, VA
12000 GOVERNMENT CENTER PARKWAY
FAIRFAX, VA 22035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.38**  **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE STREET
TALLAHASSEE, FL 32399-0120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.39**  **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

FLORIDA DEPARTMENT OF STATE, DIVISION OF CORPORATIONS
5050 W TENNESSEE STREET
TALLAHASSEE, FL 32399-0120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    The Rockport Company, LLC
_____
Name

Case number (if known) __18-11145 (LSS)__

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.40 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA, GA 30345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.41 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

GEORGIA SECRETARY OF STATE,
CORPORATIONS DIVISION
1800 CENTURY BLVD NE
ATLANTA, GA 30345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.42 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

GLOUCESTER TOWNSHIP, NJ
1261 CHEWS LANDING ROAD
CLEMENTON, NJ 08021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.43 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

HORRY COUNTY, SC
211 BEATY STREET
CONWAY, SC 29528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  The Rockport Company, LLC
Name

Case number *(if known)*  18-11145 (LSS)

## Part 1.    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.44**  **Priority creditor's name and mailing address**                                    $ Undetermined          $ Undetermined

HOWARD COUNTY, MD - CLERK OF CIRCUIT COURT
THE THOMAS DORSEY BUILDING
9250 BENDIX ROAD
COLUMBIA, MD 21045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.45**  **Priority creditor's name and mailing address**                                    $ Undetermined          $ Undetermined

IDAHO SECRETARY OF STATE, BUSINESS ENTITIES
800 E PARK BLVD #500
BOISE, ID 83712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.46**  **Priority creditor's name and mailing address**                                    $ Undetermined          $ Undetermined

IDAHO STATE TAX COMMISSION
800 E PARK BLVD #500
BOISE, ID 83712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.47**  **Priority creditor's name and mailing address**                                    $ Undetermined          $ Undetermined

ILLINOIS DEPARTMENT OF REVENUE
100 W RANDOLPH ST
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | The Rockport Company, LLC | | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.48 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

ILLINOIS SECRETARY OF STATE, DEPARTMENT OF BUSINESS SERVICES
100 W RANDOLPH ST
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.49 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

INDIANA DEPARTMENT OF REVENUE
414 LANDMARK AVE
BLOOMINGTON, IN 47403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.50 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

INDIANA SECRETARY OF STATE, BUSINESS SERVICES DIVISION
414 LANDMARK AVE
BLOOMINGTON, IN 47403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.51 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST.
MAIL STOP 5-Q30-133
PHILADELPHIA, PA 19104-5016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 1.**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.52** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

IOWA DEPARTMENT OF REVENUE
1305 E WALNUT ST #3000
DES MOINES, IA 50319

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.53** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

IOWA SECRETARY OF STATE, CORPORATIONS DEPARTMENT
1305 E WALNUT ST #3000
DES MOINES, IA 50319

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.54** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

KANSAS DEPARTMENT OF REVENUE
120 SE 10TH AVE
TOPEKA, KS 66675-0680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.55** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

KENTUCKY DEPARTMENT OF REVENUE
501 HIGH ST
FRANKFORT, KY 40601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.56**

| **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|

LOUISIANA DEPARTMENT OF REVENUE
617 NORTH THIRD STREET
BATON ROUGE, LA 70802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.57**

| **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|

LOUISIANA SECRETARY OF STATE,
COMMERCIAL DIVISION, CORPORATIONS
SECTION
617 NORTH THIRD STREET
BATON ROUGE, LA 70802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.58**

| **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|

MAINE REVENUE SERVICES
51 COMMERCE DR
AUGUSTA, ME 04330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.59**

| **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|

MAINE SECRETARY OF STATE, BUREAU OF
CORPORATIONS, ELECTIONS AND
COMMISSIONS
51 COMMERCE DR
AUGUSTA, ME 04330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   The Rockport Company, LLC
_____
         Name

Case number *(if known)*   18-11145 (LSS)

---

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

| 2.60 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

MARYLAND STATE DEPARTMENT OF
ASSESSMENTS AND TAXATION
110 CARROLL STREET
ANNAPOLIS, MD 21411-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.61 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

MASSACHUSETTS DEPARTMENT OF REVENUE
100 CAMBRIDGE ST
BOSTON, MA 02114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.62 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

MASSACHUSETTS SECRETARY OF THE
COMMONWEALTH
100 CAMBRIDGE ST
BOSTON, MA 02114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.63 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

MICHIGAN CORPORATIONS, SECURITIES &
COMMERCIAL LICENSING DIVISION
430 W ALLEGAN ST
LANSING, MI 48912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.64** | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

MICHIGAN DEPARTMENT OF TREASURY
430 W ALLEGAN ST
LANSING, MI 48912

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.65** | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

MINNESOTA DEPARTMENT OF REVENUE
600 NORTH ROBERT STREET
ST. PAUL, MN 55146-6330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.66** | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

MINNESOTA SECRETARY OF STATE, BUSINESS
SERVICES OFFICE
600 NORTH ROBERT STREET
ST. PAUL, MN 55146-6330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.67** | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

MISSISSIPPI DEPARTMENT OF REVENUE
500 CLINTON CENTER DRIVE
CLINTON, MS 39056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor  The Rockport Company, LLC
        _____
        Name

Case number *(if known)*  18-11145 (LSS)

| **Part 1.** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.68** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

MISSISSIPPI SECRETARY OF STATE, BUSINESS SERVICES DIVISION
500 CLINTON CENTER DRIVE
CLINTON, MS 39056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.69** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

MISSOURI DEPARTMENT OF REVENUE
301 W HIGH STREET
JEFFERSON CITY, MO 65101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.70** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

MISSOURI SECRETARY OF STATE, BUSINESS SERVICES DEPARTMENT
301 W HIGH STREET
JEFFERSON CITY, MO 65101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.71** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

NEBRASKA DEPARTMENT OF REVENUE
301 CENTENNIAL MALL S
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.72**

**Priority creditor's name and mailing address**

NEVADA SECRETARY OF STATE, COMMERCIAL
RECORDINGS DIVISION
555 E WASHINGTON AVE #1300
LAS VEGAS, NV 89101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Total claim: $ Undetermined    Priority amount: $ Undetermined

---

**2.73**

**Priority creditor's name and mailing address**

NEW HAMPSHIRE DEPARTMENT OF REVENUE
109 PLEASANT ST
CONCORD, NH 03301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Total claim: $ Undetermined    Priority amount: $ Undetermined

---

**2.74**

**Priority creditor's name and mailing address**

NEW HAMPSHIRE SECRETARY OF STATE,
CORPORATION DIVISION
PO BOX 637
CONCORD, NH 03302-0637

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Total claim: $ Undetermined    Priority amount: $ Undetermined

---

**2.75**

**Priority creditor's name and mailing address**

NEW JERSEY DEPARTMENT OF THE TREASURY,
DIVISION OF REVENUE, BUSINESS SERVICES
BUREAU
33 W STATE ST
TRENTON, NJ 08608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Total claim: $ Undetermined    Priority amount: $ Undetermined

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 1.    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.76 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

NEW JERSEY DIVISION OF REVENUE
33 W STATE ST
TRENTON, NJ 08608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.77 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

NEW MEXICO TAXATION AND REVENUE DEPARTMENT
1100 SOUTH ST FRANCIS DRIVE
SANTA FE, NM 87504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.78 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

NEW ORLEANS BUREAU OF REVENUE
1300 PERDIDO ST., RM 1W15
NEW ORLEANS, LA 70112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.79 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

NEW YORK DEPARTMENT OF STATE, DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE
9 W A HARRIMAN CAMPUS #100
ALBANY, NY 12207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor      The Rockport Company, LLC
            _____
            Name

Case number *(if known)*  18-11145 (LSS)
            _____

---

**Part 1.**   **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.80** | **Priority creditor's name and mailing address** | $ Underdetermined | $ Underdetermined

NEW YORK STATE DEPARTMENT OF TAXATION
9 W A HARRIMAN CAMPUS #100
ALBANY, NY 12207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Underdetermined

**Basis for the claim:**
Sales Tax Audit

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.81** | **Priority creditor's name and mailing address** | $ Underdetermined | $ Underdetermined

NEW YORK STATE DEPARTMENT OF TAXATION
9 W A HARRIMAN CAMPUS #100
ALBANY, NY 12207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Underdetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.82** | **Priority creditor's name and mailing address** | $ Underdetermined | $ Underdetermined

NORTH CAROLINA DEPARTMENT OF REVENUE
502 N WILMINGTON ST
RALEIGH, NC 27604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Underdetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.83** | **Priority creditor's name and mailing address** | $ Underdetermined | $ Underdetermined

NORTH CAROLINA SECRETARY OF STATE,
CORPORATIONS DIVISION
502 N WILMINGTON ST
RALEIGH, NC 27604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Underdetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    The Rockport Company, LLC
_____
Name

Case number (if known)  18-11145 (LSS)

| **Part 1.** | **Additional Page** |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.84** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

OHIO DEPARTMENT OF TAXATION
4485 NORTHLAND RIDGE BLVD
COLUMBUS, OH 43229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.85** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

OHIO DEPARTMENT OF TAXATION
4485 NORTHLAND RIDGE BLVD
COLUMBUS, OH 43229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Commercial Activity Tax Audit

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.86** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

OHIO SECRETARY OF STATE
4485 NORTHLAND RIDGE BLVD
COLUMBUS, OH 43229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.87** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

OKLAHOMA TAX COMMISSION
3700 N CLASSEN BLVD #200
OKLAHOMA CITY, OK 73118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor     The Rockport Company, LLC
_____
           Name

Case number *(if known)*  18-11145 (LSS)
_____

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.88**   **Priority creditor's name and mailing address**

$ Underdetermined    $ Underdetermined

OREGON DEPARTMENT OF REVENUE
955 CENTER STREET NE
SALEM, OR 97301-2555

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.89**   **Priority creditor's name and mailing address**

$ Underdetermined    $ Underdetermined

OREGON SECRETARY OF STATE,
CORPORATION DIVISION
PUBLIC SERVICES BUILDING
255 CAPITAL ST, NE, STE 151
SALEM, OR 97310-1327

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.90**   **Priority creditor's name and mailing address**

$ Underdetermined    $ Underdetermined

PASCO COUNTY, FL
38053 LIVE OAK AVENUE
DADE CITY, FL 33523-3894

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.91**   **Priority creditor's name and mailing address**

$ Underdetermined    $ Underdetermined

PENNSYLVANIA DEPARTMENT OF REVENUE
327 WALNUT ST
HARRISBURG, PA 17128

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| Part 1. | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.92 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

PENNSYLVANIA DEPARTMENT OF STATE, CORPORATION BUREAU
327 WALNUT ST
HARRISBURG, PA 17128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.93 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

PRINCE GEORGE, MD
14735 MAIN STREET
COURTHOUSE
UPPER MARLBORO, MD 20772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.94 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITAL HILL STE 4
PROVIDENCE, RI 02908-5802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.95 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

RHODE ISLAND SECRETARY OF STATE, CORPORATIONS DIVISION
ONE CAPITAL HILL STE 4
PROVIDENCE, RI 02908-5802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

---

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.96**  **Priority creditor's name and mailing address**                                      $ Undetermined        $ Undetermined

SAN BERNARDINO COUNTY, CA
385 N. ARROWHEAD AVENUE
SAN BERNARDINO, CA 92415

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.97**  **Priority creditor's name and mailing address**                                      $ Undetermined        $ Undetermined

SOUTH CAROLINA DEPARTMENT OF REVENUE
300 A OUTLET POINTE BLVD
COLUMBIA, SC 29210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.98**  **Priority creditor's name and mailing address**                                      $ Undetermined        $ Undetermined

SOUTH CAROLINA SECRETARY OF STATE,
DIVISION OF CORPORATIONS
300 A OUTLET POINTE BLVD
COLUMBIA, SC 29210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.99**  **Priority creditor's name and mailing address**                                      $ Undetermined        $ Undetermined

ST. JOHNS COUNTY, FL
4040 LEWIS SPPEDWAY
ST AUGUSTINE, FL 32084

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.100** **Priority creditor's name and mailing address**   $ Undetermined   $ Undetermined

STATE OF HAWAII
DIRECTOR OF TAXATION
ROOM 221
830 PUNCHBOWL STREET
HONOLULU, HI 96813-5094

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.101** **Priority creditor's name and mailing address**   $ Undetermined   $ Undetermined

STATE OF NEVADA SALES/USE TAX
DEPARTMENT
PO BOX 52609
PHOENIX, AZ 85072-2609

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.102** **Priority creditor's name and mailing address**   $ Undetermined   $ Undetermined

STATE OF NEVADA
TAXATION DEPARTMENT
555 E WASHINGTON AVE #1300
LAS VEGAS, NV 89101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax Audit

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.103** **Priority creditor's name and mailing address**   $ Undetermined   $ Undetermined

STATE OF NEVADA
TAXATION DEPARTMENT
555 E WASHINGTON AVE #1300
LAS VEGAS, NV 89101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 1.**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.104** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

STATE OF NORTH DAKOTA
OFFICE OF STATE TAX COMMISSIONER
600 EAST BOULEVARD AVENUE DEPT 127
BISMARCK, ND 58505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.105** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

STATE OF SOUTH DAKOTA
BUSINESS TAX DIVISION
445 EAST CAPITOL AVENUE
PIERRE, SD 57501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.106** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

STATE OF TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS
1919 N LOOP W #510
HOUSTON, TX 77008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.107** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

SUSSEX COUNTY, DE
2 THE CIRCLE
GEORGETOWN, DE 19947

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    The Rockport Company, LLC
          _____          Case number *(if known)*    18-11145 (LSS)
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.108**  **Priority creditor's name and mailing address**                                        $ Underantined        $ Underantined

TACOMA, WA DEPARTMENT OF REVENUE          **As of the petition filing date, the claim is:**
2101 4TH AVE #1400                        *Check all that apply.*
SEATTLE, WA 98121
                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**
Undetermined                              Accrued Taxes

**Last 4 digits of account number**       **Is the claim subject to offset?**
                                          ☐ No
**Specify code subsection of PRIORITY unsecured**   ☐ Yes
**claim:** 11 U.S.C. § 507(a) (8)

---

**2.109**  **Priority creditor's name and mailing address**                                        $ Underantined        $ Underantined

TENNESSEE DEPARTMENT OF REVENUE - CITY    **As of the petition filing date, the claim is:**
OF SEVIERVILLE                            *Check all that apply.*
500 DEADERICK ST
NASHVILLE, TN 37242                       ☒ Contingent
                                          ☒ Unliquidated
                                          ☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**
Undetermined                              Accrued Taxes

**Last 4 digits of account number**       **Is the claim subject to offset?**
                                          ☐ No
**Specify code subsection of PRIORITY unsecured**   ☐ Yes
**claim:** 11 U.S.C. § 507(a) (8)

---

**2.110**  **Priority creditor's name and mailing address**                                        $ Underantined        $ Underantined

TENNESSEE DEPARTMENT OF REVENUE -         **As of the petition filing date, the claim is:**
SEVIER COUNTY                             *Check all that apply.*
500 DEADERICK ST
NASHVILLE, TN 37242                       ☒ Contingent
                                          ☒ Unliquidated
                                          ☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**
Undetermined                              Accrued Taxes

**Last 4 digits of account number**       **Is the claim subject to offset?**
                                          ☐ No
**Specify code subsection of PRIORITY unsecured**   ☐ Yes
**claim:** 11 U.S.C. § 507(a) (8)

---

**2.111**  **Priority creditor's name and mailing address**                                        $ Underantined        $ Underantined

TENNESSEE DEPARTMENT OF REVENUE           **As of the petition filing date, the claim is:**
500 DEADERICK ST                          *Check all that apply.*
NASHVILLE, TN 37242
                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**
Undetermined                              Accrued Taxes

**Last 4 digits of account number**       **Is the claim subject to offset?**
                                          ☐ No
**Specify code subsection of PRIORITY unsecured**   ☐ Yes
**claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    The Rockport Company, LLC
          _____
          Name

Case number *(if known)*  18-11145 (LSS)
          _____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.112 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

TENNESSEE DEPARTMENT OF STATE, DIVISION OF BUSINESS SERVICES
500 DEADERICK ST
NASHVILLE, TN 37242

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.113 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

TEXAS SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS SECTION
1919 N LOOP W #510
HOUSTON, TX 77008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.114 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

TEXAS STATE COMPTROLLERS OFFICE
111 E 17TH ST
AUSTIN, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.115 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

TOWN OF LEESBURG, VA
25 WEST MARKET STREET
LEESBURG, VA 20176

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.116**  **Priority creditor's name and mailing address**      $ Undetermined     $ Undetermined

TOWN OF WRENTHAM, MA
79 SOUTH STREET
WRENTHAM, MA 02093

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.117**  **Priority creditor's name and mailing address**      $ Undetermined     $ Undetermined

UPPER MERION TOWNSHIP, PA
175 WEST VALLEY FORGE ROAD
KING OF PRUSSIA, PA 19406-1802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.118**  **Priority creditor's name and mailing address**      $ Undetermined     $ Undetermined

UTAH DEPARTMENT OF COMMERCE, DIVISION
OF CORPORATIONS & COMMERCIAL CODE
210 N 1950 W
SALT LAKE CITY, UT 84134-0400

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.119**  **Priority creditor's name and mailing address**      $ Undetermined     $ Undetermined

UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134-0400

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    The Rockport Company, LLC
_____
Name

Case number (if known)    18-11145 (LSS)
_____

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.120** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

VERMONT DEPARTMENT OF TAXES
133 STATE ST
MONTPELIER, VT 05602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.121** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

VIRGINIA DEPARTMENT OF REVENUE
1957 WESTMORELAND ST
RICHMOND, VA 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.122** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

VIRGINIA STATE CORPORATION COMMISSION
1957 WESTMORELAND ST
RICHMOND, VA 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.123** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

WASHINGTON DEPARTMENT OF REVENUE
2101 4TH AVE #1400
SEATTLE, WA 98121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   The Rockport Company, LLC
_____
Name

Case number *(if known)*  18-11145 (LSS)

| Part 1. | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.124**  **Priority creditor's name and mailing address**                    $ Undetermined      $ Undetermined

WASHINGTON OFFICE OF THE SECRETARY OF STATE, CORPORATIONS DIVISION
2101 4TH AVE #1400
SEATTLE, WA 98121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.125**  **Priority creditor's name and mailing address**                    $ Undetermined      $ Undetermined

WEST VIRGINIA SALES AND USE TAX DEPARTMENT
PO BOX 1826
CHARLESTON, WV 25237-1826

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.126**  **Priority creditor's name and mailing address**                    $ Undetermined      $ Undetermined

WEST VIRGINIA SECRETARY OF STATE
1124 SMITH ST
CHARLESTON, WV 25301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.127**  **Priority creditor's name and mailing address**                    $ Undetermined      $ Undetermined

WEST VIRGINIA STATE TAX DEPARTMENT
1124 SMITH ST
CHARLESTON, WV 25301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.128** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

WISCONSIN DEPARTMENT OF REVENUE
2135 RIMROCK RD
MADISON, WI 53708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.129** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

WYOMING DEPARTMENT OF REVENUE
122 WEST 25TH STREET, 2ND FLOOR WEST
CHEYENNE, WY 82002-0110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Accrued Taxes

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    The Rockport Company, LLC
_____    Case number (if known) 18-11145 (LSS)
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
AARON POWERS
14 REDDING LNDG
DOUGLAS, MA 01516-2314

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$                          525.00

Date or dates debt was incurred        Undetermined
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2**
Nonpriority creditor's name and mailing address
ABDELILAH, ALISHA MARIAM
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Accrued Paid Time Off

$                   Undetermined

Date or dates debt was incurred        Undetermined
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**
Nonpriority creditor's name and mailing address
ACNOVATE CORPORATION
PO BOX 6363
SANTA CLARA, CA 95056-6363

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$                      38,596.00

Date or dates debt was incurred        Undetermined
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4**
Nonpriority creditor's name and mailing address
ACOSTA, FRANCISCO
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Accrued Paid Time Off

$                   Undetermined

Date or dates debt was incurred        Undetermined
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5**
Nonpriority creditor's name and mailing address
ADIDAS AG
ADI-DASSLER-PLATZ 1-2
HERZOGENAURACH 91074
GERMANY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$                     102,981.90

Date or dates debt was incurred        Undetermined
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6**
Nonpriority creditor's name and mailing address
ADIDAS AMERICA INC.
1895 J W FOSTER BLVD
CANTON, MA 02021-1099

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$                     365,492.35

Date or dates debt was incurred        Undetermined
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7**  **Nonpriority creditor's name and mailing address**                                                                    $295,806.95

ADIDAS INTERNATIONAL TRADING B.V.
HOOGOORDREEF 9A
AMSTERDAM 1101 BA
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.8**  **Nonpriority creditor's name and mailing address**                                                                     $59,870.47

ADIUVO TECH INC
501 WINDSOR WAY
CHESTER SPRINGS, PA 19425-3845

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.9**  **Nonpriority creditor's name and mailing address**                                                                     $27,153.27

AEGON INC
2-26-2 TOMIGAYA
SHIBUYA-KU, 13 1510063
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.10**  **Nonpriority creditor's name and mailing address**                                                                    $5,422.76

AETREX WORLDWIDE INC
414 ALFRED AVE
TEANECK, NJ 07666-5756

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.11**  **Nonpriority creditor's name and mailing address**                                                                    $2,940.00

AETREX WORLDWIDE INC
414 ALFRED AVE
TEANECK, NJ 07666-5756

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** **Nonpriority creditor's name and mailing address**                                                    $52.50

AHMED INVESTMENTS INC
PO BOX 3192
OGDEN, UT 84409-1192

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**                                                    $212.01

AL MURRAY'S SHOES
938 N WESTERN AVE
SAN PEDRO, CA 90732-2427

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**                                                    $142,562.00

ALBERTO DEL BIONDI SPA
V.LE DELLA NAVIGAZIONE INTERNA, 93
NOVENTA PADOVANA, PD 35027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**                                                    $71,748.20

ALKU TECHNOLOGIES LLC
PO BOX 844649
BOSTON, MA 02284-4649

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**                                                    $455.95

ALLIED WASTE SERVICES OF MA LLC #097
PO BOX 9001099
LOUISVILLE, KY 40290-1099

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | **Nonpriority creditor's name and mailing address** | | $2,080.00 |
|---|---|---|---|

AMERICAN ALARM AND COMMUNICATION
297 BROADWAY
ARLINGTON, MA 02474-5310

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.18 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

AMERICAN ALTERNATIVE INSURANCE CORPORATION
C/O ROANOKE GROUP
1475 E WOODFIELD ROAD, SUITE 500
SCHAUMBURG, IL 60173

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond Number 17C00206D for the Benefit of the Department of Homeland Security - U.S. Customs and Border Protection

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.19 | **Nonpriority creditor's name and mailing address** | | $2,898.67 |
|---|---|---|---|

AMERICAN EXPRESS
2975 W CORPORATE LAKES BLVD
WESTON, FL 33331-3626

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.20 | **Nonpriority creditor's name and mailing address** | | $4,128.88 |
|---|---|---|---|

AMERICAN FOOD AND VENDING CORP
450 WILDWOOD AVE
WOBURN, MA 01801-2033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.21 | **Nonpriority creditor's name and mailing address** | | $30.00 |
|---|---|---|---|

AMERICAN HEART ASSOCIATION
PO BOX 50075
PRESCOTT, AZ 86304-5075

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22**  **Nonpriority creditor's name and mailing address**                                                    $1,602.80

ANACACHO INC
1010 W 11TH ST
AUSTIN, TX 78703-4932

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.23**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

ANDRADE, ROSA MARIA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.24**  **Nonpriority creditor's name and mailing address**                                                    $414,281.14

APTOS INC
15 GOVERNOR DR
NEWBURGH, NY 12550-8337

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.25**  **Nonpriority creditor's name and mailing address**                                                    $984.00

AQUENT LLC
90503 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.26**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

ARCHER, CHANTEL I
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27**   **Nonpriority creditor's name and mailing address**                                                              $143,596.44

ASTON SHOES PVT. LTD
S.F.NO.8/2, M.C. ROAD
AMBUR 635802
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.28**   **Nonpriority creditor's name and mailing address**                                                              $2,457,340.34

ATTUNE CONSULTING USA INC
200 WHEELER RD
BURLINGTON, MA 01803-5501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.29**   **Nonpriority creditor's name and mailing address**                                                              $ Undetermined

ATTUNE CONSULTING USA, INC.
C/O MURTHA CULLINA LLP
ATTN: JAMES F. RADKE, ESQ.
99 HIGH STREET, 20TH FLOOR
BOSTON, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Breach of Contract

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.30**   **Nonpriority creditor's name and mailing address**                                                              $350.78

AVERY DENNISON HONG KONG B.V.
8 LAM CHAK ST
KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.31**   **Nonpriority creditor's name and mailing address**                                                              $4,707.51

AXIS PROMOTIONS
PO BOX 52501
NEWARK, NJ 07101-4402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address** | | $2,104.83 |
|---|---|---|---|

BAKERS' BEST CATERING
150 GOULD ST
NEEDHAM, MA 02494-2330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.33 | **Nonpriority creditor's name and mailing address** | | $222.63 |
|---|---|---|---|

BARAKAT KENTUCKY, INC
2028 W BROADWAY STE 103
LOUISVILLE, KY 40203-3585

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.34 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

BARRETT, GARY M
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.35 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

BAUTISTA, OLGA
902 N. FIRST ST.
WOODBURN, OR 97071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.36 | **Nonpriority creditor's name and mailing address** | | $2,123.10 |
|---|---|---|---|

BAZAARVOICE INC
3900 N CAPITAL OF TEXAS HWY
AUSTIN, TX 78746-1714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Rockport Company, LLC
Name

Case number *(if known)*   18-11145 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37**   **Nonpriority creditor's name and mailing address**     $450.80

BEAR MOUNTAIN OUTFITTERS
PO BOX 2918
HIGHLANDS, NC 28741-2918

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.38**   **Nonpriority creditor's name and mailing address**     $57,500.00

BEARDWOOD & CO LLC
588 BROADWAY RM 803
NEW YORK, NY 10012-5241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.39**   **Nonpriority creditor's name and mailing address**     $ Undetermined

BENITES, INGRID ELIZABETH
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.40**   **Nonpriority creditor's name and mailing address**     $ Undetermined

BENTON, JAMES M
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.41**   **Nonpriority creditor's name and mailing address**     $705.00

BESPOKE MASSAGE LLC DBA KNEAD
745 ATLANTIC AVE FL 8
BOSTON, MA 02111-2735

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number _(if known)_ | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** **Nonpriority creditor's name and mailing address**  $53,900.00

BI PARTNERS INC
1 LONGMEADOW WAY
ACTON, MA 01720-7734

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.43** **Nonpriority creditor's name and mailing address**  $ Undetermined

BISNAUTH, ANNICIA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.44** **Nonpriority creditor's name and mailing address**  $ Undetermined

BLAIR, JOHN R
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.45** **Nonpriority creditor's name and mailing address**  $5,688.11

BOSS FACILITY SERVICES INC
1 ROEBLING CT
RONKONKOMA, NY 11779-9202

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.46** **Nonpriority creditor's name and mailing address**  $29.88

BOSTON EXPRESS DELIVERY INC
PO BOX 8007
BOSTON, MA 02114-0031

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

### Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47**  Nonpriority creditor's name and mailing address | $61,533.28

BOSYSTEMS CO LTD
611 STX-V TOWER 128 GASAN DIGITAL I
SEOUL 8507
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.48**  Nonpriority creditor's name and mailing address | $ Undetermined

BOWMAN, CAROLINE OLIVIA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.49**  Nonpriority creditor's name and mailing address | $7.20

BROOKS SHOES AND REPAIR
318 E MAIN ST
WAUPUN, WI 53963-1136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.50**  Nonpriority creditor's name and mailing address | $5,703.40

BROWN SHOE FIT CO #14
1821 22ND ST
WEST DES MOINES, IA 50266-1449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.51**  Nonpriority creditor's name and mailing address | $3,366.12

BROWN SHOE FIT CO.
611 W SHERIDAN AVE
SHENANDOAH, IA 51601-1707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   The Rockport Company, LLC
         Name

Case number *(if known)*   18-11145 (LSS)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52**  **Nonpriority creditor's name and mailing address**                                                      $61.75

BROWN'S SPORT SHOE
870 MAIN AVE
DURANGO, CO 81301-5434

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.53**  **Nonpriority creditor's name and mailing address**                                              $ Undetermined

BROWN, JORDYN
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.54**  **Nonpriority creditor's name and mailing address**                                                   $5,012.98

BROWNS SHOE FIT ADA
820 ARLINGTON CTR
ADA, OK 74820-2828

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.55**  **Nonpriority creditor's name and mailing address**                                                   $2,558.79

BROWNS SHOE FIT BURLINGTON
414 N ROOSEVELT AVE
BURLINGTON, IA 52601-1941

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.56**  **Nonpriority creditor's name and mailing address**                                                   $1,540.53

BROWNS SHOE FIT CO RED OAK
316 E COOLBAUGH ST # 318
RED OAK, IA 51566-2363

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.57 | **Nonpriority creditor's name and mailing address** | | $5,276.16 |
|---|---|---|---|

BROWNS SHOE FIT FARMINGTON
124 W MAIN ST
FARMINGTON, NM 87401-6243

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.58 | **Nonpriority creditor's name and mailing address** | | $7,796.82 |
|---|---|---|---|

BROWNS SHOE FIT HASTINGS
600 W 2ND ST
HASTINGS, NE 68901-5130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.59 | **Nonpriority creditor's name and mailing address** | | $297.03 |
|---|---|---|---|

BROWNS SHOE FIT JACKSONVILLE
901 W MORTON AVE
JACKSONVILLE, IL 62650-3145

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.60 | **Nonpriority creditor's name and mailing address** | | $7,671.73 |
|---|---|---|---|

BROWNS SHOE FIT MACOMB
1450 E JACKSON ST
MACOMB, IL 61455-2573

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.61 | **Nonpriority creditor's name and mailing address** | | $4,914.28 |
|---|---|---|---|

BROWNS SHOE FIT MCCOOK
303 NORRIS AVE
MC COOK, NE 69001-3707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62** | **Nonpriority creditor's name and mailing address** | $7,324.58

BROWNS SHOE FIT NORFOLK
803 S 13TH ST
NORFOLK, NE 68701-5753

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.63** | **Nonpriority creditor's name and mailing address** | $4,855.18

BROWNS SHOE FIT PAMPA
1500 N HOBART ST
PAMPA, TX 79065-4126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.64** | **Nonpriority creditor's name and mailing address** | $1,098.19

BROWNS SHOE FIT WARRENSBURG
213 N HOLDEN ST
WARRENSBURG, MO 64093-1703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.65** | **Nonpriority creditor's name and mailing address** | $3,233.67

BROWNS SHOE FIT WOODWARD
719 MAIN ST
WOODWARD, OK 73801-3234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.66** | **Nonpriority creditor's name and mailing address** | $ Undetermined

BRYANT, BRENDA F.
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** **Nonpriority creditor's name and mailing address** $345,721.55

BSF CONSULTING LLC
50 CEDAR CREST LN
SUFFIELD, CT 06078-1248

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.68** **Nonpriority creditor's name and mailing address** $ Undetermined

BUGNER, ELIZABETH J
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.69** **Nonpriority creditor's name and mailing address** $735.76

BURINGTON SHOES INC
1013 16TH AVE
MONROE, WI 53566-1764

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address** $70.00

BUSSE-GREEN GROUP INC
123 N PALM CANYON DR STE 133
PALM SPRINGS, CA 92262-5527

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address** $ Undetermined

BUTLER, KRISTIN
817 IRVINGTON ST
APT 202
OXON HILL, MD 20745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|--------|---------------------------|--------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72** **Nonpriority creditor's name and mailing address** $9.64

BYMAR SHOES, LLC
461 S ORLANDO AVE
MAITLAND, FL 32751-5654

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.73** **Nonpriority creditor's name and mailing address** $163.70

CABELA'S INC
PO BOX 277
SIDNEY, NE 69162-0277

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address** $800.00

CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0531

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.75** **Nonpriority creditor's name and mailing address** $341.55

CALIFORNIA TRANSPORT ENTERPRISES INC
2610 WISCONSIN AVE
SOUTH GATE, CA 90280-5598

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address** $ Undetermined

CAMARENA, NICHOLAS
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.77 | **Nonpriority creditor's name and mailing address** | | $9,659.77 |
|---|---|---|---|

CANON FINANCIAL SERVICES
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | | $406.49 |
|---|---|---|---|

CANON SOLUTIONS AMERICA, INC.
ONE CANON PARK
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | | $2,012.50 |
|---|---|---|---|

CARLSON MANAGEMENT CONSULTING
444 WASHINGTON ST STE 401
WOBURN, MA 01801-1072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

CARLSON, LILLIAN
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

CASTELLANOS, NICOLE
41-67 JUDGE ST
APT 6 N
ELMHURST, NY 11373

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    The Rockport Company, LLC
_____
    Name

Case number *(if known)*  18-11145 (LSS)
_____

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** | | $5.63 |
|---|---|---|---|

CEDAR FALLS SCHEELS
402 VIKING PLAZA DR
CEDAR FALLS, IA 50613-6965

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | | $25,876.08 |
|---|---|---|---|

CELERGO LLC
750 ESTATE DR STE 110
DEERFIELD, IL 60015-4833

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | | $600.00 |
|---|---|---|---|

CENTURY GLASS CO INC
231 LEXINGTON ST
WALTHAM, MA 02452-4611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | | $30,496.74 |
|---|---|---|---|

CERTONA CORPORATION
10431 WATERIDGE CIR STE 200
SAN DIEGO, CA 92121-5703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | | $10,175.16 |
|---|---|---|---|

CHARLES SCHWAB TRUST COMPANY
215 FREMONT ST, FL 6
SAN FRANCISCO, CA 94105-2323

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** **Nonpriority creditor's name and mailing address** $170.52

CHAZ INC
160 5TH AVE
PITTSBURGH, PA 15222-3006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address** $ Undetermined

CHEESMAN, AUSTIN G
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.89** **Nonpriority creditor's name and mailing address** $107,371.37

CHEETAH DIGITAL, INC
22807 NETWORK PL
CHICAGO, IL 60673-1228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address** $8,810.95

CHURCH OF SCIENTOLOGY INTERNATIONAL
6130 SHEILA ST
COMMERCE, CA 90040-2407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address** $265.00

CIRCLE VISUAL INC
340 13TH ST
CARLSTADT, NJ 07072-1918

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92**   **Nonpriority creditor's name and mailing address**                                  $ Undetermined

CLARK, ROSEMARY
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.93**   **Nonpriority creditor's name and mailing address**                                  $ Undetermined

CLEMETSON, ANTHONY CLAUDEL
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.94**   **Nonpriority creditor's name and mailing address**                                  $92.00

CLERK OF DISTRICT COURT
200 SE 7TH STREET ROOM 209
TOPEKA, KS 66603-3933

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.95**   **Nonpriority creditor's name and mailing address**                                  $ Undetermined

CLINE, LORI A
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.96**   **Nonpriority creditor's name and mailing address**                                  $9.06

CLN RETAIL ARDMORE, LLC
28 RITTENHOUSE PL
ARDMORE, PA 19003-2227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 52 of 140

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

COLEMAN, WAHLEEHA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.98 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

COLLINS BROS INC
1318 S BECKHAM AVE
TYLER, TX 75701-3322

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.99 | **Nonpriority creditor's name and mailing address** | | $239.81 |
|---|---|---|---|

COLONIAL SPORTS INC
1303 JAMESTOWN RD STE 111
WILLIAMSBURG, VA 23185-3333

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.100 | **Nonpriority creditor's name and mailing address** | | $109.97 |
|---|---|---|---|

COLUMBIA GAS OF MA
PO BOX 742514
CINCINNATI, OH 45274-2514

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.101 | **Nonpriority creditor's name and mailing address** | | $2,776.51 |
|---|---|---|---|

COMCAST OF MASSACHUSETTS I INC
PO BOX 37601
PHILADELPHIA, PA 19101-0601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   The Rockport Company, LLC
_____
         Name

Case number *(if known)*  18-11145 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.102** | **Nonpriority creditor's name and mailing address** | $ Undetermined

COMFORTE, BRIANNA M
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.103** | **Nonpriority creditor's name and mailing address** | $69,930.81

COMMISSION JUNCTION
4140 SOLUTIONS CTR # 774140
CHICAGO, IL 60677-4001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.104** | **Nonpriority creditor's name and mailing address** | $14,146.78

CORPORATE FULFILLMENT SYSTEM INC
PO BOX 1204
NORTON, MA 02766-0912

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.105** | **Nonpriority creditor's name and mailing address** | $131.88

CORPORATE LOCK SERVICES INC
15 SUNSET LN
BRIDGEWATER, MA 02324-1050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.106** | **Nonpriority creditor's name and mailing address** | $4,133.63

CREW OUTFITTERS/FLIGHT ST
579 W HIGH ST
AURORA, MO 65605-1115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.107 | **Nonpriority creditor's name and mailing address** | | $18,687.64 |
|---|---|---|---|

CRITEO CORP
PO BOX 392422
PITTSBURGH, PA 15251-9422

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.108 | **Nonpriority creditor's name and mailing address** | | $6,400.00 |
|---|---|---|---|

CRUZ BAY PUBLISHING INC
PO BOX 951556
DALLAS, TX 75395-1556

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.109 | **Nonpriority creditor's name and mailing address** | | $1,976.00 |
|---|---|---|---|

CT CORPORATION SYSTEM
PO BOX 4349
CAROL STREAM, IL 60197-4349

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.110 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

CUENCA, KAILA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.111 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

CUNNINGHAM, SEAN-MICHAEL
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.112** | **Nonpriority creditor's name and mailing address** | | $2,184.00

CUSTOM STAFFING AND HUMAN RESOURCES
41 NASH LN
ATTLEBORO, MA 02703-2542

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.113** | **Nonpriority creditor's name and mailing address** | | $14,304.99

CYBERSOURCE CORPORATION
PO BOX 742842
LOS ANGELES, CA 90074-2842

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.114** | **Nonpriority creditor's name and mailing address** | | $46,024.74

CZARNOWSKI DISPLAY SERVICE INC
6067 EAGLE WAY
CHICAGO, IL 60678-1060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.115** | **Nonpriority creditor's name and mailing address** | | $53,823.13

DALEY AND ASSOCIATES LLC
1 FINANCIAL CTR, 4TH FLOOR
BOSTON, MA 02111-2653

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.116** | **Nonpriority creditor's name and mailing address** | | $237.52

DALLAS D&K CORPORATION
3427 TRINITY MILLS RD
DALLAS, TX 75287-6202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.117 | **Nonpriority creditor's name and mailing address** | | $2,772.19 |
|---|---|---|---|

DALLAS MARKET CENTER OPERATING LP
2100 STEMMONS FREEWAY DTM 5TH FL,MS
DALLAS, TX 75207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.118 | **Nonpriority creditor's name and mailing address** | | $550.00 |
|---|---|---|---|

DANA FARBER CANCER INSTITUTE
10 BROOKLINE PL FL 6
BROOKLINE, MA 02445-7226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Employer Match Contribution

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.119 | **Nonpriority creditor's name and mailing address** | | $606.55 |
|---|---|---|---|

DANNER'S SHOE STORE
32 W DAVENPORT ST
RHINELANDER, WI 54501-3455

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.120 | **Nonpriority creditor's name and mailing address** | | $3,200.00 |
|---|---|---|---|

DATA SAFE SERVICES INC
PO BOX 110225
BRADENTON, FL 34211-0003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.121 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DATTELBAUM, KYLE
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.122** | **Nonpriority creditor's name and mailing address** | $506.94

DAVIDSON SHOES INC
153 S MAIN ST
CANANDAIGUA, NY 14424-1908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | $1,350.00

DAVIS WRIGHT TREMAINE LLP
1300 SW 5TH AVE STE 2400
PORTLAND, OR 97201-5610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | $657,682.06

DEBEVOISE & PLIMPTON LLP
919 3RD AVE
NEW YORK, NY 10022-3902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DEFENZA, CHRISTINA E
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | $1,955.04

DELL MARKETING LP
PO BOX 643561
PITTSBURGH, PA 15264-3561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Rockport Company, LLC
          _____
          Name

Case number (if known)___18-11145 (LSS)___

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.127** | **Nonpriority creditor's name and mailing address** | $311.32

DELMARVA POWER
PO BOX 13609
PHILADELPHIA, PA 19101-3609

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | $300,827.00

DELOITTE TAX LLP
4022 SELLS DR
HERMITAGE, TN 37076-2903

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | $1,469.86

DELTA SHOE GROUP INC
1366 NW 78TH AVE
DORAL, FL 33126-1606

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | $2,800.00

DELTA SPA (HK) LTD
UNIT D. S/F NATHAN COMM BLDG., 430-
KOWLOON, KLN
HONG KONG

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | $94,683.64

DEMANDWARE INC
5 WALL ST
BURLINGTON, MA 01803-4770

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.132**  **Nonpriority creditor's name and mailing address**                                                    $38.25

DES MOINES SCHEELS
101 JORDAN CREEK PKWY
WEST DES MOINES, IA 50266-8181

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.133**  **Nonpriority creditor's name and mailing address**                                                    $301.41

DIGIULIOS
6948 FRANKFORD AVE
PHILADELPHIA, PA 19135-1619

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.134**  **Nonpriority creditor's name and mailing address**                                                    $12,000.00

DIONNE, TODD
50 STATE RD STE A
KITTERY, ME 03904-2009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.135**  **Nonpriority creditor's name and mailing address**                                                    $19,433.88

DIRECTORS GUILD OF AMERICA
PO BOX 6112
HICKSVILLE, NY 11802-6112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.136**  **Nonpriority creditor's name and mailing address**                                                    $897.73

DISNEY WLDWDE SHARED SVS
PO BOX 10320
LK BUENA VIS, FL 32830-0320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Rockport Company, LLC
          Name

Case number *(if known)*  18-11145 (LSS)

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.137** | **Nonpriority creditor's name and mailing address** | $266.97 |

DIVERSIFIED
153 OLD TOWER HILL RD
WAKEFIELD, RI 02879-3736

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| **3.138** | **Nonpriority creditor's name and mailing address** | $266.97 |

DIVERSIFIED
153 OLD TOWER HILL RD
WAKEFIELD, RI 02879-3736

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| **3.139** | **Nonpriority creditor's name and mailing address** | $275.81 |

DMX MUSIC-BOSTON
PO BOX 602777
CHARLOTTE, NC 28260-2777

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| **3.140** | **Nonpriority creditor's name and mailing address** | $127.41 |

DODDS CO INC
401 S 2ND ST
LARAMIE, WY 82070-3613

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| **3.141** | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOMBRAUSKAS, MINETTE A
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.142**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOMIN, ARLETTA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.143**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DONAYRE, AMY
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.144**  **Nonpriority creditor's name and mailing address**                                   $2,600.00

DONG GUAN JIU TAI NICETY PATTT
NO 4 LANG XIE DONG JIE 4TH INDUSTRI
CHANGAN TOWN, DONG GUAN CITY, 190
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.145**  **Nonpriority creditor's name and mailing address**                                   $317,741.00

DONGGUAN ROCKPORT CONSULTING SERVICE CO., LTD
C/O DEACONS HONG KONG
5TH FLOOR, ALEXANDRA HOUSE
18 CHATER ROAD
CENTRAL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.146**  **Nonpriority creditor's name and mailing address**                                   $3,900.00

DONGGUAN YUANFENGDA SHOE MATERIAL
NO5 HOUYONG RD, JUNPU INDUSTRY
DONGGUAN 523960
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.147** **Nonpriority creditor's name and mailing address**
$78.37

DOUGLASVILLE F.S., INC
1211 N PEACHTREE PKWY
PEACHTREE CITY, GA 30269-1743

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.148** **Nonpriority creditor's name and mailing address**
$1,583.50

DR'S OWN, INC.
5923 FARNSWORTH CT
CARLSBAD, CA 92008-7303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.149** **Nonpriority creditor's name and mailing address**
$ Undetermined

DRACH, ALEXANDER G
6424 KATHERINE MANOR COURT
LIBERTY TOWNSHIP, OH 45011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.150** **Nonpriority creditor's name and mailing address**
$23,322,153.61

DRYDOCK FOOTWEAR, LLC
1220 WASHINGTON STREET
WEST NEWTON, MA 02465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.151** **Nonpriority creditor's name and mailing address**
$195.33

DUCHARME MCMILLEN & ASSOCIATES INC
6610 MUTUAL DR
FORT WAYNE, IN 46825-4236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.152** | **Nonpriority creditor's name and mailing address** | $9,293.02

DUCHARME MCMILLEN & ASSOCIATES INC
PO BOX 914
MIDDLETOWN, IN 45044-0914

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | $15.72

DUKE ENERGY CORPORATION
PO BOX 70515
CHARLOTTE, NC 28272-0515

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | $10,181.37

DUNHAM'S ATHLEISURE CORPORATION
5607 NEW KING DR
TROY, MI 48098-2661

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | $ Undetermined

EARNEST, MARY ANN
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | $13,452.50

EARTH BRANDS INC
NO 81 LIGUANG RD
ZHOCHUN VILLAGE LISHUI TOWN, 190 528244
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.157** | **Nonpriority creditor's name and mailing address** | $700,211.41

EARTH INC
41 SEYON ST STE 400
WALTHAM, MA 02453-8384

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.158** | **Nonpriority creditor's name and mailing address** | $8,520.00

EAST MOUNT SHOES LTD
NANGEZHONG ROAD, F202 HUIFUN INTERNATIONAL
DONGGUAN, GUANGDONG 528000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.159** | **Nonpriority creditor's name and mailing address** | $104,439.68

EDGEROCK TECHNOLOGIES, LLC
260 FRANKLIN ST LBBY 3
BOSTON, MA 02110-3112

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.160** | **Nonpriority creditor's name and mailing address** | $82,639.78

EDILOGIN LLC
11567 WORTHINGTON WAY
NORTH ROYALTON, OH 44133-2569

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.161** | **Nonpriority creditor's name and mailing address** | $5,263.11

EGAN FAMILY 2006 TRUST
337 BELLEVUE AVE
NEWPORT, RI 02840

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.162** | **Nonpriority creditor's name and mailing address** | $ Undetermined

EISLER, DIANNE M
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.163** | **Nonpriority creditor's name and mailing address** | $104.94

ELEGANTE DESIGNER SHOES
2253 HONOLULU AVE
MONTROSE, CA 91020-1635

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.164** | **Nonpriority creditor's name and mailing address** | $34,553.30

ELITE SEM INC
PO BOX 28415
NEW YORK, NY 10087-8415

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.165** | **Nonpriority creditor's name and mailing address** | $53.00

ELLIOTTS TN BOOTS
3911 WESTERN AVE
KNOXVILLE, TN 37921-4452

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.166** | **Nonpriority creditor's name and mailing address** | $293.28

ELS SHOES & MORE
20927 ICE AVE
BLOOMFIELD, IA 52537-7464

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.167**

**Nonpriority creditor's name and mailing address**                                                        $313.65

ENTERGY MISSISSIPPI, INC.
PO BOX 8105
BATON ROUGE, LA 70891-8105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.168**

**Nonpriority creditor's name and mailing address**                                                        $154.32

ENVIROGREENERY PLANTS LLC
4 BUD WAY STE 12
NASHUA, NH 03063-1740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.169**

**Nonpriority creditor's name and mailing address**                                                        $151,528.82

ERICKSON, DAWN B
129 NORTH STREET
NORFOLK, MA 02056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Severance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.170**

**Nonpriority creditor's name and mailing address**                                                        $68.60

EVANS ON THE COMMON
18 HIGHLAND ST
TOWNSEND, MA 01469-1086

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.171**

**Nonpriority creditor's name and mailing address**                                                        $3,618.14

EVERSOURCE
PO BOX 660369
DALLAS, TX 75266-0369

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.172** | **Nonpriority creditor's name and mailing address** | $2,367,045.33

EXPEDITORS INTERNATIONAL
1015 3RD AVE FL 12
SEATTLE, WA 98104-1184

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.173** | **Nonpriority creditor's name and mailing address** | $ Undetermined

FABIAN, DOMINGO A
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.174** | **Nonpriority creditor's name and mailing address** | $11,879.45

FACTOR SYSTEMS INC
75 REMITTANCE DR DEPT 1394
CHICAGO, OH 60675-1394

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.175** | **Nonpriority creditor's name and mailing address** | $30,340.00

FAIRCHILD PUBLISHING LLC
11175 SANTA MONICA BLVD
LOS ANGELES, CA 90025-3330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.176** | **Nonpriority creditor's name and mailing address** | $106.00

FAMOUS HORSE INC
16401 JAMAICA AVE
JAMAICA, NY 11432-4913

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.177** | **Nonpriority creditor's name and mailing address** | $53.00

FAMOUS SHOE STORE INC
1659 CENTRAL AVE
ALBANY, NY 12205-4050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | $335.37

FARGO SCHEELS ALL SPORTS
1551 45TH ST SW
FARGO, ND 58103-3255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | $22,735.00

FARIDA SHOES PRIVATE LIMITED
#17, JALAL ROAD, AMBUR
TAMIL NADU 635802
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | $3,498,779.35

FARIDA SHOES PVT LTD
17, 290/7E/1, JALAL ROAD
AMBUR 635802
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | $981.96

FEDEX
PO BOX 371741
PITTSBURGH, PA 15250-7741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.182 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

FELTZ, LOUIS C
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.183 | **Nonpriority creditor's name and mailing address** | | $83.15 |
|---|---|---|---|

FIRESIDE NATURAL GAS LLC
PO BOX 116268
ATLANTA, GA 30368-6268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.184 | **Nonpriority creditor's name and mailing address** | | $33,089.69 |
|---|---|---|---|

FOLEY HOAG LLP
155 SEAPORT BLVD
BOSTON, MA 02210-2698

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.185 | **Nonpriority creditor's name and mailing address** | | $221.42 |
|---|---|---|---|

FOOT SOLUTIONS OF HENDERSON
10520 S EASTERN AVE STE 100
HENDERSON, NV 89052-3949

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.186 | **Nonpriority creditor's name and mailing address** | | $1,200.00 |
|---|---|---|---|

FORCE UNITED INDUSTRIAL LIMITED
GUANG DONG SHENG DONG GUAN SHI
CHANG AN ZHEN XIAO BIAN D
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.187** | **Nonpriority creditor's name and mailing address** | $ Undetermined

FORD, TAYLOR B
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | $ Undetermined

FORTIN, RHONDA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | $ Undetermined

FOWLER, BAILEY
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | $51.94

FRIENDLY SHOE STORE
13 JEFFERSON AVE
W JEFFERSON, NC 28694

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | $ Undetermined

FULTZ, MICHAEL P
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.192**  **Nonpriority creditor's name and mailing address**　　　　　　　　　　　$ Underdetermined

FURIA, JOHN ALEXANDER
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.193**  **Nonpriority creditor's name and mailing address**　　　　　　　　　　　$7,985.31

FUZE INC
10 WILSON RD
CAMBRIDGE, MA 02138-1128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.194**  **Nonpriority creditor's name and mailing address**　　　　　　　　　　　$407.55

G R INC.
3250 DODGE ST STE 5
DUBUQUE, IA 52003-5263

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.195**  **Nonpriority creditor's name and mailing address**　　　　　　　　　　　$312.00

G.R. SWEETING & SON CO, LTD
P.O. BOX N-3009
NASSAU, PAR. ISLAN
BAHAMAS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.196**  **Nonpriority creditor's name and mailing address**　　　　　　　　　　　$1,964.75

GALAX REHABILITATION SERVICES INC
PO BOX 441146
KENNESAW, GA 30160-9522

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.197** **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

GAMBINO, ISABELLA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.198** **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

GARCIA, ANNA ISABELL
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.199** **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

GARCIA, ROSA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.200** **Nonpriority creditor's name and mailing address**                                    $6,300.00

GARDNER, MARK
22 ACTON ST
MAYNARD, MA 01754-2328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.201** **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

GARZA, JOSHUA J
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.202**

**Nonpriority creditor's name and mailing address**   $130.00

GEBHARD INVESTMENTS LTD
2610 B WEST KNOB HILL BLVD
YAKIMA, WA 98908

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.203**

**Nonpriority creditor's name and mailing address**   $20,564.52

GEN3 MARKETING LLC
960B HARVEST DR STE 210
BLUE BELL, PA 19422-1979

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.204**

**Nonpriority creditor's name and mailing address**   $2,325.60

GGA ENTERPRISES LLC
38701 W. SEVEN MILE ROAD, SUITE 160
LIVONIA, MI 48152

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.205**

**Nonpriority creditor's name and mailing address**   $4,816.95

GGP LIMITED PARTNERSHIP
10300 LITTLE PATUXENT PKWY
COLUMBIA, MD 21044-3341

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.206**

**Nonpriority creditor's name and mailing address**   $5,888.27

GGP STATEN ISLAND MALL LLC
SDS-12-2730
MINNEAPOLIS, MN 55486-2730

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.207** **Nonpriority creditor's name and mailing address**    $883.57

GOLDEN STAR COMPANY LIMITED
NO. 1166 NGUYEN BINH KHIEM ST.
HAI PHONG 180000
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.208** **Nonpriority creditor's name and mailing address**    $ Undetermined

GOMEZ, GABRIELA G
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.209** **Nonpriority creditor's name and mailing address**    $186,750.88

GOOGLE INC
PO BOX 39000
SAN FRANCISCO, CA 94139-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.210** **Nonpriority creditor's name and mailing address**    $2,056.39

GRANITE TELECOMMUNICATIONS
PO BOX 983119
BOSTON, MA 02298-3119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.211** **Nonpriority creditor's name and mailing address**    $61.75

GRECO HOLDINGS INC
9320 W BROAD ST
HENRICO, VA 23294-5438

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.212** | **Nonpriority creditor's name and mailing address** | | $300.00

GREENFIELD PUBLISHING INC
3525 HAUG AVE SE
ROCKFORD, MN 55373-5104

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | | $1,194.05

GREENSPACE LLC
22581 NW WAGON WAY
HILLSBORO, OR 97124-5604

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | | $21.18

GROUNDFLOOR INC
206 BROADWAY ST
PADUCAH, KY 42001-0732

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | | $12,185.48

GROUP FIO LLC
4442 BALBOA DR
SUGAR LAND, TX 77479-2129

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | | $121,000.00

GXS INC
29144 NETWORK PL
CHICAGO, IL 60673-1291

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.217** Nonpriority creditor's name and mailing address                                    $101.48

H GOLDMAN INC
100 NEW BOSTON DR
CANTON, MA 02021-2830

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.218** Nonpriority creditor's name and mailing address                                    $2,835.69

H T BERRY
50 NORTH ST # B
CANTON, MA 02021-3339

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.219** Nonpriority creditor's name and mailing address                                    $ Undetermined

HAAG, KENNETH E
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.220** Nonpriority creditor's name and mailing address                                    $30.25

HAMRA SHOPPING AND TRADING CO SAL
MAKDESSI ST GS BUILDING
BEIRUT 2038
LEBANON

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.221** Nonpriority creditor's name and mailing address                                    $97.70

HARNESS BOOTS & SHOES INC
110 N WILLOW ST
HARRISON, AR 72601-4232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.222 | **Nonpriority creditor's name and mailing address** | | $430.10 |
|---|---|---|---|

HARTCO SHOES
1501 N BALDWIN AVE
MARION, IN 46952-1926

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.223 | **Nonpriority creditor's name and mailing address** | | $810.00 |
|---|---|---|---|

HARTIGAN, SHANNON
31 MONUMENT SQ
BOSTON, MA 02129-3429

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.224 | **Nonpriority creditor's name and mailing address** | | $865.97 |
|---|---|---|---|

HEADCOUNT CORPORATION
9419 20 AVE NW
EDMONTON, AB T6N 1E5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.225 | **Nonpriority creditor's name and mailing address** | | $10,295.97 |
|---|---|---|---|

HEMISPHERE DESIGN & MANUFACTURING
25215 RYE CANYON RD
VALENCIA, CA 91355-1203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.226 | **Nonpriority creditor's name and mailing address** | | $1,069.39 |
|---|---|---|---|

HIC CONSUMER
1895 J W FOSTER BLVD
CANTON, MA 02021-1099

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|--------|---------------------------|------------------------|----------------|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.227 | Nonpriority creditor's name and mailing address | | $2,537.10 |
|-------|--------------------------------------------------|---|-----------|

HICONVERSION INC
5901 BROKEN SOUND PKWY NW STE 100
BOCA RATON, FL 33487-2732

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.228 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|-------|--------------------------------------------------|---|----------------|

HOFFMAN, CHRISTOPHER NELSON
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.229 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|-------|--------------------------------------------------|---|----------------|

HOFMANN, BRADLEY
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.230 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|-------|--------------------------------------------------|---|----------------|

HOWARD, SARAH E
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.231 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|-------|--------------------------------------------------|---|----------------|

HUNT, RICHARD
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.232** | **Nonpriority creditor's name and mailing address** | $ Undetermined

HUNTER, JASMINE D
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.233** | **Nonpriority creditor's name and mailing address** | $40,198.88

I.A. IL LIMITED
84 BEN ZVI RD
TEL AVIV 68104
ISRAEL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.234** | **Nonpriority creditor's name and mailing address** | $4,078.05

ICL IMAGING
51 MELLEN ST
FRAMINGHAM, MA 01702-8522

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.235** | **Nonpriority creditor's name and mailing address** | $898.00

IDENTIFICATION SYSTEMS INC
1324 STIMMEL RD
COLUMBUS, OH 43223-2917

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.236** | **Nonpriority creditor's name and mailing address** | $3,663.00

IG IGLOO HOLDINGS INC
4170 ASHFORD DUNWOODY RD NE STE 25
ATLANTA, GA 30319-1442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|--------|---------------------------|--------------------------|----------------|
|        | Name                      |                          |                |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.237** | **Nonpriority creditor's name and mailing address** | | $2,343.00

IG IGLOO HOLDINGS INC
4170 ASHFORD DUNWOODY RD NE STE 25
ATLANTA, GA 30319-1442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | | $122.00

IGO'S WELDING CUPPLY CO INC
205 GROVE ST
WATERTOWN, MA 02472-2828

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | | $1,363.00

IJC COCO INC
1635 MIAMI RD STE 6
FORT LAUDERDALE, FL 33316-2952

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | | $0.76

IMPERIAL SHOE STORE INC
516 W SIDE AVE
JERSEY CITY, NJ 07304-1516

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | | $478,755.00

INFOR (US) INC.
PO BOX 1450
MINNEAPOLIS, MN 55485-5421

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* 18-11145 (LSS) |
|---|---|---|
| | Name | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.242 | **Nonpriority creditor's name and mailing address** | | $13,942.37 |
|---|---|---|---|

INFOR (US) INC
13560 MORRIS RD STE 4100
ALPHARETTA, GA 30004-8995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.243 | **Nonpriority creditor's name and mailing address** | | $49,221.01 |
|---|---|---|---|

INNOCON LLC
30858 N OBSIDIAN DR
SAN TAN VALLEY, AZ 85143-3338

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.244 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

INTELISANO, SCOTT J
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.245 | **Nonpriority creditor's name and mailing address** | | $15,995.00 |
|---|---|---|---|

INTERACTIVE INTEGRATION INC
10929 WILKLEE DR
CHARLOTTE, NC 28277-2081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.246 | **Nonpriority creditor's name and mailing address** | | $35,607.42 |
|---|---|---|---|

INTERBRAND LLC
PO BOX 360286
PITTSBURGH, PA 15250-6286

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.247 | **Nonpriority creditor's name and mailing address** | | $689,722.90 |
|---|---|---|---|

INTERNATIONAL BUSINESS MACHINES
PO BOX 534151
ATLANTA, GA 30353-4151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.248 | **Nonpriority creditor's name and mailing address** | | $329.29 |
|---|---|---|---|

INTUNE LOGISTICS
208 ADLEY WAY
GREENVILLE, SC 29607-6511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.249 | **Nonpriority creditor's name and mailing address** | | $6,677.44 |
|---|---|---|---|

IRON MOUNTAIN OFF SITE DATA PROTECTION
PO BOX 27128
NEW YORK, NY 10087-7128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.250 | **Nonpriority creditor's name and mailing address** | | $293.51 |
|---|---|---|---|

JDR SHOE WAREHOUSE
2040 SPRINGDALE RD
CHERRY HILL, NJ 08003-2064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.251 | **Nonpriority creditor's name and mailing address** | | $560.99 |
|---|---|---|---|

JERSEY CENTRAL POWER & LIGHT
PO BOX 3687
AKRON, OH 44309-3687

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.252** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JOHNSON, CHRISTOPHER PHILLIP
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.253** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JOHNSON, MARTIN SAM
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.254** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JONES, CONNIE
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.255** | **Nonpriority creditor's name and mailing address** | $130.00

JRSP CORPORATION
1211 GAR HWY
SWANSEA, MA 02777-4225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.256** | **Nonpriority creditor's name and mailing address** | $912.48

JURGEN & HOLTVLUWER OF GR
4015 CHICAGO DR SW
GRANDVILLE, MI 49418-1201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.257**  **Nonpriority creditor's name and mailing address**                                      $4,105.68

K2 PARTNERING SOLUTIONS, INC
235 PROMENADE ST
PROVIDENCE, RI 02908-5734

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.258**  **Nonpriority creditor's name and mailing address**                                      $7.67

KARAZ SHOES INC
40 1/2 NEW HARFORD SHOPPING CTR.
NEW HARTFORD, NY 13413

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.259**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

KERNEY, TERRY L
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.260**  **Nonpriority creditor's name and mailing address**                                      $3,577.00

KIM & CHANG
39, SAJIK-RO 8 GIL, JONGNO-GU
SEOUL 031-700
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.261**  **Nonpriority creditor's name and mailing address**                                      $14.50

KIPLING SHOE CO
PO BOX 187
MILTON, WV 25541-0187

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Rockport Company, LLC
_____
Name

Case number *(if known)*  18-11145 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.262**  **Nonpriority creditor's name and mailing address**                                                     $82.88

KLEIN INVESTMENT INC
PO BOX 483
PRIOR LAKE, MN 55372-0483

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.263**  **Nonpriority creditor's name and mailing address**                                                    $75,539.27

KREFT GROUP
306 RUMSTICK RD
BARRINGTON, RI 02806-4935

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.264**  **Nonpriority creditor's name and mailing address**                                                     $5,075.00

KROLL BECKER & WING LLC
5 BEDFORD FARMS DR STE 304
BEDFORD, NH 03110-6531

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.265**  **Nonpriority creditor's name and mailing address**                                                      $805.00

L & M FOOTWEAR INC
5303 E WASHINGTON BLVD
COMMERCE, CA 90040-2111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.266**  **Nonpriority creditor's name and mailing address**                                                     $4,285.14

LANGER BIOMECHANICS
1393 VETERANS MEMORIAL HWY
HAUPPAUGE, NY 11788-3000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.267**

**Nonpriority creditor's name and mailing address**                                                           $3,995.00

LEASE ADMINSTRATION SOLUTIONS
80 BLANCHARD RD STE 104
BURLINGTON, MA 01803-5208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.268**

**Nonpriority creditor's name and mailing address**                                                           $32,762.00

LEE AND LI, ATTORNEYS-AT-LAW
7F, 201 TUN HUA N. ROAD
TAIPEI 10508
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.269**

**Nonpriority creditor's name and mailing address**                                                           $1,005.96

LENNY'S SHOES INC.
691 ROUTE 25A
MILLER PLACE, NY 11764-2643

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.270**

**Nonpriority creditor's name and mailing address**                                                           $ Undetermined

LENTZ, SABRINA E
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.271**

**Nonpriority creditor's name and mailing address**                                                           $106,738.90

LF CENTENNIAL PTE LTD
NO. 1 KALLANG JUNCTION
SINGAPORE 339263
SINGAPORE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.272** **Nonpriority creditor's name and mailing address** $78.13

LF CENTENNIAL PTE LTD
NO. 1 KALLANG JUNCTION
SINGAPORE 339263
SINGAPORE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.273** **Nonpriority creditor's name and mailing address** $1,125.00

LI TAI COMPANY LIMITED
NO 32 LANE 61 YUNG YI 2ND STREET TA
TAICHUNG HSIEN
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.274** **Nonpriority creditor's name and mailing address** $42,638.97

LIDDY, KEVIN G
100 GREEN STREET
MEDFIELD, MA 02052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Severance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.275** **Nonpriority creditor's name and mailing address** $177,275.15

LINK WORLDWIDE HOLDINGS LTD
NO 88 SEC 4 CHUNG CHING RD, TA YA S
TAICHUNG 123
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.276** **Nonpriority creditor's name and mailing address** $2,924,788.36

LINK WORLDWIDE HOLDINGS. LTD
NO. 628 SEC 4 CHUNG CHING RD
TAIWAN
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.277** Nonpriority creditor's name and mailing address $27,500.00

LISTER DIGITAL SERVICES INC
1900 S NORFOLK ST
SAN MATEO, CA 94403-1164

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.278** Nonpriority creditor's name and mailing address $ Undetermined

LUNA, ASHLEY NICHOLE
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.279** Nonpriority creditor's name and mailing address $76.75

M G GRUNDMAN & SON INC
PO BOX 404
VINCENNES, IN 47591-0404

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.280** Nonpriority creditor's name and mailing address $509.71

M QUIRANTES ORTHOPEDIC APPLIANCES
8485 SW 40TH ST STE 101
MIAMI, FL 33155-3262

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.281** Nonpriority creditor's name and mailing address $539.00

MACYS INC
2101 E KEMPER RD
CINCINNATI, OH 45241-1805

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.282**    **Nonpriority creditor's name and mailing address**        $500.00

MALONE, MARY JO
41-23 47TH STREET, APT. B5
SUNNYSIDE, NY 11104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.283**    **Nonpriority creditor's name and mailing address**        $342.00

MANKATO RIVER HILLS
1850 ADAMS ST STE 6
MANKATO, MN 56001-5128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.284**    **Nonpriority creditor's name and mailing address**        $ Undetermined

MANSOUR, EDWIN
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.285**    **Nonpriority creditor's name and mailing address**        $ Undetermined

MANSUR, VANESSA LEILA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.286**    **Nonpriority creditor's name and mailing address**        $ Undetermined

MARTIN, TROY N
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.287** | Nonpriority creditor's name and mailing address | $1,756.59

MCCARTHY TETRAULT LLP
2500-1000 DE LA GAUCHETIERE RUE O
MONTREAL, QC H3B 0A2
CANADA

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | $ Undetermined

MCDANIEL, JENNIFER RENEE
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | $ Undetermined

MCHUGH, SHANNON PAIGE
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | $4,041.75

MCLEISH COMMUNICATIONS INC
241 DE SENNEVILLE CH
SENNEVILLE, QC H9X 3X5
CANADA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | $1,895.59

MEDICAL FOOTWEAR PALM BEACH GARDENS
4385 NORTHLAKE BLVD
PALM BEACH GARDENS, FL 33410-6253

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.292** | **Nonpriority creditor's name and mailing address** | $ Undertermined

MEDINA, CARMEN
3338 CLINTON ST
OXNARD, CA 93033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.293** | **Nonpriority creditor's name and mailing address** | $2,250.00

MEI GUANG PLASTIC MANUFACTURE
RM D, 11 BIDG 8 HART A VE RD
TSIM SHA TSUI, KLN
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.294** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MEJIA, IRMA
3015 S D STREET
OXNARD, CA 93033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.295** | **Nonpriority creditor's name and mailing address** | $437.08

MELS ARMY AND NAVY CENTER
25 S WILLIAMS ST
PEARL RIVER, NY 10965-2421

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.296** | **Nonpriority creditor's name and mailing address** | $187,584.86

MENS WEARHOUSE
6380 ROGERDALE RD
HOUSTON, TX 77072-1624

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.297** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MEZA ALVAREZ, CARLOS ARTURO
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MICHAELS, JOHN E
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | $7,570.99

MICROSOFT ONLINE INC
6100 NEIL RD STE 100
RENO, NV 89511-1137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | $273.29

MIKE ELKINS SALES
20401 JUNEAU PL
WOODLAND HILLS, CA 91364-4644

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | $55.10

MILLER SHOES
127 NEWMAN ST
EAST TAWAS, MI 48730-1288

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|--------|--------------------------|--------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.302 | Nonpriority creditor's name and mailing address | $ Undetermined |
|-------|-------------------------------------------------|----------------|

MILLER, ERICA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.303 | Nonpriority creditor's name and mailing address | $ Undetermined |
|-------|-------------------------------------------------|----------------|

MINGUEZ, MIGUEL
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.304 | Nonpriority creditor's name and mailing address | $83.25 |
|-------|-------------------------------------------------|--------|

MINOT DAKOTA SQUARE
2400 10TH ST SW
MINOT, ND 58701-2013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.305 | Nonpriority creditor's name and mailing address | $6,928.25 |
|-------|-------------------------------------------------|-----------|

MISSISSIPPI TAN TEC LEATHER INC
101 TANTEC WAY
VICKSBURG, MS 39183-8796

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.306 | Nonpriority creditor's name and mailing address | $5,750.79 |
|-------|-------------------------------------------------|-----------|

MISSISSIPPI TAN TEC LEATHER INC
101 TANTEC WAY
VICKSBURG, MS 39183-8796

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|--------|---------------------------|--------------------------|----------------|
|        | Name                      |                          |                |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.307** | **Nonpriority creditor's name and mailing address** | $16.77

MONAGHAN FARKAS INC
PO BOX 6
CUTCHOGUE, NY 11935-0006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.308** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MONASTESSE, DEBRA A
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.309** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MOORE, SARA M.
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.310** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MORALES CORTES, MELISSA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.311** | **Nonpriority creditor's name and mailing address** | $1,102.50

MORGAN LEWIS AND BOCKIUS LLP
1701 MARKET ST
PHILADELPHIA, PA 19103-2903

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.312** | **Nonpriority creditor's name and mailing address** | $1,413.55

MORGANS SHOES INC
739 HILLDALE WAY
MADISON, WI 53705-2644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | $219,773.58

MORTENSEN MANAGEMENT INC
4788 TEMPLE DR
DELRAY BEACH, FL 33445-5320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | $18,710.86

MOUND PRINTING CO INC
2455 BELVO RD
MIAMISBURG, OH 45342-3909

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | $730.06

MYRON WAGNER CO
4313 BUTLER ST
PITTSBURGH, PA 15201-3009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | $1,046.41

NATIONAL GRID
PO BOX 11735
NEWARK, NJ 07101-4735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|--------|---------------------------|--------------------------|----------------|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.317**  **Nonpriority creditor's name and mailing address**                          $738.97

NATIONAL GRID
PO BOX 11737
NEWARK, NJ 07101-4737

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.318**  **Nonpriority creditor's name and mailing address**                          $1,914.26

NATIONAL GRID
PO BOX 11739
NEWARK, NJ 07101-4739

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.319**  **Nonpriority creditor's name and mailing address**                          $242.93

NATIONAL GRID
PO BOX 11739
NEWARK, NJ 07101-4739

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.320**  **Nonpriority creditor's name and mailing address**                          $157.99

NATIONAL GRID
PO BOX 11791
NEWARK, NJ 07101-4791

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.321**  **Nonpriority creditor's name and mailing address**                          $100.00

NATIONAL MS SOCIETY
733 3RD AVE
NEW YORK, NY 10017-3204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.322** | **Nonpriority creditor's name and mailing address** | $749.18

NAVY EXCHANGE SERVICE
530 INDEPENDENCE PKWY
CHESAPEAKE, VA 23320-5203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | $49.62

NEAT SHOES, INC
200 APPLEBEE ST
BARRINGTON, IL 60010-3063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | $10,193.44

NETNAMES
2711 CENTERVILLE RD
WILMINGTON, DE 19808-1660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | $12,247.88

NEW BALANCE ATHLETIC SHOE INC
100 GUEST ST
BOSTON, MA 02135-2088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address** | $201.89

NEW BALANCE BEACHWOOD
2685 W MARKET ST
AKRON, OH 44333-4230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Rockport Company, LLC
_____
          Name

Case number *(if known)* 18-11145 (LSS)
_____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.327 | **Nonpriority creditor's name and mailing address** | | $453.03 |
| --- | --- | --- | --- |

NEW BALANCE BELDEN
2685 W MARKET ST
AKRON, OH 44333-4230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.328 | **Nonpriority creditor's name and mailing address** | | $185.26 |
| --- | --- | --- | --- |

NEW BALANCE BRANDYWINE
4243 CONCORD PIKE
WILMINGTON, DE 19803-1403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.329 | **Nonpriority creditor's name and mailing address** | | $42.75 |
| --- | --- | --- | --- |

NEW BALANCE BRANSON
1106 BRANSON LANDING BLVD
BRANSON, MO 65616-2383

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.330 | **Nonpriority creditor's name and mailing address** | | $355.48 |
| --- | --- | --- | --- |

NEW BALANCE CHANDLER
5350 W BELL RD STE C122 PMB 621
GLENDALE, AZ 85308-3907

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.331 | **Nonpriority creditor's name and mailing address** | | $1,487.53 |
| --- | --- | --- | --- |

NEW BALANCE CHICAGO II
17W490 22ND ST
VILLA PARK, IL 60181-4401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.332** | **Nonpriority creditor's name and mailing address** | $373.28

NEW BALANCE COOL SPRINGS
420 COOL SPRINGS BLVD STE 130
FRANKLIN, TN 37067-7262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | $57.01

NEW BALANCE DEERFIELD POINTE
2685 W MARKET ST
AKRON, OH 44333-4230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address** | $537.48

NEW BALANCE DFW I
3604 GARDENIA DR
ARLINGTON, TX 76016-3930

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | $573.30

NEW BALANCE FAIRLAWN
2685 W MARKET ST
AKRON, OH 44333-4230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | $47.39

NEW BALANCE GREEN HILLS
420 COOL SPRINGS BLVD
FRANKLIN, TN 37067-6277

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.337** Nonpriority creditor's name and mailing address $453.22

NEW BALANCE NAPLES/GALVA INC.
8799 TAMIAMI TRL N STE 101
NAPLES, FL 34108-3511

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.338** Nonpriority creditor's name and mailing address $68.60

NEW BALANCE NORTH SHORE
610 CENTRAL AVE STE 169
HIGHLAND PARK, IL 60035-3258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.339** Nonpriority creditor's name and mailing address $1,264.25

NEW BALANCE PITTSBURGH II
112 W BRIDGE ST
HOMESTEAD, PA 15120-5040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.340** Nonpriority creditor's name and mailing address $126.36

NEW BALANCE POLARIS
2685 W MARKET ST
AKRON, OH 44333-4230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.341** Nonpriority creditor's name and mailing address $260.04

NEW BALANCE PROMENADE
2685 W MARKET ST
AKRON, OH 44333-4230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Rockport Company, LLC
_____
Name

Case number *(if known)* 18-11145 (LSS)
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.342**  **Nonpriority creditor's name and mailing address**                                                          $59.37

NEW BALANCE SARASOTA
4211 S SHADE AVE
SARASOTA, FL 34231-4633

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.343**  **Nonpriority creditor's name and mailing address**                                                          $225.39

NEW BALANCE SAUCON VALLEY
1 S MAIN ST
WILKES BARRE, PA 18705-1914

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.344**  **Nonpriority creditor's name and mailing address**                                                          $59.15

NEW BALANCE SCOTTSDALE
5350 W BELL RD STE C122 PMB 621
GLENDALE, AZ 85308-3907

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.345**  **Nonpriority creditor's name and mailing address**                                                          $420.75

NEW BALANCE SCRANTON
1 S MAIN ST
WILKES BARRE, PA 18705-1914

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.346**  **Nonpriority creditor's name and mailing address**                                                          $57.00

NEW BALANCE SCRANTON
1 S MAIN ST
WILKES BARRE, PA 18705-1914

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Rockport Company, LLC
Name

Case number *(if known)*  18-11145 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.347 | **Nonpriority creditor's name and mailing address** |

$647.79

NEW BALANCE ST. LOUIS II
11633 OLIVE BLVD
SAINT LOUIS, MO 63141-7001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.348 | **Nonpriority creditor's name and mailing address** |

$494.25

NEW BALANCE ST. LOUIS IV
6540 N ILLINOIS ST STE 104
FAIRVIEW HEIGHTS, IL 62208-2158

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.349 | **Nonpriority creditor's name and mailing address** |

$208.75

NEW BALANCE ST. LOUIS
1205 SOUTH BIG BEND
SAINT LOUIS, MO 63117-1613

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.350 | **Nonpriority creditor's name and mailing address** |

$3,059.39

NEWYORK CONNECTIONS LLC
30 MICHIGAN AVE E
BATTLE CREEK, MI 49017-4010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.351 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

NICHOLS, JEANETTE L
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.352** **Nonpriority creditor's name and mailing address**                         $ Undetermined

NORIEGA, DAVID A
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.353** **Nonpriority creditor's name and mailing address**                         $944.52

NORMS FOOTWEAR INC
204 W 2ND ST
SEYMOUR, IN 47274-2110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.354** **Nonpriority creditor's name and mailing address**                         $ Undetermined

NURSE, GARY T
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.355** **Nonpriority creditor's name and mailing address**                         $ Undetermined

OH-EBASHI LPC & PARTNERS
27F NAKANOSHIMA, KITA-KU
KIT-KU, 27 5300005
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.356** **Nonpriority creditor's name and mailing address**                         $ Undetermined

OLDFIELD, CATHERINE F
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|--------|---------------------------|--------------------------|----------------|
|        | Name                      |                          |                |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.357** **Nonpriority creditor's name and mailing address**                                    $ Undermined

OLIVER, CASHON
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.358** **Nonpriority creditor's name and mailing address**                                    $42,000.00

ON ASSIGNMENT INC
DBA CREATIVE CIRCLE LLC
PO BOX 74008799
CHICAGO, IL 60674-8799

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.359** **Nonpriority creditor's name and mailing address**                                    $96,000.00

OPEN TEXT INC
24685 NETWORK PL
CHICAGO, IL 60673-1246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.360** **Nonpriority creditor's name and mailing address**                                    $ Undetermined

OPPICI, NICOLE DANIELLE
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.361** **Nonpriority creditor's name and mailing address**                                    $8,104.28

ORACLE AMERICA INC
500 ORACLE PKWY
REDWOOD CITY, CA 94065-1677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.362** | **Nonpriority creditor's name and mailing address** | $129.01

ORIENTAL PINTLES
411 BROAD ST
ORIENTAL, NC 28571-9773

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address** | $378.00

ORIS INTEL LLC
118 GRACELAND BLVD STE 222
COLUMBUS, OH 43214-1530

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | $164,537.50

OSLER, HOSKINS & MARCOURT LLP
PO BOX 50, 1 FIRST CANADIAN PLACE
TORONTO, ON M5X 1B8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | $1,093.05

OUTDOOR EQUIPPED
312 RALEIGH ST STE 4
WILMINGTON, NC 28412-6306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address** | $ Undetermined

OVERSTREET, LINTON S
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.367** | **Nonpriority creditor's name and mailing address** | $609.01

PACERS AND RACERS INC
3602 NORTHGATE CT
NEW ALBANY, IN 47150-6417

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | $3.66

PAUL RICHELSON'S FEET FIRST INC.
13 TOWN WEST RD
PLYMOUTH, NH 03264-3428

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | $7,032.62

PEGASUS FOOTWEAR
10 MILL HILL RD
WOODSTOCK, NY 12498-1306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | $351.57

PEPCO
PO BOX 13608
PHILADELPHIA, PA 19101-3608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PEREZ, CARINA M
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

Debtor    The Rockport Company, LLC
_____
Name

Case number *(if known)*   18-11145 (LSS)

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.372** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PERSAUD, ALANA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | $10,080.00

PERSISTENT SYSTEMS INC
2055 LAURELWOOD RD STE 210
SANTA CLARA, CA 95054-2727

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address** | $644.25

PG&E
PO BOX 997300
SACRAMENTO, CA 95899-7300

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PHILLIPS, ANGELA J
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address** | $1,500.49

PIPP MOBILE STORAGE SYSTEMS INC
2966 WILSON DR NW
WALKER, MI 49534-7592

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 108 of 140

Debtor    The Rockport Company, LLC
          _____
          Name

Case number *(if known)*    18-11145 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.377**  **Nonpriority creditor's name and mailing address**                                          $79.12

PLAYNETWORK INC
PO BOX 204515
DALLAS, TX 75320-4515

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.378**  **Nonpriority creditor's name and mailing address**                                    $1,470,006.90

PRECIOUS GOLD HOLDINGS LIMITED
NO. 628 SEC 4 CHUNG CHING RD
TAICHUNG
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.379**  **Nonpriority creditor's name and mailing address**                                       $13,521.86

PREMIER RELOCATIONS INC
45200 GRAND RIVER AVE
NOVI, MI 48375-1018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.380**  **Nonpriority creditor's name and mailing address**                                        $1,502.88

PROMOCENTRIC INC
5 FORBES RD
NEWMARKET, NH 03857-2060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.381**  **Nonpriority creditor's name and mailing address**                                          $395.17

PSE&G
5 CENTURY LN
SOUTH PLAINFIELD, NJ 07080-1301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.382**  **Nonpriority creditor's name and mailing address**                                                              $548.47

PSEG LONG ISLAND
PO BOX 9039
HICKSVILLE, NY 11802-9039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.383**  **Nonpriority creditor's name and mailing address**                                                              $877.64

PSEG LONG ISLAND
PO BOX 9039
HICKSVILLE, NY 11802-9039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.384**  **Nonpriority creditor's name and mailing address**                                                              $31,640.90

QUAD/GRAPHICS, INC.
110 COMMERCE WAY # J
WOBURN, MA 01801-1088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.385**  **Nonpriority creditor's name and mailing address**                                                              $18,175.22

QUALITY SOLUTIONS INC
128 N 1ST ST
COLWICH, KS 67030-9637

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.386**  **Nonpriority creditor's name and mailing address**                                                              $190.00

R & D  PRODUCT GIVEAWAY
890-5600-09047
BRIGHTON, MA 02135

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.387 | **Nonpriority creditor's name and mailing address** | $65.19 |

R-PAC INTERNATIONAL CORP
132 W 36TH ST, FL 7
NEW YORK, NY 10018-8825

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.388 | **Nonpriority creditor's name and mailing address** | $1,589.96 |

R. J. ASH
1377 BAY ST
FLORENCE, OR 97439-9649

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.389 | **Nonpriority creditor's name and mailing address** | $142,662.84 |

R121 LLC
3970 SORRENTO VALLEY BLVD STE 100
SAN DIEGO, CA 92121-1444

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.390 | **Nonpriority creditor's name and mailing address** | $8,855.85 |

RA SPORT FOR IMPORT
5TH FLOOR; BUILDING S2-A
NEW CAIRO 11311
EGYPT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.391 | **Nonpriority creditor's name and mailing address** | $5,956.28 |

RACKSPACE US INC
PO BOX 730759
DALLAS, TX 75373-0759

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

### Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.392 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

RAINER, JAMES
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.393 | **Nonpriority creditor's name and mailing address** | | $4,633.07 |
|---|---|---|---|

RECEIVABLE MANAGEMENT CORPORATION
400 W CUMMINGS PARK STE 4450
WOBURN, MA 01801-6594

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.394 | **Nonpriority creditor's name and mailing address** | | $28,500.00 |
|---|---|---|---|

REDWOOD SOFTWARE INC
3005 CARRINGTON MILL BLVD STE 510
MORRISVILLE, NC 27560-8886

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.395 | **Nonpriority creditor's name and mailing address** | | $1,112,735.02 |
|---|---|---|---|

REEBOK INTERNATIONAL LTD.
1895 J W FOSTER BLVD
CANTON, MA 02021-1099

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.396 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

REIDLINGER, ALEXA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.397** **Nonpriority creditor's name and mailing address**  $513.43

RETAIL CONVERGENCE INC
20 CHANNEL CTR ST FL 3
BOSTON, MA 02210-3402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.398** **Nonpriority creditor's name and mailing address**  $66,490.57

RICHARD, ROBERT P
38 KINGS ROW
N. READING, MA 01864

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Severance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.399** **Nonpriority creditor's name and mailing address**  $398,765.84

RIEMER BRAUNSTEIN
3 CENTER PLZ STE 600
BOSTON, MA 02108-2091

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.400** **Nonpriority creditor's name and mailing address**  $ Undetermined

RILEY, KIMBERLY N
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.401** **Nonpriority creditor's name and mailing address**  $2,460.60

RIVERS ELECTRICAL CORPORATION
275 CENTRE ST STE 1
HOLBROOK, MA 02343-1079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.402**  **Nonpriority creditor's name and mailing address**  $1,128.10

ROAD RUNNER SPORTS, INC
5549 COPLEY DR
SAN DIEGO, CA 92111-7904

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.403**  **Nonpriority creditor's name and mailing address**  $10,931.00

ROADONE INTERMODALOGISTICS
P O BOX 674939
DETROIT, MI 48267-4939

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.404**  **Nonpriority creditor's name and mailing address**  $ Undetermined

ROBERTSON, MATHEW J
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.405**  **Nonpriority creditor's name and mailing address**  $633,237.28

ROCKPORT EUROPE, B.V.
PRINS BERNHARDPLEIN 200
AMSTERDAM 1097 JB
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.406**  **Nonpriority creditor's name and mailing address**  $530.00

ROGERS MENS WEAR
618 W BOLLING ST
MONTICELLO, AR 71655-5410

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.407 | **Nonpriority creditor's name and mailing address** | | $732.52 |
|---|---|---|---|

ROGERS, LAUREN
163 LAWNDALE RD
MANSFIELD, MA 02048-1621

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.408 | **Nonpriority creditor's name and mailing address** | | $331.34 |
|---|---|---|---|

ROONEY ENTERPRISES INC
413 SPRINGFIELD AVE
SUMMIT, NJ 07901-2603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.409 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

ROSINGER, AMELIA P
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.410 | **Nonpriority creditor's name and mailing address** | | $18,681.47 |
|---|---|---|---|

RSH (MIDDLE EAST) LLC
PO BOX 20764
DUBAI 20764
UNITED ARAB EMIRATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.411 | **Nonpriority creditor's name and mailing address** | | $706.50 |
|---|---|---|---|

RUBIN AND RUDMAN LLP
53 STATE ST FL 15
BOSTON, MA 02109-2820

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.412**  Nonpriority creditor's name and mailing address  $ Underestimated

RUBY, JUSTEEN MARIE
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.413**  Nonpriority creditor's name and mailing address  $ Undetermined

RUTKOWSKI, CARLIE LOREN
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.414**  Nonpriority creditor's name and mailing address  $58.30

S WALKER INC
PO BOX 466
LANCASTER, WI 53813-0466

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.415**  Nonpriority creditor's name and mailing address  $13,254.87

S WALTER PACKAGING CORP
2900 GRANT AVE
PHILADELPHIA, PA 19114-2310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.416**  Nonpriority creditor's name and mailing address  $1,048.39

S&A CONSULTING INC
1129 TWIN HILL LN
KNOXVILLE, TN 37932-3037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.417 | **Nonpriority creditor's name and mailing address** | $232.00 |

SAINT CLOUD SCHEELS
40 WAITE AVE N
WAITE PARK, MN 56387-1269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

SANCHEZ, JAZMIN
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | $703.81 |

SANDT PRODUCTS INC
1275 LOOP RD
LANCASTER, PA 17601-3168

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | $439.84 |

SANTEE COOPER
PO BOX 188
MONCKS CORNER, SC 29461-0188

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | $23,590.00 |

SAPOURS TECHNOLOGIES PRIVATE LIMITED
307 3RD FLOOR B WING LANCELOT CH
MUMBAI, 13 400092
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.422** Nonpriority creditor's name and mailing address $11,795.00

SAPOURS TECHNOLOGIES PRIVATE LIMITED
307 3RD FLOOR B WING LANCELOT CH
MUMBAI, 13 400092
INDIA

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.423** Nonpriority creditor's name and mailing address $530.20

SAWNEE ELECTRIC MEMBERSHIP
PO BOX 2252
BIRMINGHAM, AL 35246-0031

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.424** Nonpriority creditor's name and mailing address $ Undetermined

SCHANDELMAYER-DAVIS, MICHAELA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.425** Nonpriority creditor's name and mailing address $8,176.06

SCHEELS ALL SPORTS INC
4550 15TH AVE S
FARGO, ND 58103-8959

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.426** Nonpriority creditor's name and mailing address $83.25

SCHEELS- OVERLAND PARK
1551 45TH ST S
FARGO, ND 58103-3255

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

### Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.427** **Nonpriority creditor's name and mailing address** $41.68

SCHEELS- ROCHESTER
1551 45TH ST S
FARGO, ND 58103-3255

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.428** **Nonpriority creditor's name and mailing address** $72.00

SCHMITT SHOES INC
244 MAIN ST
REEDSBURG, WI 53959

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.429** **Nonpriority creditor's name and mailing address** $277.29

SECURE PRODUCTS CORP
1005 N LOMBARD RD
LOMBARD, IL 60148-1254

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.430** **Nonpriority creditor's name and mailing address** $829.64

SELIGA SHOE STORE INC
2530 S BRENTWOOD BLVD
SAINT LOUIS, MO 63144-2309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.431** **Nonpriority creditor's name and mailing address** $ Undetermined

SERRATA, NATALIA V.
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.432** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SHEETZ, LINDA D
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.433** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SHOAFF, SAMUEL J
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.434** | **Nonpriority creditor's name and mailing address** | $57.50

SHOE BIZ INC
8128 PROVIDENCE RD STE 800
CHARLOTTE, NC 28277-9743

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.435** | **Nonpriority creditor's name and mailing address** | $550,872.38

SHOE MAJESTY TRADING CO, LTD
338 KINGS ROAD
HONG KONG 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.436** | **Nonpriority creditor's name and mailing address** | $5,611.15

SHOE MAJESTY TRADING COMPANY
TWO CHINACHEM EXCHANGE SQUARE
HONG KONG, NORTHPOINT
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    The Rockport Company, LLC
          Name

Case number *(if known)*  18-11145 (LSS)

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.437 | **Nonpriority creditor's name and mailing address** |

$998.18

SHOEFITTERS INC
20 E BUTLER AVE
AMBLER, PA 19002-4514

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.438 **Nonpriority creditor's name and mailing address**

$ Undetermined

SHOEMAKER, TERRY
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.439 **Nonpriority creditor's name and mailing address**

$98.24

SHOEMIX
665 LEXINGTON AVE
NEW YORK, NY 10022-3630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.440 **Nonpriority creditor's name and mailing address**

$145,478.69

SIGNATURE COMMERCIAL SOLUTIONS LLC
200 W CYPRESS CREEK RD STE 400
FORT LAUDERDALE, FL 33309-2175

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.441 **Nonpriority creditor's name and mailing address**

$42.50

SIMON THE TANNER
PO BOX 449
ISLAND POND, VT 05846-0449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.442**  **Nonpriority creditor's name and mailing address**                                                    $135,175.00

SINCERELY INTERNATIONAL LTD.
RM1303-05, 13F, UNION PARK CENTER N
KOWLOON, KLN
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.443**  **Nonpriority creditor's name and mailing address**                                                    $105.00

SINO PRO TRADING, LTD
ROOM 710-2, TAI TUNG BUILDING
8 FLEMING ROAD
WANCHAI
WANCHAI

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.444**  **Nonpriority creditor's name and mailing address**                                                    $137.25

SIOUX CITY SOUTHERN HILLS SCHEELS
4400 SERGEANT RD STE 54
SIOUX CITY, IA 51106-4759

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.445**  **Nonpriority creditor's name and mailing address**                                                    $263.09

SMALLWOODS INC
1001 SE 17TH ST
FORT LAUDERDALE, FL 33316-2128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.446**  **Nonpriority creditor's name and mailing address**                                                    $55,518.76

SMITH, DAVID A
18 ERICKSON LANE
PEMBROKE, MA 02359

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Severance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.447 | Nonpriority creditor's name and mailing address | | $130.62 |
|---|---|---|---|

SO ENTERPRISES, LLC
5350 E BROADWAY BLVD STE 170
TUCSON, AZ 85711-3724

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Receivable Credit Balance

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| 3.448 | Nonpriority creditor's name and mailing address | | $1,853.24 |
|---|---|---|---|

SOFTCHOICE CORPORATION
314 W SUPERIOR ST STE 400
CHICAGO, IL 60654-3538

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| 3.449 | Nonpriority creditor's name and mailing address | | $111,327.53 |
|---|---|---|---|

SOLUTION IT INC
60 CONCORD ST
WILMINGTON, MA 01887-2179

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| 3.450 | Nonpriority creditor's name and mailing address | | $847.13 |
|---|---|---|---|

SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD, CA 91770-0300

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| 3.451 | Nonpriority creditor's name and mailing address | | $124.87 |
|---|---|---|---|

SPS COMMERCE
PO BOX 205782
DALLAS, TX 75320-5782

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

Debtor    The Rockport Company, LLC
_____
Name

Case number *(if known)*  18-11145 (LSS)

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.452 | **Nonpriority creditor's name and mailing address** | | $61,793.02 |

ST ONGE, STEWARD, JOHNSTON + REENS
986 BEDFORD ST
STAMFORD, CT 06905-5610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.453 | **Nonpriority creditor's name and mailing address** | | $443.50 |

STAPLETON SHOE CO
34 W 33RD ST FL 7
NEW YORK, NY 10001-3304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.454 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

STEIN, DAVA S
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.455 | **Nonpriority creditor's name and mailing address** | | $280,000.00 |

STELLA INTERNATIONAL DESIGN SE
SUITES 3003/04 TOWER 2 THE GATEWAY
HONG KONG, KLN
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.456 | **Nonpriority creditor's name and mailing address** | | $13,010.59 |

STELLA INTERNATIONAL LIMITED
NO.771-775 NATHAN ROAD
KOWLOON 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.457** | **Nonpriority creditor's name and mailing address** | $6,416,245.90

STELLA INTERNATIONAL TRADING (MACAO COMMERCIAL)
26-54B AVENIDA DE MARCIANO BAPTISTA
MACAU 528244
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.458** | **Nonpriority creditor's name and mailing address** | $16,767.00

STELLA INTERNATIONAL TRADING (MACAO COMMERCIAL)
26-54B AVENIDA DE MARCIANO BAPTISTA
MACAU 528244
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.459** | **Nonpriority creditor's name and mailing address** | $368.17

STEP IN COMFORT LLC
1203 SE EVERETT MALL WAY
EVERETT, WA 98208-2866

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.460** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STREITENBERGER, SCOTT D
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.461** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STRYKER, KEVIN S
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.462** | **Nonpriority creditor's name and mailing address** | $ Undetermined

STUCKEY, DAIVON
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SULLIVAN, JARED R
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address** | $700.00

SURIEL, CRISTIAN MARTINEZ
3138 BAILEY AVE APT 4C
BRONX, NY 10463-5738

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address** | $331,862.38

SYSTEMS PLUS TECHNOLOGIES
UNIT NO. 801 LEVEL 8
MAGARPATTA CITY SEZ, HADA 411013
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | $1,396.78

TALENTWISE INC
19910 NORTH CREEK PKWY STE 200
BOTHELL, WA 98011-8254

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.467**

**Nonpriority creditor's name and mailing address** — $265.98

TANGER NATIONAL HARBOR LLC
3200 NORTHLINE AVE STE 360
GREENSBORO, NC 27408-7612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.468**

**Nonpriority creditor's name and mailing address** — $219.31

TANGER PROPERTIES LIMITED PARTNERSHIP
3200 NORTHLINE AVE STE 360
GREENSBORO, NC 27408-7612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.469**

**Nonpriority creditor's name and mailing address** — $10.16

TANGER PROPERTIES LTD PARTNERSHIP
PO BOX 414225
BOSTON, MA 02241-4225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.470**

**Nonpriority creditor's name and mailing address** — $ Undetermined

TASSILLO, NICOLEA P
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.471**

**Nonpriority creditor's name and mailing address** — $100.00

THE OHIO STATE UNIVERSITY
1480 W LANE AVE
COLUMBUS, OH 43221-3919

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Employer Match Contribution

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  The Rockport Company, LLC
        Name

Case number *(if known)*  18-11145 (LSS)

---

**Part 2:**  **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.472** | **Nonpriority creditor's name and mailing address** | $22,935.87

THE PRUDENTIAL INSURANCE COMPANY
80 LIVINGSTON AVE
ROSELAND, NJ 07068-1753

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.473** | **Nonpriority creditor's name and mailing address** | $108,613,988.32

THE ROCKPORT GROUP, LLC
1220 WASHINGTON STREET
WEST NEWTON, MA 02465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.474** | **Nonpriority creditor's name and mailing address** | $496.80

THE SHOE COMPANY, LLC
445 HWY 46S, SUITE 5
DICKSON, TN 37055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.475** | **Nonpriority creditor's name and mailing address** | $295.98

THE SHOE INN ETC
101 BILL BRADFORD
SULPHUR SPRINGS, TX 75482-4481

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.476** | **Nonpriority creditor's name and mailing address** | $137,000.00

THE SOAPBOX STUDIO LLC
120 GLEBE RD
WESTMORELAND, NH 03467-4616

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.477**   **Nonpriority creditor's name and mailing address**                                              $260.00

THE SPORTSMAN'S GUIDE
411 FARWELL AVE
SOUTH SAINT PAUL, MN 55075-2428

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.478**   **Nonpriority creditor's name and mailing address**                                              $3,320.54

THE WALKING COMPANY DRP
519 LINCOLN COUNTRY PRKWY
LINCOLNTON, NC 28092-6132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.479**   **Nonpriority creditor's name and mailing address**                                              $91,539.90

THE WALKING COMPANY
519 LINCOLN COUNTRY PARKWAY
LINCOLNTON, NC 28092-6132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.480**   **Nonpriority creditor's name and mailing address**                                              $122,918.05

THRIVE CITS LLC
828 NORTH ST STE 3201
TEWKSBURY, MA 01876

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.481**   **Nonpriority creditor's name and mailing address**                                              $7,140.00

TING YI MOLD TECHNOLOGY CO, LTD
GAO XIN SCIENTIFIC-TECHNOLOGICAL IN
DONGGUAN CITY
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.482 | **Nonpriority creditor's name and mailing address** | | $117,678.08 |
|---|---|---|---|

TOHO LAMAC CO., LTD.
3-42-6 YUSHIMA
BUNKYO-KU 13 1130034
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.483 | **Nonpriority creditor's name and mailing address** | | $22.94 |
|---|---|---|---|

TONY'S SHOES
1333 S BLACK HORSE PIKE
WILLIAMSTOWN, NJ 08094-9229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.484 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

TOSCANO, ALESSANDRA
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.485 | **Nonpriority creditor's name and mailing address** | | $194,090.71 |
|---|---|---|---|

TRADEGLOBAL, LLC
5389 E PROVIDENT DR
CINCINNATI, OH 45246-1044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.486 | **Nonpriority creditor's name and mailing address** | | $2,526.43 |
|---|---|---|---|

TRADEHOME SHOE STORES INC
8300 97TH ST S
COTTAGE GROVE, MN 55016-4341

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|--------|---------------------------|------------------------|----------------|
|        | Name                      |                        |                |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.487 | **Nonpriority creditor's name and mailing address** | | $5,900.00 |
|-------|-----------------------------------------------------|--|-----------|

TRANSPERFECT TRANSLATIONS INTERNATIONAL
THREE PARK AVENUE 39TH FLOOR
NEW YORK, NY 10016-0000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.488 | **Nonpriority creditor's name and mailing address** | | $54.77 |
|-------|-----------------------------------------------------|--|--------|

TRANSWORLD HIDE CORP
2355 NO. 91ST PL
SCOTTSDALE, AZ 85255

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.489 | **Nonpriority creditor's name and mailing address** | | $52,930.00 |
|-------|-----------------------------------------------------|--|------------|

TRUE PARTNERS CONSULTING HOLDINGS
25390 NETWORK PL
CHICAGO, IL 60673-1253

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.490 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|-------|-----------------------------------------------------|--|----------------|

TSHIBAMBE, EMMANUEL L
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.491 | **Nonpriority creditor's name and mailing address** | | $320.00 |
|-------|-----------------------------------------------------|--|---------|

TWO TEN FOOTWEAR FOUNDATION
1466 MAIN ST
WALTHAM, MA 02451-1623

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.492** | **Nonpriority creditor's name and mailing address** | | $447,056.29

U.S. CUSTOMS AND BORDER PROTECTION
DBA CBP
PO BOX 530071
ATLANTA, GA 30353-0071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address** | | $14,050.02

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address** | | $8,715.07

UNIVERSAL WILDE
26 DARTMOUTH ST
WESTWOOD, MA 02090-2301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address** | | $3,570.00

US CONTINENTAL MARKETING INC
310 REED CIR
CORONA, CA 92879-1349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | | $18,605.80

VERIZON WIRELESS SERVICES LLC
PO BOX 15062
ALBANY, NY 12212-5062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.497**    **Nonpriority creditor's name and mailing address**        $ Undetermined

VILLA, CYNTHIA ANN
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.498**    **Nonpriority creditor's name and mailing address**        $1,869.40

VINCE CANNING SHOES
335 E ATLANTIC AVE
DELRAY BEACH, FL 33483-4534

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.499**    **Nonpriority creditor's name and mailing address**        $53,760.00

VINTECH CONSULTING SOLUTIONS LLC
10 JENNIFER DR
MANSFIELD, MA 02048-1671

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.500**    **Nonpriority creditor's name and mailing address**        $385.60

WAGEWORKS INC
PO BOX 8363
PASADENA, CA 91109-8363

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.501**    **Nonpriority creditor's name and mailing address**        $448.71

WAGEWORKS, INC.
PO BOX 45772
SAN FRANCISCO, CA 94145-0772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|--------|---------------------------|--------------------------|----------------|
| | Name | | |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.502** **Nonpriority creditor's name and mailing address** $75.00

WALK WELL SHOES
413 SPRINGFIELD AVE
SUMMIT, NJ 07901-2603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.503** **Nonpriority creditor's name and mailing address** $ Undetermined

WEAVER, SHAUNTEL
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.504** **Nonpriority creditor's name and mailing address** $ Undetermined

WEBB, ANTHONY R
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.505** **Nonpriority creditor's name and mailing address** $3,299.88

WEST PUBLISHING CORPORATION
PO BOX 6292
CAROL STREAM, IL 60197-6292

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.506** **Nonpriority creditor's name and mailing address** $5,434.14

WESTLAND GARDEN STATE PLAZA LP
PO BOX 56816
LOS ANGELES, CA 90074-6816

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.507** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WHITE, OMAR L
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.508** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WHITESIDE, KATHY MAE
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.509** | **Nonpriority creditor's name and mailing address** | $307.86

WILLIAMS LEA INC
14927 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address** | $4,028.13

WISE CONSULTING ASSOCIATES
54 SCOTT ADAM RD
HUNT VALLEY, MD 21030-3216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WITCHER, ROBERT
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| **Schedule E/F: Creditors Who Have Unsecured Claims** |

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.512** | **Nonpriority creditor's name and mailing address** | $495.70

WOODBURN PREMIUM OUTLETS LLC
7584 SOLUTION CENTER
CHICAGO, IL 60677-7055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address** | $5,607.75

WYLESS INC
DEPT CH 17817
PALATINE, IL 60055-7817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WYLIE, ASHLEY R
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address** | $18,800.00

XIN XIN RUBBER AND PLASTIC LTD
UNIT 1303 13/7 BEVERLY HOUSE
WANCHAT 93-107
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address** | $112,748.82

XZACT SOLUTIONS INC
2-21-7 KITAZAWA
TOKYO 1550031
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.517** **Nonpriority creditor's name and mailing address**  $4,250.00

YAFAI LLC
1108 E PONTIAC ST
FORT WAYNE, IN 46803-3400

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.518** **Nonpriority creditor's name and mailing address**  $9,194.63

YAHOO HOLDINGS INC
701 FIRST AVE
SUNNYVALE, CA 94089-1019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.519** **Nonpriority creditor's name and mailing address**  $1,471.59

YODERS DEPARTMENT STORE
PO BOX 245
SHIPSHEWANA, IN 46565-0245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Credit Balance

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.520** **Nonpriority creditor's name and mailing address**  $63,840.00

YONGQIPAI INDUSTRIAL (HK) LIMITED
NO. 1-2 QI GUAN DONG ROAD, XI YA SU
ZHONG SHAN CITY, 190
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.521** **Nonpriority creditor's name and mailing address**  $2,276.50

YOTTAA, INC
100 5TH AVE FL 4
WALTHAM, MA 02451-8727

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Rockport Company, LLC
          _____
          Name

Case number (if known)    18-11145 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.522**

**Nonpriority creditor's name and mailing address**

YUN, TAYLOR C
1220 WASHINGTON STREET
NEWTON, MA 02465
UNITED STATES

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Paid Time Off

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.523**

**Nonpriority creditor's name and mailing address**

ZHAO QING XIANG ZHOU SHOES LTD
TANG XIA INDUSTRY VILLAGE
ZHAO QING, 190 526020
CHINA

$4,438.20

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.524**

**Nonpriority creditor's name and mailing address**

ZHONGSHAN XINWEI TRADING CO. LTD
NO. 41 BAOYUAN ROAD SANXIANG TWON
ZHONGSHAN, 190
CHINA

$1,200.00

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    The Rockport Company, LLC
Name

Case number (if known)    18-11145 (LSS)

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 1  AMERICAN ALTERNATIVE INSURANCE CORPORATION<br>555 COLLEGE ROAD EAST<br>PRINCETON, NJ 08540-6616 | Line 18<br><br>☐ Not listed. Explain _____ | |

| Debtor | The Rockport Company, LLC | Case number *(if known)* 18-11145 (LSS) |
|---|---|---|
| | Name | |

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $_____ 0.00 <br> + undetermined amounts |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $_____ 165,326,072.01 <br> + undetermined amounts |
| 5c.  **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $_____ 165,326,072.01 <br> + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  The Rockport Company, LLC

United States Bankruptcy Court for the:_____ District of Delaware

Case number (If known):  18-11145 (LSS)_____  Chapter  11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** | Acnovate Corporation MSA for Consulting Services | ACNOVATE CORPORATION<br>3160 DE LA CRUZ BLVD<br>SUITE 206<br>SANTA CLARA 95054 |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement, Dated: 12/29/2016 | ADIDAS AG<br>ADI-DASSLER-PLATZ 1-2<br>HERZOGENAURACH 91074<br>GERMANY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement, Dated: 07/31/2015 | ADIDAS AG<br>ADI-DASSLER-PLATZ 1-2<br>HERZOGENAURACH 91074<br>GERMANY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractors Agreement, Dated: 01/22/2018 | ADIUVO TECH INC<br>501 WINDSOR WAY<br>CHESTER SPRINGS, PA 19425-3845 |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractors Agreement, Dated: 04/07/2017 | AEGON INC<br>2-26-2 TOMIGAYA<br>SHIBUYA-KU, 13 1510063<br>JAPAN |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| Debtor | The Rockport Company, LLC | Case number (if known) 18-11145 (LSS) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Aetrex License Agreement, Dated: 03/29/2016 | AETREX WORLDWIDE, INC.<br>414 ALFRED AVENUE<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Design Collaboration Agreement and All Associated Amendments, if Any, Dated: 06/20/2012 | ALBERTO DEL BIONDI SPA<br>V.LE DELLA NAVIGAZIONE INTERNA, 93<br>NOVENTA PADOVANA, PD 35027<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractors Agreement | ALKU TECHNOLOGIES<br>200 BRICKSTONE SQUARE, SUITE 503<br>ATTN: NATHAN O'KEEFFE<br>ANDOVER 01810 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | General Indemnity Agreement, Dated: 04/28/2017 | AMERICAN ALTERNATIVE INSURANCE CORPORATION<br>555 COLLEGE ROAD EAST<br>PRINCETON, NJ 08540-6616 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Sales Representative Agreement | ANDREW HUGHES<br>20 BEAVERS ROAD<br>CALIFON 07830 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | The Cloud Hosting Agreement, Dated: 09/29/2015 | APTOS, INC.<br>15 GOVERNOR DRIVE<br>NEWBURGH, NY 12550 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement, Dated: 09/13/2017 | AQUA S. INC<br>ATTN: DANIEL NIU<br>2ND INDUSTRIAL PARK, HUANGANG VILLAGE<br>HOUJIE TOWN<br>DONGGUAN<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Greece Distribution, Dated: 06/01/2014 | ASTERIOS GEORGOUDAS-ARGYRIOS GEORGOUDAS UNLIMITED PARTNERSHIP<br>12 MACKENZIE KING STREET<br>THESSALONIKI 54622<br>GREECE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Attune Statement of Work, Dated: 10/10/2015 | ATTUNE CONSULTING USA, INC.<br>ATTENTION: ATTUNE NOTICES<br>200 WHEELER ROAD<br>BURLINGTON, MA 01803 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractors Agreement, Dated: 05/15/2018 | BI PARTNERS INC<br>1 LONGMEADOW WAY<br>ACTON, MA 01720-7734 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | WEB POS 5.0 Service Call Center Agreement, Dated: 02/06/2017 | BOSYSTEMS CO LTD<br>611 STX-V TOWER 128 GASAN DIGITAL I<br>SEOUL 8507<br>KOREA, REPUBLIC OF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractors Agreement, Dated: 01/01/2018 | BSF CONSULTING, LLC<br>50 CEDAR CREST LANE<br>ATTN: BRIAN FINNIGAN<br>SUFFIELD 06078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractors Agreement, Dated: 08/09/2017 | CAROLINA MAURER MORTENSEN DBA MORTENSEN MANAGEMENT INC<br>ATTN: CAROLINA MORTENSEN, OWNER<br>4788 TEMPLE DRIVE<br>DELRAY BEACH, FL 33445 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Celergo Master Services Agreement, Dated: 11/30/2015 | CELERGO LLC<br>750 ESTATE DR STE 110<br>DEERFIELD, IL 60015-4833 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    The Rockport Company, LLC
_____
Name

Case number (if known)   18-11145 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 828, Dated: 03/27/1998 | CHELSEA GCA REALTY PARTNERSHIP, L.P.<br>105 EISENHOWER PARKWAY<br>ROSELAND, NJ 07068 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 809 | CHELSEA LIMERICK HOLDINGS, LLC.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement | CHENGDU DOMINI FOOTWEAR CO., LIMITED<br>NO 10, SEC 3, THE WESTERN SHOES INDUSTRIAL PARK<br>WUHOU DISTRICT<br>CHENG DU CITY<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 810, Dated: 04/04/2016 | CINCINNATI PREMIUM OUTLETS, LLC<br>ATTENTION: PREMIUM OUTLETS<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 818, Dated: 03/08/2016 | COLUMBUS OUTLETS, LLC<br>ATTN: CHRISTINA QUESENBERRY<br>105 EISENHOWER PARKWAY<br>ROSELAND, NJ 07068 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement, Dated: 05/11/2016 | COMDATA INC<br>101 BULLITT LANE<br>SUITE 305<br>LOUISVILLE, KY 40222 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Chile Distribution, Dated: 07/21/2016 | COMERCIAL MADISON S.A.<br>4314 AVENIDA DEL PARQUE<br>SANTIAGO<br>CHILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    The Rockport Company, LLC
          Name

Case number (if known)  18-11145 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | Commission Junction Advertiser Service Agreement, Dated: 09/06/2011 | COMMISSION JUNCTION<br>530 EAST MONTECITO STREET<br>SANTA BARBARA, CA 93103 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | Business Services Agreement and All Associated Sales Orders, if Any, Dated: 05/02/2016 | CONCUR TECHNOLOGIES INC.<br>601 108TH AVE NE, SUITE 1000<br>BELLEVUE, WA 98004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 835, Dated: 04/15/2015 | COROC/REHOBOBOTH I, LLC<br>ATTENTION: LEGAL DEPARTMENT<br>3200 NORTHLINE AVENUE<br>SUITE 360<br>GREENSBORO, NC 27408 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement, Store 804, Dated: 12/28/2009 | CPG PARTNERS, L.P.<br>105 EISENHOWER PARKWAY<br>ROSELAND, NJ 07068 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 831, Dated: 09/09/2011 | CPG PARTNERS, L.P.<br>105 EISENHOWER PARKWAY<br>ROSELAND, NJ 07068 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement, Store 806, Dated: 08/27/1998 | CPG PARTNERS, L.P.<br>105 EISENHOWER PARKWAY<br>ROSELAND, NJ 07068 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement. Store 819, Dated: 06/30/1997 | CRAIG REALTY GROUP - CARLSBAD, LLC<br>ATTN: GENERAL COUNSEL<br>1500 QUAIL STREET<br>NEWPORT BEACH, CA 92660 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | The Rockport Company, LLC | Case number *(if known)* 18-11145 (LSS) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | Master Equipment Lease Agreement, Dated: 03/24/2017 | CRESTMARK EQUIPMENT FINANCE, INC.<br>40950 WOODWARD AVE<br>SUITE 201<br>BLOOMFIELD HILLS, MI 48304 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | Office Lease: Dallas, Dated: 12/19/2012 | DALLAS MARKET CENTER OPERATING, L.P.<br>2100 STEMMONS FREEWAY<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | Demandware A&R Master Subscription and Services Agreement, Dated: 11/06/2015 | DEMANDWARE, INC.<br>5 WALL STREET<br>BURLINGTON, MA 01803 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | Office Lease: NYC, Dated: 03/14/2005 | DIRECTORS GUILD OF AMERICA, INC.<br>ATTENTION: MARCEL GIACUSA<br>7920 SUNSET BOULEVARD<br>LOS ANGELES, CA 90046 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Headquarters, Dated: 11/16/2015 | DIV WASHINGTON, LLC<br>125 HIGH ST FL 21<br>BOSTON, MA 02110-2704 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | Mexico Distribution, Dated: 01/24/2017 | DIVERTICALZADOS, S.A. DE C.V.<br>ATTENTION: DIRECCION GENERAL<br>ONTARIO # 1090. PISO 2.<br>COLONIA PROVIDENCIA LA, 2A, Y 3A SECCION.<br>GUADALAJARA 44630<br>MEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement, Dated: 11/01/2017 | DONGGUAN CHANGAN XIAOBIAN XINGPENG FOOTWEAR FACTORY<br>NO. 198, GUANCHANG ROAD, XIAN BIAN MANAGEMENT DISTRICT, CHANG AN TOWN, DONGGUAN CITY, GUANGDONG PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    The Rockport Company, LLC
          Name

Case number (if known)  18-11145 (LSS)

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | The Support Services Agreement, Dated: 11/01/2017 | DONGGUAN ROCKPORT CONSULTING SERVICE CO., LTD C/O DEACONS HONG KONG 5TH FLOOR, ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL |
| | State the term remaining | Undetermined | HONG KONG |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement, Dated: 11/01/2017 | DONGGUAN STELLA FOOTWEAR CO. LTD. HOU DA ROAD DA LING MANGEMENT DISTRICT DA LING SHAN TOWN DONGGUAN CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, Dated: 02/01/2018 | EDGEROCK TECHNOLOGIES, LLC 260 FRANKLIN ST LBBY 3 BOSTON, MA 02110-3112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractors Agreement, Dated: 02/06/2018 | EDITLOGIN, LLC 11567 WORTHINGTON WAY NORTH ROYALTON 44133 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 902, Dated: 03/23/1995 | EGAN, WILLIAM P. ONE POST OFFICE SQUARE SUITE 3800 BOSTON, MA 02109 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, Dated: 03/07/2017 | ELITE SEM INC 142 WEST 36TH STREET FLOOR 11 NEW YORK, NY 10018 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Agreement, Dated: 09/16/2016 | EMCON ASSOCIATES INC 74 BRICK BLVD STE 102 BRICK, NJ 08723-7984 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   The Rockport Company, LLC
_____
Name

Case number (if known) __18-11145 (LSS)__



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Master Warehouse and Logistics Services Agreement and All Associated Amendments, if Any, Dated: 08/01/2016 | EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. ATTN: PHIL COUGHLIN 1015 THIRD AVENUE 12TH FLOOR SEATTLE, WA 98104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | e-Marketing Services Schedule | EXPERIAN MARKETING SOLUTIONS, INC. 29 BROADWAY, LEVEL 6 NEW YORK, NY 10006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement | FARIDA SHOES PRIVATE LIMITED #17 JALAL RD., AMBUR TAMIL NADU 635802 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Internet Marketing Consulting Agreement, Dated: 03/10/2017 | GEN3 MARKETING LLC 960B HARVEST DR STE 210 BLUE BELL, PA 19422-1979 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 800, Dated: 04/05/2016 | GILROY PREMIUM OUTLETS, LLC ATTENTION: PREMIUM OUTLETS 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement, Dated: 11/01/2017 | GOLDEN STAR CO. LTD 1166 NGUYEN BINH KHIEM STREET DONG HAI, 2 WARD HAIRPHONG CITY VIETNAM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Green Market License Agreement, Dated: 08/24/2017 | GREEN MARKET SERVICES COMPANY, INC. 1105 WEST CHESTNUT STREET BROCKTON, MA 02301 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | The Rockport Company, LLC | Case number (if known) 18-11145 (LSS) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | GT Nexus Master Subscription Agreement, Dated: 04/15/2016 | GT NEXUS, INC. 1111 BROADWAY, FIFTH FLOOR OAKLAND, CA 93607 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement, Dated: 11/01/2017 | GUANGXI YUXIANG FOOTWEAR CO. LTD. JINLIAN YUNG LEFT SIDE OF GAN VILLAGE SECTION OF THE OLD BEIMAO ROAD BEILIUE CITY CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement, Dated: 01/15/2016 | GXS INC 9711 WASHINGTONIAN BLVD SUITE 700 GAITHERSBURG, MD 20878 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Lebanon Distribution and All Associated Amendments, if Any, Dated: 01/01/2010 | HAMRA SHOPPING & TRADING CO, S.A.L. GS BUILDING, MAKDESSI STREET, HAMRA BEIRUT LEBANON |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Freight Forwarding Agreement | HYUNDAI MERCHANT MARINE ATTN: MICHAEL VACCARO, VP - EAST REGION 65 CHALLENGER ROAD SUITE 410 RIDGEFIELD PARK, NJ 07660 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Israel Distribution, Dated: 01/01/2013 | I.A. IL LTD 84 BEN ZVI RD. TEL AVIV-JAFFA 6810431 ISRAEL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Transaction Finance Agreement, Dated: 03/24/2017 | IBM CREDIT LLC 7100 HIGHLANDS PARKWAY SMYRNA, GA 30082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    The Rockport Company, LLC
          Name

Case number *(if known)*  18-11145 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Transaction Finance Agreement, Dated: 07/19/2017 | IBM CREDIT LLC<br>7100 HIGHLANDS PARKWAY<br>SMYRNA, GA 30082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Transaction Finance Agreement, Dated: 03/23/2017 | IBM CREDIT LLC<br>7100 HIGHLANDS PARKWAY<br>SMYRNA, GA 30082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Transaction Finance Agreement, Dated: 09/24/2017 | IBM CREDIT LLC<br>7100 HIGHLANDS PARKWAY<br>SMYRNA, GA 30082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Transaction Finance Agreement, Dated: 03/24/2017 | IBM CREDIT LLC<br>7100 HIGHLANDS PARKWAY<br>SMYRNA, GA 30082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Transaction Finance Agreement, Dated: 06/24/2017 | IBM CREDIT LLC<br>7100 HIGHLANDS PARKWAY<br>SMYRNA, GA 30082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Transaction Finance Agreement, Dated: 07/02/2017 | IBM CREDIT LLC<br>7100 HIGHLANDS PARKWAY<br>SMYRNA, GA 30082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Transaction Finance Agreement, Dated: 07/02/2017 | IBM CREDIT LLC<br>7100 HIGHLANDS PARKWAY<br>SMYRNA, GA 30082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | The Rockport Company, LLC | Case number (if known) | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.69** | State what the contract or lease is for and the nature of the debtor's interest | Transaction Finance Agreement, Dated: 07/14/2017 | IBM CREDIT LLC<br>7100 HIGHLANDS PARKWAY<br>SMYRNA, GA 30082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | Transaction Finance Agreement, Dated: 04/27/2018 | IBM CREDIT LLC<br>7100 HIGHLANDS PARKWAY<br>SMYRNA, GA 30082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | Transaction Finance Agreement, Dated: 05/27/2017 | IBM CREDIT LLC<br>7100 HIGHLANDS PARKWAY<br>SMYRNA, GA 30082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.72** | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement, Dated: 11/01/2017 | INDUSTRIA DE CALCADOS KISSOL LTDA.<br>CARLOS ROBERTO DE PAULA<br>RUA IRMAOS ANTUNES 813 - JARDIM GUANABARA<br><br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.73** | State what the contract or lease is for and the nature of the debtor's interest | Infantino Employment Agreement | INFANTINO, ROBERT<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.74** | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractors Agreement, Dated: 01/31/2018 | INNOCON LLC<br>30858 N OBSIDIAN DR<br>SAN TAN VALLEY, AZ 85143-3338 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.75** | State what the contract or lease is for and the nature of the debtor's interest | Interbrand License Agreement, Dated: 02/24/2017 | INTERBRAND LLC<br>225 DUPONT STREET<br>PLAINVIEW, NY 11803 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    <u>The Rockport Company, LLC</u>                 Case number *(if known)* <u>18-11145 (LSS)</u>
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | IBM Cloud Services Agreement, and All Associated Amendments, if Any, Dated: 09/30/2015 | INTERNATIONAL BUSINESS MACHINES<br>PO BOX 534151<br>ATLANTA, GA 30353-4151 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | The Client Relationship Agreement for Services, Dated: 03/30/2016 | INTERNATIONAL BUSINESS MACHINES<br>PO BOX 534151<br>ATLANTA, GA 30353-4151 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | The Coexistence Agreement, Dated: 09/04/2017 | J. BARBOUR & SONS LIMITED<br>SIMONSIDE, SOUTH SHIELDS, TYNE AND WEAR<br>NE34 9PD<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Rockport Retail Shop Agreement | JAZIL, INC.<br>220 DONALD J. LYNCH BLVD<br>MARLBORO, MA 01752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement | KANGNAI GROUP CO., LTD<br>NO 6, SHUANGJIN ROAD, SHUANGYU SUB-DISTRICT, LUCHENG DISTRICT, WENZHOU, ZHEJIANG, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work, Dated: 01/01/2018 | KREFT GROUP, LLC<br>306 RUMSTICK ROAD<br>BARRINGTON, RI 02806 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement, Dated: 12/15/2017 | KREFT GROUP, LLC<br>306 RUMSTICK ROAD<br>BARRINGTON, RI 02806 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     The Rockport Company, LLC
             Name

Case number (if known)  18-11145 (LSS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractors Agreement, Dated: 10/13/2017 | KROLL BECKER & WING LLC<br>5 BEDFORD FARMS DR STE 304<br>BEDFORD, NH 03110-6531 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement, Dated: 01/16/2012 | LF CENTENNIAL PTE LTD.<br>10 RAEBURN PARK, BLOCK A, #03-08<br>SINGAPORE<br>SINGAPORE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 922, Dated: 05/29/2009 | MACARTHUR SHOPPING CENTER, LLC<br>200 EAST LONG LAKE ROAD<br>P.O. BOX 200<br>BLOOMFIELD HILLS, MI 48303 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Freight Forwarding Agreement and All Associated Amendments, if Any | MAERSK LINE U.S.A., INC.<br>180 PARK AVENUE<br>SUITE 850<br>FLORHAM PARK, NJ 07932 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractors Agreement | MARK GARDNER<br>22 ACTON STREET<br>MAYNARD 01754 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Poland Distribution, Dated: 01/01/2013 | MARKETING INVESTMENT GROUP SPOLKA Z OGRANICZONA ODPOWLEDZIALNOSCIA S.K.A.<br>UL. JANA DEKERTA 18, 30 703<br>KRAKOW<br>POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement, Dated: 12/05/2017 | MEILING SHOES CO. LTD.<br>HENGYI ROAD DESHENG VILLAGE LISHUI TOWN<br>NANHAI<br>FOSHAN<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      The Rockport Company, LLC
                     Name

Case number (if known)   18-11145 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 833, Dated: 01/28/2016 | MID-SOUTH OUTLET SHOPS, LLC<br>ATTENTION: LEGAL DEPARTMENT<br>3200 NORTHLINE AVENUE<br>SUITE 360<br>GREENSBORO, NC 27408 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Mundi License Agreement, Dated: 02/07/2014 | MUNDI LIMITED<br>OCEAN CENTRE, CANTON ROAD, HARBOUR CITY<br>7TH FLOOR<br>SUITE 721<br>KOWLOON<br>HONG KONG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Italy Distribution, Dated: 07/31/2009 | NANTUKET SRL<br>STRADA NINZ 61, 39030, LA VILLA IN BADIA<br>BOLZANO<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 825, Dated: 08/26/1998 | NEW PLAN REALTY TRUST<br>1120 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement | NINH BINH VIETNAM CHUNGJYE SHOES MANUFACTURING CO. LTD<br>KHANH NHAC INDUSTRIAL PARK, KHANH NHAC TOWN, YEN KHANH DIST, NINH BINH PROVINCE<br><br>VIETNAM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | NorthPark Center Shopping Center Lease | NORTHPARK PARTNERS, LP<br>8080 NORTH CENTRAL EXPRESSWAY<br>SUITE 1100<br>DALLAS, TX 75206 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Freight Forwarding Agreement, Dated: 05/01/2017 | OOCL EUROPE LIMITED<br>31/F HARBOUR CENTRE<br>WANCHAI<br>HONG KONG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | The Rockport Company, LLC | Case number *(if known)* 18-11145 (LSS) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.97** | State what the contract or lease is for and the nature of the debtor's interest | The Quotation and All Associated Amendments, if Any, Dated: 12/29/2015 | OPEN TEXT INC<br>24685 NETWORK PL<br>CHICAGO, IL 60673-1246 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.98** | State what the contract or lease is for and the nature of the debtor's interest | The Ordering Document, Dated: 01/03/2018 | ORACLE AMERICA INC<br>500 ORACLE PKWY<br>REDWOOD CITY, CA 94065-1677 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.99** | State what the contract or lease is for and the nature of the debtor's interest | Freight Forwarding Agreement and All Associated Amendments, if Any, Dated: 05/01/2017 | ORIENT OVERSEAS CONTAINER LINE LIMITED<br>31/F, HARBOUR CENTRE<br>WANCHAI<br>HONG KONG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.100** | State what the contract or lease is for and the nature of the debtor's interest | ORIS Intel, LLC Software as a Service, Dated: 12/01/2016 | ORIS INTEL, LLC<br>118 GRACELAND BOULEVARD. STE. 222<br>COLUMBUS, OH 43214 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.101** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 811, Dated: 04/04/2016 | PREMIUM OUTLET PARTNERS, L.P.<br>ATTENTION: PREMIUM OUTLETS<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.102** | State what the contract or lease is for and the nature of the debtor's interest | Indonesia Distribution, Dated: 06/01/2009 | PT MITRA ADIPERKASA<br>WISMA 46 BNI, JALAN JEND. SUDIRMAN, KAV. 1<br>8TH FLOOR<br>JAKARTA<br>INDONESIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.103** | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement, Dated: 09/23/2017 | QIANG FENG (FOGANG) SHOES CO. LTD<br>LITTING LIN<br>DA PU INDUSTRY DISTRICT<br>TANGTANG TOWN, FOGANG<br>QING YUAN CITY, GUANG DONG PROVINCE<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   The Rockport Company, LLC
Name

Case number (if known)  18-11145 (LSS)

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 938, Dated: 04/01/2010 | QUEENS MALL LIMITED PARTNERSHIP<br>ATTENTION: CENTER MANAGER<br>90-15 QUEENS BOULEVARD<br>ELMHURST, NY 11373 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | R121 LLC<br>3970 SORRENTO VALLEY BLVD STE 100<br>SAN DIEGO, CA 92121-1444 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Egypt Distribution, Dated: 03/01/2012 | RASPORT INC<br>4115 ST. MAADI<br>CAIRO<br>EGYPT |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | South Africa Distribution, Dated: 07/16/2013 | REEBOK SOUTH AFRICA PTY LTD.<br>100 PENDLEBURY ROAD<br>MOBENI 04060<br>SOUTH AFRICA |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Software License and Maintenance Agreement | RI-2LLC<br>42 FLETCHER HILL LN STE 100<br>GROTON, MA 01450-2018 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 837, Dated: 04/15/2016 | RIVERWALK MARKETPLACE (NEW ORLEANS), LLC<br>13355 NOEL ROAD<br>DALLAS, TX 75240 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | The Support Services Agreement, Dated: 11/01/2017 | ROCKPORT HONG KONG LTD<br>FLAT/RM 1902 19/F<br>LEE GARDEN ONE<br>33 HYSAN AVENUE<br>CAUSEWAY BAY |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | HONG KONG |

Debtor    The Rockport Company, LLC
          Name

Case number (if known)  18-11145 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 927, Dated: 11/11/2009 | ROUSE SI SHOPPING CENTER, LLC<br>ATTENTION: LAW/LEASE ADMINISTRATION DEPARTMENT<br>110 N. WACKER DRIVE<br>CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.112** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement with S&A Consulting, Inc., Dated: 05/01/2018 | S&A CONSULTING, INC.<br>1129 TWIN HILL LANE<br>KNOXVILLE 37932 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.113** | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractors Agreement | SHANNON HARTIGAN<br>31 MONUMENT SQUARE<br>BOSTON 02129 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.114** | State what the contract or lease is for and the nature of the debtor's interest | China Distribution, Dated: 08/08/2014 | SHENG DAO (YANGZHOU) SPORTING DEV CO LTD<br>8 BAO SHUN ROAD<br>YUYUAN INDUSTRIAL ZONE, JIAN QU<br>JIANGSU<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.115** | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement | SHOE MAJESTY TRADING COMPANY LIMITED<br>C/O SUITES 2106-09, TWO CHINACHEM EXCHANGE SQUARE 338 KING'S ROAD, NORTH POINT<br><br>HONG KONG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.116** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | SIGNATURE COMMERCIAL SOLUTIONS LLC<br>200 WEST CYPRESS CREEK ROAD<br>SUITE 400<br>FORT LAUDERDALE, FL 33309 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.117** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement, Store 832, Dated: 03/05/2014 | SIMON/PREIT GLOUCESTER DEVELOPMENT, LLC<br>ATTENTION: PREMIUM OUTLETS<br>105 EISENHOWER PARKWAY<br>ROSELAND, NJ 07068 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   The Rockport Company, LLC
         Name

Case number (if known)  18-11145 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.118** | State what the contract or lease is for and the nature of the debtor's interest | Saudi Arabia Distribution and All Associated Amendments, if Any, Dated: 01/01/2018 | SODA SPORTS<br>3 AL HAIF COMMERCIAL CENTER, MAKKAH ROAD<br>RIYADH 11455<br>SAUDI ARABIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.119** | State what the contract or lease is for and the nature of the debtor's interest | Design Studio Agreement, Dated: 01/01/2016 | STELLA INTERNATIONAL DESIGN SERVICES S.R.L.<br>ALSAZIA N.3. SCALA A INT 10<br>PADOVA 35127<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.120** | State what the contract or lease is for and the nature of the debtor's interest | Hong Kong Distribution and All Associated Amendments, if Any, Dated: 11/01/2007 | SWIRE RESOURCES LIMITED<br>1 PACIFIC PLACE, 88 QUEENSWAY<br>33RD FLOOR<br>HONG KONG<br>HONG KONG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.121** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, Dated: 01/12/2016 | SYSTEMS PLUS TECHNOLOGIES<br>UNIT NO. 801 LEVEL 8<br>MAGARPATTA CITY SEZ, HADA 411013<br>INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.122** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | SYSTEMS PLUS TECHNOLOGIES<br>UNIT NO. 801 LEVEL 8<br>MAGARPATTA CITY SEZ, HADA 411013<br>INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.123** | State what the contract or lease is for and the nature of the debtor's interest | The Master Statement of Work, Dated: 10/10/2015 | SYSTEMS PLUS TECHNOLOGIES<br>UNIT NO. 801 LEVEL 8<br>MAGARPATTA CITY SEZ, HADA 411013<br>INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.124** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 838, Dated: 03/16/2016 | TAMPA PREMIUM OUTLETS, LLC.<br>ATTENTION: PREMIUM OUTLETS<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      The Rockport Company, LLC
            _____
            Name

Case number *(if known)*  18-11145 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 836 and All Associated Amendments, if Any, Dated: 02/18/2016 | TANGER NATIONAL HARBOR, LLC ATTENTION: LEGAL DEPARTMENT 3200 NORTHLINE AVENUE SUITE 360 GREENSBORO, NC 27408 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 826 and All Associated Amendments, if Any, Dated: 01/10/2017 | TANGER PROPERTIES LIMITED PARTNERSHIP 3200 NORTHLINE AVE STE 360 GREENSBORO, NC 27408-7612 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 814 and All Associated Amendments, if Any, Dated: 04/15/2015 | TANGER PROPERTIES LIMITED PARTNERSHIP 3200 NORTHLINE AVE STE 360 GREENSBORO, NC 27408-7612 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 815 and All Associated Amendments, if Any, Dated: 04/15/2015 | TANGER PROPERTIES LIMITED PARTNERSHIP 3200 NORTHLINE AVE STE 360 GREENSBORO, NC 27408-7612 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 827 and All Associated Amendments, if Any, Dated: 02/02/1994 | TANGER PROPERTIES LIMITED PARTNERSHIP 3200 NORTHLINE AVE STE 360 GREENSBORO, NC 27408-7612 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Landlord Consent to Sublease and Amendment to Lease and All Associated Amendments, if Any, Dated: 04/15/2015 | TANGER PROPERTIES LIMITED PARTNERSHIP 3200 NORTHLINE AVE STE 360 GREENSBORO, NC 27408-7612 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 816 and All Associated Amendments, if Any, Dated: 04/15/2015 | TANGER PROPERTIES LIMITED PARTNERSHIP 3200 NORTHLINE AVE STE 360 GREENSBORO, NC 27408-7612 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | The Rockport Company, LLC | Case number *(if known)* 18-11145 (LSS) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.132** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 822 and All Associated Amendments, if Any, Dated: 04/15/2015 | TANGER PROPERTIES LIMITED PARTNERSHIP 3200 NORTHLINE AVE STE 360 GREENSBORO, NC 27408-7612 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.133** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 839 and All Associated Amendments, if Any, Dated: 11/04/2016 | TANGER PROPERTIES LIMITED PARTNERSHIP 3200 NORTHLINE AVE STE 360 GREENSBORO, NC 27408-7612 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest | Customs Bond - Bond Number 17C00206D | THE DEPARTMENT OF HOMELAND SECURITY U.S. CUSTOMS AND BORDER PROTECTION 1300 PENNSYLVANIA AVENUE NW WASHINGTON, DC 20210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 924, Dated: 05/15/2009 | THE MALL IN COLUMBIA BUSINESS TRUST ATTENTION: LAW/LEASE ADMINISTRATION DEPARTMENT 110 N. WACKER DRIVE CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 939, Dated: 04/20/2010 | THE RETAIL PROPERTY TRUST 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.137** | State what the contract or lease is for and the nature of the debtor's interest | Thinkingphones Master Services Agreement, Dated: 10/31/2016 | THINKING PHONE NETWORKS, INC. 10 WILSON ROAD CAMBRIDGE, MA 02138 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.138** | State what the contract or lease is for and the nature of the debtor's interest | Warehouse Agreements and All Associated Amendments, if Any, Dated: 07/01/2015 | TRADEGLOBAL, LLC 5389 E PROVIDENT DR CINCINNATI, OH 45246-1044 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | The Rockport Company, LLC | Case number (if known) 18-11145 (LSS) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | The Statement of Work No. 5, Dated: 01/12/2017 | TRADEGLOBAL, LLC<br>5389 E PROVIDENT DR<br>CINCINNATI, OH 45246-1044 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | The Statement of Work No. 2, Dated: 10/01/2017 | TRADEGLOBAL, LLC<br>5389 E PROVIDENT DR<br>CINCINNATI, OH 45246-1044 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Thailand Distribution, Dated: 11/01/2013 | TRENDZ360 PTE LTD<br>119 GENTING LANE<br>SINGAPORE 349570<br>SINGAPORE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | Panama Distribution, Dated: 09/15/2014 | TROPIC STAR COMMERCIAL, S.A.<br>EDIF. TORRE DE LAS AMERICAS, TORRE B<br>16TH FLOOR OFFICE 1602<br>PUNTA PACIFICA<br>PANAMA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | Australia Distribution and All Associated Amendments, if Any, Dated: 09/01/2003 | TRUE ALLIANCE TRADING PTY LTD<br>19 O'RIORDAN STREET<br>ALEXANDRIA<br>AUSTRALIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | The Distribution Agreement | TRUE ALLIANCE TRADING PTY LTD<br>19 O'RIORDAN STREET<br>ALEXANDRIA<br>AUSTRALIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | The Coexistence Agreement, Dated: 10/10/2017 | TRUTEX LIMITED<br>TAYLOR STREET, JUBILEE MILL, CLITHEROE<br>LANCASHIRE BB7 1NL<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    The Rockport Company, LLC
          Name

Case number (if known)  18-11145 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.146** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 820, Dated: 01/23/2015 | TWMB ASSOCIATES, LLC<br>ATTN: LEGAL DEPARTMENT<br>3200 NORTHLINE AVENUE<br>SUITE 360<br>GREENSBORO, NC 27408 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.147** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 917, Dated: 05/11/2009 | TYSONS CORNER HOLDINGS, LLC.<br>ATTENTION: CENTER MANAGER<br>1961 CHAIN BRIDGE ROAD<br>SUITE 105<br>MCLEAN, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.148** | State what the contract or lease is for and the nature of the debtor's interest | US Continental License Agreement, Dated: 05/18/2017 | U.S. CONTINENTAL MARKETING, INC.<br>310 REED CIRCLE<br>CORONA, CA 92879 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.149** | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement, Dated: 11/01/2017 | VIETNAM CHUNG JYE SHOES MANUFACTURING CO. LTD<br>ATTN: RANDY LIU<br>QUYNH PHUC INDUSTRIAL ZONE<br>PHUC THANH WARD<br>KIM THANG DISTRICT, HAIR DUONG PROVINCE<br>VIETNAM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.150** | State what the contract or lease is for and the nature of the debtor's interest | Taiwan Distribution and All Associated Amendments, if Any, Dated: 05/20/2014 | WALKER MARKETING LTD<br>6F, NO. 192 RUEGUANG ROAD<br>TAIPEI<br>TAIWAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.151** | State what the contract or lease is for and the nature of the debtor's interest | Warson License Agreement, Dated: 02/28/2017 | WARSON GROUP<br>121 HUNTER AVENUE<br>SUITE 204<br>ST. LOUIS, MO 63124 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.152** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 928, Dated: 12/22/2009 | WESTLAND GARDEN STATE PLAZA LIMITED PARTNERSHIP<br>ATTENTION: LEGAL DEPARTMENT<br>11601 WILSHIRE BOULEVARD<br>11TH FLOOR<br>LOS ANGELES, CA 90025 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | The Rockport Company, LLC | Case number *(if known)* | 18-11145 (LSS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.153** | State what the contract or lease is for and the nature of the debtor's interest | Norway Distribution, Dated: 01/01/2018 | WHY NOT AS<br>ROLF WICKSTROMS VEI 15.0484<br>OSLO<br>NORWAY |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.154** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Store 829, Dated: 07/27/2015 | WOODBURN PREMIUM OUTLETS, LLC<br>ATTENTION: PREMIUM OUTLETS<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.155** | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement, Dated: 11/01/2017 | YIFENG CHUNG JYE SHOES MANUFACTURING CO. LTD<br>ATTN: RANDY LIU<br>YIFEND INDUSTRIAL PARK<br>YI CHUN JIANGXI<br><br>CHINA |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.156** | State what the contract or lease is for and the nature of the debtor's interest | Zappos Merchandising, Inc. Vendor Agreement | ZAPPOS MERCHANDISING, INC.<br>ATTN: LEGAL DEPARTMENT<br>400 E. STEWARD AVENUE<br>LAS VEGAS, NV 89101 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.157** | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement, Dated: 11/01/2017 | ZHAO QING CHUNG JYE SHOES MANUFACTURING LTD.<br>ATTN: RANDY LIU<br>TOWN WEST INDUSTRIAL ZONE<br>NANAN TOWN, GAOYAO DISTRICT<br>ZHAOQING CITY, GUANGDONG<br>CHINA |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.158** | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement | ZHAO QING XIANG ZHOUE SHOES LTD<br>TANG XIA INDUSTRY VILLAGE, DUAN ZHOU EIGHT ROAD, ZHAO QING CITY, GUANG DONE PROVINCE<br><br>CHINA |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

**Fill in this information to identify the case:**

Debtor name  The Rockport Company, LLC

United States Bankruptcy Court for the:_____ District of Delaware

Case number (if known):    18-11145 (LSS)_____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 DD Management Services LLC | 1220 WASHINGTON STREET  WEST NEWTON, MA  02465 | CITIZENS BUSINESS CAPITAL, AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 Drydock Footwear, LLC | 1220 WASHINGTON STREET  WEST NEWTON, MA  02465 | CITIZENS BUSINESS CAPITAL, AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 Rockport Canada Holdings Ltd. | 1220 WASHINGTON STREET WEST NEWTON, MA  02465 | CITIZENS BUSINESS CAPITAL, AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 Rockport Canada ULC | 1220 WASHINGTON STREET WEST NEWTON, MA  02465 | CITIZENS BUSINESS CAPITAL, AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 The Rockport Group, LLC | 1220 WASHINGTON STREET  WEST NEWTON, MA  02465 | CITIZENS BUSINESS CAPITAL, AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 TRG Class D, LLC | 1220 WASHINGTON STREET  WEST NEWTON, MA  02465 | CITIZENS BUSINESS CAPITAL, AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |

Debtor ___The Rockport Company, LLC_____
Name

Case number *(if known)* ___18-11145 (LSS)_____

| **Additional Page if Debtor Has More Codebtors** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | DD Management Services LLC | 1220 WASHINGTON STREET  WEST NEWTON, MA  02465 | CORTLAND CAPITAL MARKET SERVICES LLC, AS COLLATERAL AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.8 | Drydock Footwear, LLC | 1220 WASHINGTON STREET  WEST NEWTON, MA  02465 | CORTLAND CAPITAL MARKET SERVICES LLC, AS COLLATERAL AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.9 | The Rockport Group, LLC | 1220 WASHINGTON STREET  WEST NEWTON, MA  02465 | CORTLAND CAPITAL MARKET SERVICES LLC, AS COLLATERAL AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.10 | TRG Class D, LLC | 1220 WASHINGTON STREET  WEST NEWTON, MA  02465 | CORTLAND CAPITAL MARKET SERVICES LLC, AS COLLATERAL AGENT | ☒ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name _The Rockport Company, LLC_____

United States Bankruptcy Court for the: _____ District of Delaware

Case number (*If known*):  _18-11145 (LSS)_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _06/18/2018_____          ✘ /s/ Paul Kosturos
　　　　　　MM / DD / YYYY                Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　　Paul Kosturos
　　　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　　　Interim Chief Financial Officer_____
　　　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor