IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| THE RELAY SHOE COMPANY, LLC, *et al.*, | ) Case No. 18-11145 (LSS) |
| Debtors.[1] | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

Dated: October 8, 2018

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 8, 2018, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CHANEL C PAGAN
Notary Public, State of New York
No. 01PA6339351
Qualified in Bronx County
Commission Expires March 28, 2020

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay 1-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Shoe Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 523 | Prisma Construction<br>124 Rue McGill, Suite 300<br>Montreal, QC H2Y 2E5<br>Canada | Argo Partners<br>Attn: Matthew V. Binstock, CFA<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | October 2, 2018 |
| 524 | Service Communications Inc.<br>15223 NE 90th Street<br>Redmond, WA 98052<br><br>Service Communications Inc.<br>10675 Willows Road Northeast #100<br>Redmond, WA 98052 | Argo Partners<br>Attn: Matthew V. Binstock, CFA<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | October 2, 2018 |
| 531 | Aurora Realty Consultants Inc.<br>1635 Sherbrooke St. W. Suite 210<br>Montreal, QC H3H 1E2<br>Canada | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | October 3, 2018 |
| 535 | Cie D'Eclairage Union Ltee (LA)<br>8150 Boul. Decarie<br>Montreal, QC H4P 2S8<br>Canada | Argo Partners<br>Attn: Matthew V. Binstock, CFA<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | October 5, 2018 |
| 537 | Bka Architects Inc<br>142 Crescent Street<br>Brockton, MA 02302 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | October 5, 2018 |