**<u>Exhibit A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____
                                                  )
In re:                                            )        Chapter 11
                                                  )
THE RELAY SHOE COMPANY, LLC, *et*                 )        Case No. 18-11145 (LSS)
*al.*,                                            )
                                                  )        (Jointly Administered)
          Debtors.[1]                             )
                                                  )        **Re:  Docket No. ____**
_____  )

### ORDER SUSTAINING DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN AMENDED AND DUPLICATE CLAIMS

Upon the objection  (the "**Objection**")[2] of the above-captioned debtors (the "**Debtors**"), for entry of an order (this "**Order**"), pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, (i) disallowing and expunging each of the claims identified on identified on <u>Exhibit 1</u> hereto (collectively, the "**Amended Claims**"), (ii) disallowing and expunging the claims identified on <u>Exhibit 2</u> hereto (the "**Duplicate Claims**" and, together with the Amended Claims, collectively, the "**Disputed Claims**"), and (iv) directing the Claims Agent to reflect such removal of the Disputed Claims in the Claims Register; and upon consideration of the record of these Chapter 11 Cases and the Kosturos Declaration; and it appearing that the Court has jurisdiction to consider the Objection in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay 1-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Shoe Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548).  The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Court for the District of Delaware dated February 29, 2012; and it appearing that the Objection is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of these Chapter 11 Cases and of the Objection is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Objection has been given under the circumstances and that no other or further notice need be given; and after due deliberation, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Objection is GRANTED and SUSTAINED as set forth herein.

2.      Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on the merits.

3.      Each of the Amended Claims listed on Exhibit 1 hereto is hereby DISALLOWED and EXPUNGED in its entirety.

4.      Each of the Duplicate Claims listed on Exhibit 2 hereto is hereby DISALLOWED and EXPUNGED in its entirety.

5.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

6.      The rights of the Debtors are preserved to (i) file subsequent objections to any Claims listed in Exhibit 1 and Exhibit 2, on any ground, (ii) amend, modify, and/or supplement the Objection, including, without limitation, the filing of objections to further amended or newly filed claims, (iii) seek expungement or reduction of any Claim to the extent all or a portion of such Claim has been paid, and (iv) settle any Claim for less than the asserted amount.

RLF1 20174703v.1

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

8.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

RLF1 20174703v.1

**<u>Exhibit 1</u>**

**Amended Claims**

## Second Omnibus - Non-Substantive Objections
### Exhibit 1 - Amended Claims

| CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 1 CINCINNATI PREMIUM OUTLETS, LLC, A DELAWARE LIMITED LIABILITY COMPANY SIMON PROPERTY GROUP, LP 225 W WASHINGTON STREET INDIANAPOLIS, IN 46204 | 08/17/18 | 18-11145 (LSS) The Rockport Company, LLC | 141 | Administrative Unsecured Total | $100.00 $150,916.39 $ 151,016.39 | CINCINNATI PREMIUM OUTLETS, LLC, A DELAWARE LIMITED LIABILITY COMPANY SIMON PROPERTY GROUP, LP 225 W WASHINGTON STREET INDIANAPOLIS, IN 46204 | 08/30/18 | 18-11145 (LSS) The Rockport Company, LLC | 274 | Administrative Unsecured Total | $1,948.41 $150,916.39 $ 152,864.80 |
| 2 CRESTMARK EQUIPMENT FINANCE, A DIVISION OF METABANK 5480 CORPORATE DRIVE, SUITE 350 TROY, MI 48098 | 08/29/18 | 18-11145 (LSS) The Rockport Company, LLC | 190 | Secured | $2,062,823.03 | CRESTMARK EQUIPMENT FINANCE, A DIVISION OF METABANK 5480 CORPORATE DRIVE SUITE 350 TROY, MI 48098 | 08/29/18 | 18-11151 (LSS) The Rockport Group, LLC | 218 | Secured Unsecured Total | $2,062,823.03 $0.00 $ 2,062,823.03 |
| 3 CRESTMARK EQUIPMENT FINANCE, A DIVISION OF METABANK 5480 CORPORATE DRIVE, SUITE 350 TROY, MI 48098 | 08/29/18 | 18-11151 (LSS) The Rockport Group, LLC | 207 | Secured Unsecured Total | $2,062,823.03 $0.00 $ 2,062,823.03 | CRESTMARK EQUIPMENT FINANCE, A DIVISION OF METABANK 5480 CORPORATE DRIVE SUITE 350 TROY, MI 48098 | 08/29/18 | 18-11151 (LSS) The Rockport Group, LLC | 218 | Secured Unsecured Total | $2,062,823.03 $0.00 $ 2,062,823.03 |
| 4 DAWSON COUNTY TAX COMMISSIONER'S OFFICE 25 JUSTICE WAY STE 1222 DAWSONVILLE, GA 30534 | 05/25/18 | 18-11145 (LSS) The Rockport Company, LLC | 7 | Priority Secured Total | $2,480.60 $2,480.60 $ 4,961.20 | DAWSON COUNTY TAX COMMISSIONER'S OFFICE 25 JUSTICE WAY STE 1222 DAWSONVILLE, GA 30534 | 08/06/18 | 18-11145 (LSS) The Rockport Company, LLC | 94 | 503(b)(9) Priority Secured Total | $2,352.70 $2,352.70 $2,352.70 $ 7,058.10 |
| 5 DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 06/01/18 | 18-11146 (LSS) Rockport Blocker, LLC | 15 | Priority | $5,000.00 | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 06/14/18 | 18-11146 (LSS) Rockport Blocker, LLC | 36 | Unsecured | $0.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

Second Omnibus - Non-Substantive Objections
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 6 HALTON HILLS SHOPPING CENTRE PARTNERSHIP, AN ONTARIO GENERAL PARTNERSHIP SIMON PROPERTY GROUP, L.P. 225 W. WASHINGTON STREET INDIANAPOLIS, IN 46204 | 08/17/18 | 18-11145 (LSS) The Rockport Company, LLC | 140 | Administrative Unsecured Total | $100.00 $114,006.89 $ 114,106.89 | HALTON HILLS SHOPPING CENTRE PARTNERSHIP, AN ONTARIO GENERAL PARTNERSHIP SIMON PROPERTY GROUP, L.P. 225 W. WASHINGTON STREET INDIANAPOLIS, IN 46204 | 08/30/18 | 18-11145 (LSS) The Rockport Company, LLC | 275 | Administrative Unsecured Total | $4,293.76 $114,006.89 $ 118,300.65 |
| 7 LOUISIANA DEPARTMENT OF REVENUE P.O. BOX 66658 BATON ROUGE, LA 70896-6658 | 09/17/18 | 18-11145 (LSS) The Rockport Company, LLC | 295 | Priority Unsecured Total | $16.49 $55.16 $ 71.65 | LOUISIANA DEPARTMENT OF REVENUE P.O. BOX 66658 BATON ROUGE, LA 70896-6658 | 10/15/18 | 18-11145 (LSS) The Rockport Company, LLC | 307 | Priority Unsecured Total | $103.80 $424.27 $ 528.07 |
| 8 NIZAM, SHIHARA 35 BRUNSWICK #119 DOLLARD-DES-ORMEAUX, QC H9B 1P5 CANADA | 08/13/18 | 18-11145 (LSS) The Rockport Company, LLC | 103 | Priority | $1,680.00 | NIZAM, SHIHARA 35 BRUNSWICK #119 DOLLARD-DES-ORMEAUX, QC H9B 1P5 CANADA | 08/31/18 | 18-11145 (LSS) The Rockport Company, LLC | 260 | Priority | $3,975.00 |
| 9 PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 06/04/18 | 18-11152 (LSS) Drydock Footwear, LLC | 26 | Priority Unsecured Total | $12,073.82* $20,385.11* $ 32,458.93* | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 06/26/18 | 18-11152 (LSS) Drydock Footwear, LLC | 47 | Priority Unsecured Total | $12,073.82* $20,385.11* $ 32,458.93* |
| 10 PHILADELPHIA PREMIUM OUTLETS LLC, A DELAWARE LIMITED LIABILITY COMPANY SIMON PROPERTY GROUP, LP 225 W WASHINGTON STREET INDIANAPOLIS, IN 46204 | 08/17/18 | 18-11145 (LSS) The Rockport Company, LLC | 138 | Administrative Unsecured Total | $1,175.53 $171,722.76 $ 172,898.29 | PHILADELPHIA PREMIUM OUTLETS LLC, A DELAWARE LIMITED LIABILITY COMPANY SIMON PROPERTY GROUP, LP 225 W WASHINGTON STREET INDIANAPOLIS, IN 46204 | 08/30/18 | 18-11145 (LSS) The Rockport Company, LLC | 268 | Administrative Unsecured Total | $3,553.04 $171,722.76 $ 175,275.80 |

* Indicates claim contains unliquidated and/or undetermined amounts

Second Omnibus - Non-Substantive Objections
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 11 | PREMIUM OUTLET PARTNERS, L.P., A DELAWARE LIMITED PARTNERSHIP SIMON PROPERTY GROUP, L.P. 225 W. WASHINGTON STREET INDIANAPOLIS, IN 46204 | 08/17/18 | 18-11145 (LSS) The Rockport Company, LLC | 142 | Administrative Unsecured Total | $139.54 $147,730.04 $ 147,869.58 | PREMIUM OUTLET PARTNERS, L.P., A DELAWARE LIMITED PARTNERSHIP SIMON PROPERTY GROUP, L.P. 225 W. WASHINGTON STREET INDIANAPOLIS, IN 46204 | 08/30/18 | 18-11145 (LSS) The Rockport Company, LLC | 273 | Administrative Unsecured Total | $4,123.68 $147,730.04 $ 151,853.72 |
| 12 | S. WALTER PACKAGING CORP ATTN: JOE KAELIN 2900 GRANT AVE PHILADELPHIA, PA 19114 | 07/02/18 | 18-11145 (LSS) The Rockport Company, LLC | 49 | 503(b)(9) Unsecured Total | $4,146.48 $14,736.90 $ 18,883.38 | S WALTER PACKAGING CORP 2900 GRANT AVE PHILADELPHIA, PA 19114-2310 | 08/29/18 | 18-11145 (LSS) The Rockport Company, LLC | 206 | 503(b)(9) Unsecured Total | $4,146.48 $190,044.02 $ 194,190.50 |

* Indicates claim contains unliquidated and/or undetermined amounts

**<u>Exhibit 2</u>**

**Duplicate Claims**

Second Omnibus - Non-Substantive Objections
Exhibit 2 - Exact Duplicates

| CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNTS |
| 1 COUNTY OF SANTA CLARA DEPARTMENT OF TAX AND COLLECTIONS 70 W. HEDDING EAST WING 6TH FLOOR SAN JOSE, CA 95110 | 05/29/18 | 18-11145 (LSS) The Rockport Company, LLC | 24 | Priority | $1,839.08* | COUNTY OF SANTA CLARA DEPARTMENT OF TAX AND COLLECTIONS 70 W. HEDDING EAST WING 6TH FLOOR SAN JOSE, CA 95110 | 05/29/18 | 18-11145 (LSS) The Rockport Company, LLC | 2 | Priority | $1,839.08* |
| 2 FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812 -2952 | 07/24/18 | 18-11152 (LSS) Drydock Footwear, LLC | 79 | Priority Unsecured Total | $3,390.52 $6,069.02 $ 9,459.54 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812 -2952 | 07/31/18 | 18-11152 (LSS) Drydock Footwear, LLC | 76 | Priority Unsecured Total | $3,390.52 $6,069.02 $ 9,459.54 |

* Indicates claim contains unliquidated and/or undetermined amounts