## Exhibit B

**Kosturos Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| THE RELAY SHOE COMPANY, LLC, *et al.*, | ) Case No. 18-11145 (LSS) |
| Debtors.[1] | ) (Jointly Administered) |

**DECLARATION OF PAUL KOSTUROS IN SUPPORT OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN <u>AMENDED AND DUPLICATE CLAIMS</u>**

I, Paul Kosturos, declare that the following is true to the best of my knowledge, information and belief:

1. I am a Senior Director of Alvarez & Marsal Private Equity Services Operations Group, LLC and the Restructuring Officer of The Relay Shoe Company, LLC (f/k/a The Rockport Company, LLC) ("**Rockport**") and certain of its affiliates that are debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**"). I am generally familiar with the Debtors' business, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. I submit this declaration (the "**Declaration**") in support of the *Debtors' Second*

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay 1-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Shoe Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

*Omnibus (Non-Substantive) Objection to Certain Amended and Duplicate Claims* (the "**Objection**") filed contemporaneously herewith.[2]

2.  Except as otherwise indicated, all statements in this Declaration are based upon (i) my personal knowledge, (ii) my review (or the review of persons under my supervision) of the Books and Records provided to me by the Debtors' present and former employees, the Schedules filed in the Chapter 11 Cases, the relevant Proofs of Claim, and the Claims Register, as well as relevant documents and other information prepared or collected by the Debtors' present and former employees or professionals, and/or (iii) my opinion based on my experience with the Debtors' operations and financial condition. In making my statements based on my review of the Book and Records, relevant documents, and other information prepared or collected by the Debtors' employees, I have relied upon these employees accurately recording, preparing, or collecting such documentation and other information.

3.  If I were called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein based upon my personal knowledge, review of documents, or opinion. I am authorized to submit this Declaration on behalf of the Debtors.

4.  The Debtors object to the Amended Claims and Duplicate Claims listed, respectively, on <u>Exhibit 1</u> and <u>Exhibit 2</u> to the Proposed Order because (i) each Amended Claim was amended and superseded by the corresponding Remaining Claim filed against the same Debtor by or on behalf of the same claimant(s), and (ii) each Duplicate Claim is a duplicate of a corresponding Remaining Claim filed against the same Debtor by or on behalf of the same claimant(s) asserting the same claim(s). If a claimant is allowed to maintain an Amended Claim

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

or a Duplicate Claim, the Debtors' estates would be subject to multiple recoveries by that claimant for a single claim or liability, which is impermissible.

5. For the reasons set forth above, I respectfully submit that the Amended Claims and the Duplicate Claims listed on Exhibit 1 and Exhibit 2 to the Proposed Order, respectively, should be disallowed and expunged.

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October, 2018.

*/s/ Paul Kosturos*
Paul Kosturos
Restructuring Officer