UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: **The Rockport Company, LLC, et al.**  
Case No.: **18 - 11145 (LSS)**  
Reporting Period: **September 2018**

## MONTHLY OPERATING REPORT
For the Period September 1, 2018 through September 30, 2018

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit / Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | ✓ | |
|    Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
|    Copies of bank statements | | | ✓ | |
|    Cash disbursements journals | | ✓ | | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
|    Copies of IRS Form 6123 or payment receipt | | | ✓ | |
|    Copies of tax returns filed during the period | | | ✓ | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
|    Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ Paul Kosturos_       11/1/2018  
Signature of Authorized Individual*       Date

Paul Kosturos       Restructuring Officer  
Print Name of Authorized Individual       Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re** **The Rockport Company, LLC, et al.**  Case No.: 18 - 11145 (LSS)
Reporting Period: September 2018

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
For the Period September 1, 2018 through September 30, 2018

| Cash Flow Summary | Current Month | Accumulated |
|---|---:|---:|
| **Beginning Cash Balance** | **60,839,728** | **5,802,968** |
| **Receipts** | | |
| Operations Receipts | - | 59,001,126 |
| Other Receipts | (140,108) | 136,253,183 |
| DIP Proceeds | - | 9,500,000 |
| **Total Cash Receipts** | **(140,108)** | **204,754,309** |
| **Disbursements** | | |
| Merchandise Disbursements | - | (4,954,987) |
| Rent, Utilities & Occupancy | (26,702) | (2,241,689) |
| Payroll, Payroll Taxes, and Benefits | (24,965) | (14,038,739) |
| Freight, WH & Distribution | - | (4,666,762) |
| Taxes | (469,380) | (1,888,705) |
| IT | - | (3,013,350) |
| Capex | - | (15,447) |
| Other Operating | (150,369) | (2,353,811) |
| Interest / Fees Paid | - | (624,117) |
| Reorganization Related - Prepetition Vendor Payments | - | (26,790,109) |
| Reorganization Related - Professional Fees | (674,305) | (6,685,322) |
| Reorganization Related - DIP Interest / Fees | - | (2,704,955) |
| Reorganization Related - Cure Costs | (763,825) | (4,808,594) |
| Revolver Paydown | - | (56,077,403) |
| DIP Proceeds | - | (30,000,000) |
| UST Fees | - | (280,592) |
| **Total Cash Disbursements** | **(2,109,545)** | **(161,144,583)** |
| **Debtors Net Cash Flow** | **(2,249,653)** | **43,609,726** |
| **From / (To) Non-Debtors** | - | 9,177,381 |
| **Net Cash Flow** | **(2,249,653)** | **52,787,107** |
| **Ending Cash Balance** | **58,590,075** | **58,590,075** |

**MOR-1**

In re **The Rockport Company, LLC, et al.**　　　Case No.:　　**18 - 11145 (LSS)**
　　　　　　　　　　　　　　　　　　　　　　　　Reporting Period:　　**September 2018**

### DEBTORS SCHEDULE OF DISBURSEMENTS BY LEGAL ENTITY
### For the Period September 1, 2018 through September 30, 2018

| Disbursements by Debtor | Case # | Total Disbursements |
|---|---|---|
| The Rockport Company, LLC [1] | 18-11145 | (1,534,487) |
| Rockport Blocker, LLC | 18-11146 | - |
| The Rockport Group Holdings, LLC | 18-11147 | - |
| TRG 1-P Holdings, LLC | 18-11148 | - |
| TRG Intermediate Holdings, LLC | 18-11149 | - |
| TRG Class D, LLC | 18-11150 | - |
| The Rockport Group, LLC | 18-11151 | - |
| Drydock Footwear, LLC | 18-11152 | - |
| DD Management Services LLC | 18-11153 | - |
| Rockport Canada ULC | 18-11154 | (575,058) |
| **Total Disbursements by Debtor** | | **(2,109,545)** |

**MOR-1**

**In re  The Rockport Company, LLC, et al.**                                    **Case No.:**        18 - 11145 (LSS)
                                                                                 **Reporting Period:**        September 2018

**DEBTORS STATEMENT WITH RESPECT TO BANK RECONCILIATIONS, BANK STATEMENTS
AND CASH DISBURSEMENTS JOURNAL
For the Period September 1, 2018 through September 30, 2018**

*Bank Account Reconciliations & Cash Disbursements Journals*

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.
The Debtors affirm that within its financial accounting systems, check registers and/or disbursements journals are maintained for each disbursement account.

*Bank Statements*

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors.

*Closed Bank Accounts*

The Debtors affirm that the following bank account(s) were closed during the current reporting period.

| Account # | Bank / Institution | Description | Date Closed |
|---|---|---|---|
| XXXX-3388 | Citizens Bank | DIP Indemnification Account | 10/25/2018 |
| XXXX-1337 | Citizens Bank | Cash Collateral Account | 10/25/2018 |

*Opened Bank Accounts*

The Debtors affirm that no bank account(s) were opened during the current reporting period.

**MOR-1**

| In re | The Rockport Company, LLC, et al. | | | Case No.: | 18 - 11145 (LSS) |
|---|---|---|---|---|---|
| | | | | Reporting Period: | September 2018 |

## BANK RECONCILIATIONS
### For the Period September 1, 2018 through September 30, 2018

The Debtor attests that all bank accounts are reconciled on a monthly basis as part of the monthly close process. Below is the account balance as of 9/28/18:

**Debtor Bank Accounts**

| Bank | Acct No. | Purpose of Funds | Balance as of 9/28/18 (USD) | CUR |
|---|---|---|---:|---|
| Citizens Bank | 1329 | Operating Account | 593,876 | USD |
| Citizens Bank | 1398 | Payroll Account | 1 | USD |
| Citizens Bank | 1533 | Inactive | 18,280 | USD |
| Citizens Bank | 2499 | Note Funding Account | 3,366 | USD |
| Bank of America | 5178 | Wholesale Lockbox Account | - | USD |
| Citizens Bank | 5425 | Controlled Disbursement Account | - | USD |
| HSBC Bank N.A. | 5548 | Retail Cash Account | - | USD |
| HSBC Bank N.A. | 5556 | Inactive | - | USD |
| HSBC Bank N.A. | 6234 | Distributor Payment Account | 35,312 | USD |
| Bank of America | 8051 | Primary Collections Account | 952,234 | USD |
| Bank of America | 8917 | Main Disbursement Account | 54,804,982 | USD |
| Bank of America | 0373 | Inactive | 1,671 | USD |
| **US Debtor Accounts** | | | **56,409,722** | **USD** |
| HSBC Bank Canada | 4001 | Canadian Operating Account | 2,834,633 | CAD |
| HSBC Bank Canada | 4002 | Inactive | 15,691 | CAD |
| HSBC Bank Canada | 4070 | USD Disbursement Account | 17,048 | USD |
| HSBC Bank Canada | 246C | Canadian Lockbox Account | - | CAD |
| **Canada Debtor Accounts** | | | **2,871,849** | **CAD** |
| **Total Debtor Bank Balance** | | | **58,684,274** | **USD** |
| Outstanding Checks | | | 94,199 | USD |
| **Book Balance** | | | **58,590,075** | **USD** |

**Checks Outstanding**

| | | |
|---|---:|---|
| The Rockport Company, LLC | 93,891 | USD |
| Rockport Canada ULC | 389 | CAD |
| **Total** | **94,199** | USD |

MOR-1a

| In re | **The Rockport Company, LLC, et al.** | | | | Case No.: | | **18 - 11145 (LSS)** |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Reporting Period: | | **September 2018** |

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
For the Period September 1, 2018 through September 30, 2018

| | | **Amount Paid This Period** | | | **Cumulative Amount Paid Since Petition Date** | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Professional** | **Docket** | **Fees** | **Expenses** | **Total** | **Fees** | **Expenses** | **Total** |
| Alvarez & Marsal North America, LLC | 106 | 336,564 | 25,780 | 362,343 | 1,239,646 | 81,284 | 1,320,930 |
| Borden, Ladner & Gervais LLP | 103 | - | - | - | 389,132 | 66,353 | 455,485 |
| Cooley LLP | 173 | 91,132 | 2,700 | 93,832 | 382,382 | 11,327 | 393,709 |
| Deloitte Tax LLP | 296 | - | - | - | - | - | - |
| Houlihan Lokey Capital Inc. | 105 | - | - | - | - | - | - |
| HYPERAMS, LLC | 118 | 5,171 | - | 5,171 | 96,101 | 1,334 | 97,435 |
| Prime Clerk LLC | 104 | 31,250 | 11,903 | 43,153 | 146,186 | 225,181 | 371,367 |
| Province, Inc. | 174 | - | - | - | 168,969 | 1,818 | 170,787 |
| Richards, Layton & Finger P.A. | 102 | - | - | - | 717,967 | 31,035 | 749,002 |
| Whiteford, Taylor & Preston LLC | 175 | 40,066 | 383 | 40,449 | 130,303 | 3,675 | 133,978 |
| **Total** | | **504,183** | **40,766** | **544,949** | **3,270,686** | **422,007** | **3,692,693** |

| **Professional** | | **Role** |
| --- | --- | --- |
| Alvarez & Marsal North America, LLC | 106 | Debtor Interim CFO & COO and Financial Advisor |
| Borden, Ladner & Gervais LLP | 103 | Debtor Canadian Legal Counsel |
| Cooley LLP | 173 | UCC Legal Counsel |
| Deloitte Tax LLP | 296 | Debtor Tax Provider |
| Houlihan Lokey Capital Inc. | 105 | Debtor Investment Banker & Financial Advisor |
| HYPERAMS, LLC | 118 | Debtor Liquidation Consultant |
| Prime Clerk LLC | 104 | Debtor Administrative Advisor |
| Province, Inc. | 174 | UCC Financial Advisor |
| Richards, Layton & Finger P.A. | 102 | Debtor Bankruptcy Counsel |
| Whiteford, Taylor & Preston LLC | 175 | UCC Local Legal Counsel |

**MOR-1b**

In re **The Rockport Company, LLC, et al.**  
Case No.: **18 - 11145 (LSS)**  
Reporting Period: **September 2018**

**STATEMENT OF OPERATIONS (INCOME STATEMENT)**  
For the Period September 1, 2018 through September 30, 2018

| Debtor Case Number: | 18-11145 | 18-11146 | 18-11147 | 18-11148 | 18-11149 | 18-11150 | 18-11151 | 18-11152 | 18-11153 | 18-11154 |
|---|---|---|---|---|---|---|---|---|---|---|
| Debtor Entity: | The Rockport Company, LLC | Rockport Blocker, LLC | The Rockport Group Holdings, | TRG 1-P Holdings, LLC | TRG Intermediate | TRG Class D, LLC | The Rockport Group, LLC | Drydock Footwear, LLC | DD Management | Rockport Canada ULC |
| Net Sales | - | - | - | - | - | - | - | - | - | - |
| Cost of Sales | - | - | - | - | - | - | - | - | - | - |
| Gross Profit | - | - | - | - | - | - | - | - | - | - |
| Expenses: | | | | | | | | | | |
| Selling, General and Administrative Expenses | 36,886 | - | - | - | - | - | - | - | - | (200,000) |
| Restructuring Charges | | | | | | | | | | |
| Legal Expenses [1] | - | - | - | - | - | - | - | - | - | - |
| Consulting Expenses [1] | - | - | - | - | - | - | - | - | - | - |
| Loss from Operations | (36,886) | - | - | - | - | - | - | - | - | 200,000 |
| Other Income (Expense): | | | | | | | | | | |
| Other Income, net | - | - | - | - | - | - | - | - | - | - |
| Interest Expense | - | - | - | - | - | - | - | - | - | - |
| Total Other Income, Net | - | - | - | - | - | - | - | - | - | - |
| Loss Before Income Tax Provision | (36,886) | - | - | - | - | - | - | - | - | 200,000 |
| Provision for Income Tax | - | - | - | - | - | - | - | - | - | - |
| **Net Loss** | **(36,886)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **200,000** |
| Other Comprehensive Loss | - | - | - | - | - | - | - | - | - | - |
| **Comprehensive Loss** | **(36,886)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **200,000** |

Note:

[1] Due to the Sale transaction in August, The Debtor and the new buyer are still working through the close accounting. As such, the P&L does not currently reflect the Legal & Consulting Expenses.

| In re | The Rockport Company, LLC, et al. | | | | | | | | Case No.: | 18 - 11145 (LSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Reporting Period: | September 2018 |

**BALANCE SHEET**
**As of September 30, 2018**

*($ in 000's)*

| | Debtor Case Number: | 18-11145 | 18-11146 | 18-11147 | 18-11148 | 18-11149 | 18-11150 | 18-11151 | 18-11152 | 18-11153 | 18-11154 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor Entity: | The Rockport Company, LLC | Rockport Blocker, LLC | The Rockport Group | TRG 1-P Holdings, LLC | TRG Intermediate | TRG Class D, LLC | The Rockport Group, LLC | Drydock Footwear, LLC | DD Management | Rockport Canada ULC |
| **Assets** | | | | | | | | | | | |
| Current Assets | | | | | | | | | | | |
| Cash and cash equivalents | | $ 55,400 | $ - | $ - | $ - | $ - | $ - | $ 18 | $ 2 | $ - | $ 2,225 |
| Accounts receivable, net of allowance for doubtful | | 1,640 | - | - | - | - | - | - | - | - | - |
| Inventory | | - | - | - | - | - | - | - | - | - | - |
| Other assets and prepaid expenses | | 259 | - | - | - | - | - | - | - | - | 1,585 |
| Total Current Assets | | 57,299 | - | - | - | - | - | 18 | 2 | - | 3,810 |
| | | | | | | | | | | | |
| Intercompany Receivables | | 89,447 | - | - | - | - | - | 159,774 | 46,261 | - | 4,636 |
| Investment in Subsidiaries | | - | - | - | - | - | - | - | - | - | - |
| Property, equipment and software, net | | - | - | - | - | - | - | 332 | - | - | - |
| Intangible asset, net | | 876 | - | - | - | - | - | 88,964 | - | - | - |
| Goodwill, net | | - | - | - | - | - | - | - | - | - | - |
| Total Assets | | $ 147,622 | $ - | $ - | $ - | $ - | $ - | $ 249,089 | $ 46,262 | $ - | $ 8,446 |
| | | | | | | | | | | | |
| **Liabilities and Member's Equity** | | | | | | | | | | | |
| Liabilities Not Subject to Compromise (Post-Petition) | | | | | | | | | | | |
| Accounts payable | | $ 2,202 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 767 |
| Accrued expenses and other current liabilities | | - | - | - | - | - | - | - | - | - | - |
| Intercompany Payables | | - | - | - | - | - | - | - | - | - | - |
| Long Term Debt | | - | - | - | - | - | - | - | - | - | - |
| Capital Lease Obligations | | - | - | - | - | - | - | - | - | - | - |
| Other liabilities | | - | - | - | - | - | - | - | - | - | - |
| Total Liabilities Not Subject to Compromise (Post-Petition) | | 2,202 | - | - | - | - | - | - | - | - | 767 |
| | | | | | | | | | | | |
| Liabilities Subject to Compromise (Pre-Petition) | | | | | | | | | | | |
| Accounts payable | | 3,099 | - | - | - | - | - | - | - | - | - |
| Accrued expenses and other current liabilities | | 3,106 | - | - | - | - | - | (162) | - | - | 1,152 |
| Intercompany Payables | | 237,609 | - | - | - | - | - | 38,833 | 12,884 | - | 10,791 |
| Long Term Debt | | - | - | - | - | - | - | 160,288 | - | - | - |
| Capital Lease Obligations | | 2,277 | - | - | - | - | - | - | - | - | - |
| Other liabilities | | 1,261 | - | - | - | - | - | 53,630 | (6) | - | 77 |
| Total Liabilities Subject to Compromise (Pre-Petition) | | 247,352 | - | - | - | - | - | 252,588 | 12,878 | - | 12,020 |
| | | | | | | | | | | | |
| Member's Equity | | | | | | | | | | | |
| Capital | | (188,795) | - | - | - | - | - | - | - | - | - |
| Note receivable from member | | - | - | - | - | - | - | - | - | - | - |
| Accumulated Deficit | | - | - | - | - | - | - | - | - | - | - |
| Accumulated other comprehensive loss | | 86,864 | - | - | - | - | - | (3,499) | 33,385 | - | (4,341) |
| Total member's equity | | (101,931) | - | - | - | - | - | (3,499) | 33,385 | - | (4,341) |
| | | | | | | | | | | | |
| Total liabilities and member's equity | | $ 147,622 | $ - | $ - | $ - | $ - | $ - | $ 249,089 | $ 46,262 | $ - | $ 8,446 |

MOR - 3

| In re | The Rockport Company, LLC, et al. | | | | | | | | Case No.: | 18 - 11145 (LSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Reporting Period: | September 2018 |

**BALANCE SHEET**
As of the Petition Date

($ in 000's)

| | Debtor Case Number: | 18-11145 | 18-11146 | 18-11147 | 18-11148 | 18-11149 | 18-11150 | 18-11151 | 18-11152 | 18-11153 | 18-11154 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor Entity: | The Rockport Company, LLC | Rockport Blocker, LLC | The Rockport Group Holdings, | TRG 1-P Holdings, LLC | TRG Intermediate | TRG Class D, LLC | The Rockport Group, LLC | Drydock Footwear, LLC | DD Management | Rockport Canada ULC |
| **Assets** | | | | | | | | | | | |
| Current Assets | | | | | | | | | | | |
| Cash and cash equivalents | | $ 4,818 | $ - | $ - | $ - | $ - | $ - | $ 18 | $ 2 | $ - | $ 1,044 |
| Accounts receivable, net of allowance for doubtful accounts | | 24,189 | - | - | - | - | - | - | - | - | 4,880 |
| Inventory | | 53,091 | - | - | - | - | - | - | - | - | 17,986 |
| Other assets and prepaid expenses | | 2,890 | - | - | - | - | - | 200 | - | - | 2,889 |
| Total Current Assets | | 84,988 | - | - | - | - | - | 218 | 2 | - | 26,799 |
| | | | | | | | | | | | |
| Intercompany Receivables | | 60,298 | - | - | - | - | - | 108,614 | 46,551 | - | 1,522 |
| Investment in Subsidiaries | | - | - | - | - | - | - | - | - | - | - |
| Property, equipment and software, net | | 52,082 | - | - | - | - | - | 409 | - | - | 4,303 |
| Intangible asset, net | | (12,106) | - | - | - | - | - | 88,833 | - | - | 0 |
| Goodwill, net | | - | - | - | - | - | - | - | - | - | - |
| Total Assets | | $ 185,262 | $ - | $ - | $ - | $ - | $ - | $ 198,074 | $ 46,553 | $ - | $ 32,624 |
| | | | | | | | | | | | |
| **Liabilities and Member's Equity** | | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | | |
| Current portion of capital lease obligation | | $ 702 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Current portion of long term debt | | 2,388 | - | - | - | - | - | - | - | - | - |
| Accounts payable | | 49,342 | - | - | - | - | - | - | - | - | 1,009 |
| Accrued expenses and other current liabilities | | 10,991 | - | - | - | - | - | (56) | - | - | 929 |
| Total Current Liabilities | | 63,423 | - | - | - | - | - | (56) | - | - | 1,938 |
| | | | | | | | | | | | |
| Intercompany Payables | | 134,432 | - | - | - | - | - | - | 13,047 | - | 28,399 |
| Long term debt, net | | 56,187 | - | - | - | - | - | 177,588 | - | - | - |
| Obligations under capital lease, net of current portion | | 14,736 | - | - | - | - | - | - | - | - | - |
| Other liabilities | | 4,069 | - | - | - | - | - | 19,265 | (6) | - | 78 |
| Total Liabilities | | 272,847 | - | - | - | - | - | 196,797 | 13,041 | - | 30,415 |
| | | | | | | | | | | | |
| Member's Equity | | | | | | | | | | | |
| Capital | | (170,036) | - | - | - | - | - | - | - | - | - |
| Note receivable from member | | (22,050) | - | - | - | - | - | - | - | - | - |
| Accumulated Deficit | | 104,501 | - | - | - | - | - | 1,278 | 33,523 | - | 2,257 |
| Cumulative Translation Adjustment | | - | - | - | - | - | - | - | - | - | - |
| Accumulated other comprehensive loss | | - | - | - | - | - | - | - | (11) | - | (48) |
| Total member's equity | | (87,585) | - | - | - | - | - | 1,278 | 33,512 | - | 2,209 |
| | | | | | | | | | | | |
| Total liabilities and member's equity | | $ 185,262 | $ - | $ - | $ - | $ - | $ - | $ 198,074 | $ 46,553 | $ - | $ 32,624 |

**MOR - 3**

| | |
|---|---|
| In re  **The Rockport Company, LLC, et al.** | Case No.: **18 - 11145 (LSS)** |
| | Reporting Period: **September 2018** |

### STATUS OF POSTPETITION TAXES
For the Period September 1, 2018 through September 30, 2018

The Debtor attests that, to the best of their knowledge, the Debtor entities have filed all necessary federal, state and local tax returns and made all required post petition tax payments inconnection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversight. Below is the estimated Tax Liabilities balance as of 9/30/18:

| | Ending Tax Liability |
|---|---:|
| **Federal** | |
| Withholding - United States | - |
| Withholding Canada - Employee | - |
| Withholding Canada - Employer | - |
| FICA - Employee | - |
| FICA - Employer | - |
| Unemployment | - |
| Income | 1,794,393 |
| Other: Employee Taxes | - |
| **Total Federal** | **1,794,393** |
| **State and Local** | |
| Withholding - United States | - |
| Province Taxes - Employee | - |
| Province Taxes - Employer | - |
| Sales: | |
|   USA | 72,960 |
|   Canada  [1] | (1,272,712) |
| Excise | - |
| Unemployment [2] | (187,000) |
| Personal Property | 336 |
| Other:_Business Lic | - |
| Other: Canada Taxes | - |
| **Total State and Local** | **(1,386,416)** |
| **Total** | **407,977** |

**Note:**
 [1]  Rockport is under audit from the Canadian Revenue Agency and collection of Income Tax Credits are yet to be determined
 [2]  Approximate $197,000 credit from the state of Massachusetts less approximately $10,000 estimated outstanding SUI payments to other state taxing jurisdictions

### SUMMARY OF UNPAID POSTPETITION DEBTS
For the Period September 1, 2018 through September 30, 2018

| Account | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---:|---:|---:|---:|---:|---:|
| AP - The Rockport Company, LLC | 2,201,743 | - | - | - | - | 2,201,743 |
| AP - Rockport Canada ULC | 767,000 | - | - | - | - | 767,000 |
| Taxes - The Rockport Company, LLC | - | - | - | - | - | - |
| Taxes - Rockport Canada ULC | - | - | - | - | - | - |
| Accrued Personell - The Rockport Company, LLC | - | - | - | - | - | - |
| Accrued Personell - Rockport Canada ULC | - | - | - | - | - | - |
| Accrued Professional Fees - The Rockport Company, LLC | 750,000 | - | - | - | - | 750,000 |
| Accrued Professional Fees - Rockport Canada ULC | - | - | - | - | - | - |
| **Total Postpetition Debts** | **3,718,743** | **-** | **-** | **-** | **-** | **3,718,743** |

**In re** The Rockport Company, LLC, et al.　　　　　　　　　　**Case No.:** 18 - 11145 (LSS)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Reporting Period:** September 2018

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING
For the Period September 1, 2018 through September 30, 2018

*($ in 000's)*

| Accounts Receivable Aging | Current | 0-30 | 31-60 | 61-90 | Over 90 | AR Aging | Adj & Reserve | Total AR |
|---|---|---|---|---|---|---|---|---|
| The Rockport Company, LLC | 886 | - | 886 | 17 | 332 | 2,121 | (481) | 1,640 |
| Rockport Blocker, LLC | - | - | - | - | - | - | - | - |
| The Rockport Group Holdings, LLC | - | - | - | - | - | - | - | - |
| TRG 1-P Holdings, LLC | - | - | - | - | - | - | - | - |
| TRG Intermediate Holdings, LLC | - | - | - | - | - | - | - | - |
| TRG Class D, LLC | - | - | - | - | - | - | - | - |
| The Rockport Group, LLC | - | - | - | - | - | - | - | - |
| Drydock Footwear, LLC | - | - | - | - | - | - | - | - |
| DD Management Services LLC | - | - | - | - | - | - | - | - |
| Rockport Canada ULC | - | - | - | - | - | - | - | - |
| **Total Postpetition Debts** | **886** | **-** | **886** | **17** | **332** | **2,121** | **(481)** | **1,640** |

### DEBTOR QUESTIONNAIRE
For the Period September 1, 2018 through September 30, 2018

| | Yes | No |
|---|---|---|
| 1) Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below.<br>Explanation:_____. | | ✓ |
| 2) Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below.<br>Explanation:_____. | | ✓ |
| 3) Have all postpetition tax returns been timely filed? If no, provide an explanation below.<br>Explanation:_____. | ✓ | |
| 4) Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below.<br>Explanation:  Following the sale of substantially all of the Debtors' assets, the Debtors no longer maintain any employees or have any business operations. Accordingly, the Debtors have cancelled such applicable insurance policies.. | | ✓ |
| 5) Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

**MOR-5**