## **EXHIBIT B**

### **Liquidating Trustee**

- Steven Balasiano, Esq.



## Steven Balasiano, Esq.
*Founding Member*
Office: 347-905-5669
Email: steven@mhradvisory.com

- Steven Balasiano is the CEO of MHR Advisory Group, a unique company that taps into the founder's years of extensive retail, manufacturing and operational experience and legal to provide a full gamut of services to a broad group of clients.

- Mr. Balasiano is a trusted business and legal advisor. Bringing to his clients a wealth of business, legal and practical advice from his experience leading multiple apparel, retail and manufacturing companies. Approachable, relationship-focused leader with extensive industry network, balanced strategic, operational and financial strength and track record of sharpening strategic focus, developing actionable cross-functional plans and inspiring teams to drive business growth, efficiencies and profitability.

- From 2011 to 2012 Mr. Balasiano was President of Comtex U.S. the New York Office of Comtextile HK, a global sourcing company, with 8 buying offices throughout Asia and South East Asia producing approximately $250 million of merchandise for the most respected men's, women and children's brands in the industry including Polo, Abercrombie, Calvin Klein, Children's Place and Perry Ellis

- Mr. Balasiano was previously the President of Ventura Enterprise Company, an apparel manufacturer with multiple manufacturing facilities in Sri Lanka and over 10,000 employees. Ventura manufactured product for the most reputable retailers and brands in the US including Abercrombie and Fitch, Marc Jacobs, Express, Liz Claiborne, Polo Kids, Gymboree, Ann Taylor, Land's End, and Eddie Bauer.

## Steven Balasiano, Esq. (continued)

*Founding Member*
Office: 347-905-5669
Email: steven@mhradvisory.com

- From 1995 to 2007, Mr. Balasiano held various roles at The Children's Place, a children's specialty apparel retailer, including Chief Administrative Officer and General Counsel, with direct responsibility for store development, construction, non-merchandise strategic sourcing, architecture, and legal and human resources. He oversaw an $800 million budget. Under his leadership, the company grew from 70 stores and $80 million in sales in 1995 to over 1100 stores and $2.3 billion in sales in 2006 for The Children's Place and Disney Store.

- From 1987 through 1995, Mr. Balasiano practiced law in the bankruptcy departments at the law firms of Stroock & Stroock & Lavan and Kelley Drye & Warren.

- Mr. Balasiano received his Juris Doctorate from St. John's University School of Law and graduated with Honors from the State University of New York at Binghamton.

- Mr. Balasiano serves on the board of multiple not-for-profit organizations and is a consultant to the financial and real estate industry.