## **EXHIBIT C**

### **Trust Oversight Committee**

- Earth, Inc.
- Hemisphere Design & Manufacturing LLC
- Simon Property Group, Inc.