## EXHIBIT E

### Rockport Canada Plan Administrator

- Richter Advisory Group Inc.

**RICHTER**





**Adam Sherman, MBA, CIRP, LIT**
Partner
T. 416.642.4836
asherman@richter.ca

## Academic background

Licensed Insolvency Trustee, 2009

Chartered Insolvency and Restructuring Professional (CIRP), 2009

MBA, Schulich School of Business, 2000

Adam Sherman has more than 15 years of experience providing financial advisory services to a diverse clientele including management, boards of directors, financial institutions, secured creditors and shareholders. He practices primarily in the areas of corporate restructuring and insolvency, turnaround consulting, mergers and acquisitions, and due diligence.

Over the course of his career, Adam has become skilled in developing and assessing business plans, financial projections, cash flow forecasts and turnaround plans. He brings a well-rounded and hands-on approach to restructuring and advisory assignments and has developed a reputation for developing creative strategies for managing situations of financial distress, as well as implementing strategies to preserve and enhance value. Adam has led a broad range of formal and informal restructuring assignments across a wide range of industries, including construction, automotive, manufacturing, retail, financial services, agriculture and telecommunications.

### Fields of expertise

- Strategic and operational business planning
- Crisis management
- Formal and informal restructurings
- Financial planning/modeling and risk management
- Revenue/profit and cash flow optimization
- Divestitures and asset realizations

### Industries

- Retail
- Construction
- Automotive
- Manufacturing
- Financial Services
- Agriculture
- Telecommunications



**RICHTER**



**Pritesh Patel, MBA, CFA, CIRP, LIT**
Vice President
T. 416.642.9421
ppatel@richter.ca

### Academic background

Licensed Insolvency Trustee, 2017

Chartered Insolvency & Restructuring Professional (CIRP), 2013

Chartered Financial Analyst (CFA), 2010

Master of Business Administration, Schulich School of Business, 2007

Bachelor of Electrical Engineering and Management, McMaster University, 2002

Pritesh Patel draws on over ten years' experience as a financial advisor to domestic and international clients.  Pritesh has advised clients through a number of complex mandates, ranging from M&A transactions to informal turnaround efforts to corporate restructurings through formal insolvency proceedings.  He has experience maintaining companies through going-concern sales, providing assessments of restructuring risk for lenders, structuring and negotiating transactions and providing strategic advice to affected stakeholders.

Pritesh has particular depth in performing financial and operational reviews, financial modeling, and identifying and implementing opportunities for improvement.  Notable recent engagements include:

- Rockport et al – acted as information officer in connection with the Debtors' Chapter 11 proceedings in the U.S. and recognition proceedings under part IV of the CCAA in Canada
- HMV Canada Inc. – acted as court-appointed receiver in connection with the liquidation of HMV's 100+ stores across Canada
- Canadian chemical manufacturer – financial advisor to company in connection with its restructuring of over $80 million of syndicated senior debt
- Thane International Inc.et al – acted as court-appointed receiver and foreign representative for Thane as part of its cross-border receivership and Chapter 15 proceedings
- Shop.ca Network Inc. – acted as trustee in connection with the company's BIA proposal proceedings and court-approved sale

### Fields of expertise
- Formal restructuring
- M&A strategy
- Financial and operational reviews
- Financial modeling
- Performance improvement and turnaround
- Crisis management
- Capital raising and refinancing

### Industries
- Automotive
- Construction
- Retail
- Energy and resources
- Financial services
- Manufacturing
- Public sector

### Professional and community involvement

Canadian Association of Insolvency and Restructuring Professionals (CAIRP) Member                                                                                                                     Since 2013

CFA Society Toronto Member                                                                                                                        Since 2010

**RICHTER**
EVOLUTION OF EXCELLENCE

## Professional and community involvement

| | |
|---|---|
| Turnaround Management Association<br>Member | Since 2010 |
| Canadian Association of Insolvency & Restructuring Professionals<br>Member | Since 2009 |
| Ontario Association of Insolvency & Restructuring Professionals<br>Member | Since 2009 |

## Public Recognition

| | |
|---|---|
| Speaker. Canadian Association of Insolvency and Restructuring Professionals' 2015 Forum | April 2015 |

RICHTER
EVOLUTION OF EXCELLENCE