IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE RELAY SHOE COMPANY, LLC, *et al.*, | ) | Case No. 18-11145 (LSS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | Obj. Deadline: December 10, 2018 at 4:00 p.m. (ET) |
| | ) | |

**SIXTH MONTHLY APPLICATION OF RICHARDS, LAYTON &
FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018**

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | the above-captioned debtors and debtors in possession |
| Date of Retention: | June 12, 2018 *nunc pro tunc* to May 14, 2018 |
| Period for which compensation and reimbursement are sought: | October 1, 2018 through October 31, 2018 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $98,243.60  (80% of $122,804.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $2,146.10 |

This is a(n):  _X_ monthly  ___ interim  ___ final application

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay 1-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Shoe Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

Prior Applications Filed:

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| 6/29/18 | 5/14/18 - 5/31/18 | $347,685.00 | $12,207.95 |
| 7/31/18 | 6/1/18 - 6/30/18 | $549,774.00 | $18,826.94 |
| 8/31/18 | 7/1/18 - 7/31/18 | $941,311.50 | $29,977.31 |
| 9/28/18 | 8/1/18 - 8/31/18 | $270,719.00 | $6,942.74 |
| 10/24/18 | 9/1/18 - 9/30/18 | $155,454.00 | $507.33 |

RLF1 20312803v.1

## COMPENSATION BY PROFESSIONAL[2]
## OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $925 | 11.1 | $10,267.50 |
| Michael J. Merchant | Joined firm as associate in 1999. Director in 2006. Member of DE Bar since 1999. | $750 | 66.1 | $49,575.00 |
| Amanda R. Steele | Joined firm as associate in 2010. Director in 2018. Member of DE Bar since 2010. | $650 | 56.8 | $36,920.00 |
| Mark A. Kurtz | Business Department. Joined firm as associate in 2004. Director in 2015. Member of DE Bar since 2005. | $625 | 3.3 | $2,062.50 |
| Brendan J. Schlauch | Joined firm as associate in 2014. Member of DE Bar since 2015. | $480 | 11.2 | $5,376.00 |
| Brett M. Haywood | Joined firm as associate in 2014. Member of MA Bar since 2014. Member of DE Bar since 2015. | $450 | 0.7 | $315.00 |
| Megan E. Kenney | Joined firm as associate in 2017. Member of DE Bar since 2017. | $320 | 6.7 | $2,144.00 |
| Frank Y. Sun | Business Department. Joined firm as associate in 2017. Member of DE Bar since 2017. | $320 | 3.4 | $1,088.00 |

---

[2] All professionals are members of the firm's Corporate Restructuring and Bankruptcy Department unless otherwise noted.

RLF1 20312803v.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sarah E. Silveira | Joined firm as associate 2018. | $320 | 13.7 | $4,384.00 |
| Taylor R. Dailey | Joined firm as associate 2018. | $320 | 0.6 | $192.00 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $255 | 32.6 | $8,313.00 |
| Cynthia S. McMenamin | Paralegal since 2003. Joined firm in 2015. | $255 | 1.6 | $408.00 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $255 | 0.6 | $153.00 |
| M. Lynzy McGee | Paralegal since 2007. Joined firm in 2016. | $255 | 6.3 | $1,606.50 |
| **TOTAL** | | | **214.7** | **$122,804.50** |

| | |
|---|---|
| Grand Total | $122,804.50 |
| Attorney Compensation | $112,324.00 |
| Total Attorney Hours | 173.6 |
| Attorney Blended Rate | $647.03 |

4

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 2.4 | $612.00 |
| Creditor Inquiries (B) | 0.3 | $96.00 |
| Meetings (C) | 1.7 | $1,275.00 |
| Executory Contracts/Unexpired Leases (D) | 6.4 | $2,288.50 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 88.3 | $60,625.00 |
| Use, Sale, Lease of Assets (G) | 24.2 | $16,337.50 |
| Cash Collateral/DIP Financing (H) | 1.4 | $815.00 |
| Claims Administration (I) | 46.4 | $24,570.50 |
| Court Hearings (J) | 20.5 | $7,874.50 |
| General Corporate/Real Estate (K) | 0.0 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 1.2 | $554.00 |
| Employee Issues (M) | 0.0 | $0.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (P) | 0.0 | $0.00 |
| RL&F Retention (Q-1) | 0.0 | $0.00 |
| Retention of Others (Q-2) | 1.9 | $524.00 |
| RL&F Fee Applications (R-1) | 6.6 | $2,543.00 |
| Fee Applications of Others (R-2) | 13.4 | $4,689.50 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 0.0 | $0.00 |
| Insurance (V) | 0.0 | $0.00 |
| **TOTAL** | **214.7** | **$122,804.50** |

**EXPENSE SUMMARY**
**OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Conference Calling | CourtCall | $66.30 |
| Data Hosting | | $0.00 |
| Long Distance Telephone | | $6.83 |
| In-House Reproduction (Duplication/Printing) | Duplicating: 1,947 @ $.10 pg. Printing: 11,785 @ $.10 pg. | $1,373.20 |
| Outside Reproduction | | $0.00 |
| Legal Research | | $292.55 |
| Filing/Court Fees | | $0.00 |
| Court Reporting | | $239.25 |
| Travel Expenses | | $0.00 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Blue Marble Logistics | $136.10 |
| Postage | | $0.00 |
| Binding | | $0.00 |
| Business Meals | | $0.00 |
| Document Retrieval | Pacer | $25.20 |
| Record Retrieval | | $0.00 |
| RLF Service Corp | | $0.00 |
| Overtime | | $0.00 |
| Room Rental | | $0.00 |
| Stationery Supplies | | $6.67 |
| **TOTAL** | | **$2,146.10** |

RLF1 20312803v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| THE RELAY SHOE COMPANY, LLC, *et al.*, | ) Case No. 18-11145 (LSS) |
| Debtors.[1] | ) Jointly Administered |
| | ) Obj. Deadline: December 10, 2018 at 4:00 p.m. (ET) |

### SIXTH MONTHLY APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals*, dated June 12, 2018 [Docket No. 218] (the "**Interim Compensation Order**"), Richards, Layton & Finger, P.A. ("**RL&F**") hereby files this *Sixth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2018 through October 31, 2018* (the "**Application**"). By the Application, RL&F seeks a

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay 1-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Shoe Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

RLF1 20312803v.1

monthly allowance pursuant to the Interim Compensation Order with respect to the sums of $122,804.50 as compensation and $2,146.10 for reimbursement of actual and necessary expenses, for a total of $124,950.60 for the period October 1, 2018 through and including October 31, 2018 (the "**Compensation Period**"). In support of this Application, RL&F respectfully represents as follows:

## Background

1. On May 14, 2018 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. RL&F was retained effective as of the Petition Date by this Court's order, dated June 12, 2018 [Docket No. 220] (the "**Retention Order**"). The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

3. All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

4. Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtors, during the period covered by this Application, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

**Fee Statements**

5.   The fee statement for the Compensation Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of RL&F's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Local Rule 2016-2, and the Interim Compensation Order.

**Actual and Necessary Expenses**

6.   A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Compensation Period is attached hereto as Exhibit B. RL&F charges all of its bankruptcy clients $0.10 per page for photocopying expenses and $0.10 per page for printing jobs. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7.   Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost. RL&F currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

8.   RL&F believes the foregoing rates are the market rates that the majority of law firms charges clients for such services. In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's

Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

9.  The directors and associates of RL&F who have rendered professional services in these cases are as follows: Mark D. Collins, Michael J. Merchant, Amanda R. Steele, Mark A. Kurtz, Brendan J. Schlauch, Brett M. Haywood, Megan E. Kenney, Sarah E. Silveira, Frank Y. Sun and Taylor R. Dailey. The paraprofessionals of RL&F who have provided service to these attorneys in these cases are as follows: Rebecca V. Speaker, Cynthia S. McMenamin, Ann Jerominski and M. Lynzy McGee. RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

## Summary of Services By Project

10. The services rendered by RL&F during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

A.   Case Administration/Miscellaneous Matters

Fees: $612.00      Total Hours: 2.4

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the United States Trustee (the "**U.S. Trustee**"), review of work in process reports, review of notices of appearance and maintaining service lists.

B.   Creditor Inquiries

Fees: $96.00       Total Hours: 0.3

This category includes all matters related to responding to creditor inquiries.

C.   Meetings

Fees: $1,275.00    Total Hours: 1.7

This category includes all matters related to preparing for and attending meetings with Debtors, individual creditors, the U.S. Trustee and the Debtors' other professionals.

D.   Executory Contracts/Unexpired Leases

Fees: $2,288.50    Total Hours: 6.4

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.   Automatic Stay/Adequate Protection

Fees: $0.00        Total Hours: 0.0

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

F.   Plan of Reorganization/Disclosure Statement

Fees: $60,625.00          Total Hours: 88.3

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

G.   Use, Sale, Lease of Assets

Fees: $16,337.50          Total Hours: 24.2

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H.   Cash Collateral/DIP Financing

Fees: $815.00             Total Hours: 1.4

This category includes all matters relating to negotiation and documentation of Debtors in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

I.   Claims Administration

Fees: $24,570.50          Total Hours: 46.4

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J.   Court Hearings

Fees: $7,874.50           Total Hours: 20.5

This category includes all matters related to preparation for and attendance at court hearings.

K.     General Corporate/Real Estate

     Fees: $0.00     Total Hours: 0.0

This category includes all matters relating to transactional, corporate governance and related matters involving the Debtors' business operations that are not part of a plan of reorganization or disclosure statement.

L.     Schedules/SOFA/U.S. Trustee Reports

     Fees: $554.00     Total Hours: 1.2

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or the Bankruptcy Court.

M.     Employee Issues

     Fees: $0.00     Total Hours: 0.0

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N.     Environmental

     Fees: $0.00     Total Hours: 0.0

This category includes all environmental matters, other than environmental aspects of the plan of reorganization.

O.     Tax Issues

     Fees: $0.00     Total Hours: 0.0

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of the plan of reorganization.

P.  Litigation/Adversary Proceedings

Fees: $0.00          Total Hours: 0.0

This category includes all matters related to litigation and adversary proceedings.

Q-1. RL&F Retention

Fees: $0.00          Total Hours: 0.0

This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

Q-2. Retention of Others

Fees: $524.00        Total Hours: 0.0

This category includes time spent reviewing applications for retention of other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1. RL&F Fee Applications

Fees: $2,543.00      Total Hours: 6.6

This category includes all time spent preparing, reviewing, filing and circulating monthly invoices and fee applications for RL&F.

R-2. Fee Applications of Others

Fees: $4,689.50      Total Hours: 13.4

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S.   <u>Vendor/Suppliers</u>

    Fees: $0.00        Total Hours: 0.0

    This category includes all matters related to vendors and suppliers, including reclamation issues.

T.   <u>Non-Working Travel</u>

    Fees: $0.00        Total Hours: 0.0

    This category includes all travel time not otherwise chargeable.

U.   <u>Utilities</u>

    Fees: $0.00        Total Hours: 0.0

    This category includes all matters related to utility issues.

V.   <u>Insurance</u>

    Fees: $0.00        Total Hours: 0.0

    This category includes all matters related to insurance policies or coverage.

### Valuation of Services

11.    Attorneys and paraprofessionals of RL&F have expended a total of 214.7 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Mark D. Collins | 11.1 | $925 |
| Michael J. Merchant | 66.1 | $750 |
| Amanda R. Steele | 56.8 | $650 |
| Mark A. Kurtz | 3.3 | $625 |
| Brendan J. Schlauch | 11.2 | $480 |
| Brett M. Haywood | 2.2 | $450 |
| Megan E. Kenney | 6.7 | $320 |
| Sarah E. Silveira | 13.7 | $320 |
| Frank Y. Sun | 3.4 | $320 |
| Taylor R. Daily | 0.6 | $320 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Rebecca V. Speaker | 32.6 | $255 |
| Cynthia S. McMenamin | 1.6 | $255 |
| Ann Jerominski | 0.6 | $255 |
| M. Lynzy McGee | 6.3 | $255 |

The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Debtors during the Compensation Period is $122,804.50.

12. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the Compensation Period, an allowance be made to RL&F pursuant to the terms of the Interim Compensation Order, with respect to the sum of $122,804.50 as compensation for necessary professional services rendered (80% of which equals $98,243.60), and the sum of $2,146.10 as 100% reimbursement of actual necessary costs and expenses, for a total of $124,950.60 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: November 19, 2018
      Wilmington, Delaware

                                        Respectfully submitted,
                                        RICHARDS, LAYTON & FINGER, P.A.

                                        /s/ Amanda R. Steele
                                        Mark D. Collins (No. 2981)
                                        Michael J. Merchant (No. 3854)
                                        Amanda R. Steele (No. 5530)
                                        Brendan J. Schlauch (No. 6115)
                                        Megan E. Kenney (No. 6426)
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone: 302-651-7700
                                        Fax: 302-651-7701
                                        Email: collins@rlf.com
                                                    merchant@rlf.com
                                                    steele@rlf.com
                                                    schlauch@rlf.com
                                                    kenney@rlf.com

                                        *Counsel to the Debtors*

RLF1 20312803v.1

## **VERIFICATION**

STATE OF DELAWARE )
) SS:
COUNTY OF NEW CASTLE )

Amanda R. Steele, after being duly sworn according to law, deposes and says:

a) I am a director with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_____
Amanda R. Steele (No. 5530)

SWORN AND SUBSCRIBED before me
this 19th day of November, 2018

_____
Notary Public
My Commission Expires: 1/5/19

[Notary Seal: LESLEY A. MORRIS, MY COMMISSION EXPIRES JANUARY 5, 2019, NOTARY PUBLIC, STATE OF DELAWARE]

RLF1 20312803v.1