# **Exhibit B**



**RICHARDS LAYTON & FINGER**

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

Tax I.D. No.:  51-0226371

November 19, 2018
Invoice 580795

Page 1
Client #  749396
Matter #  200688

For disbursements incurred through October 31, 2018
relating to  The Rockport Group, LLC - Restructuring Advice

OTHER CHARGES:

| | |
|---|---:|
| Conference Calling | $66.30 |
| Court Reporter Services | $239.25 |
| Document Retrieval | $25.20 |
| Electronic Legal Research | $292.55 |
| Long distance telephone charges | $6.83 |
| Messenger and delivery service | $136.10 |
| Overtime | n/c |
| Photocopying/Printing | $1,373.20 |
| 1,947@.$10 pg/ 11,785 @ $.10pg | |
| Stationery Supplies | $6.67 |

Other Charges                    $2,146.10

TOTAL DUE FOR THIS INVOICE                    **$2,146.10**
BALANCE BROUGHT FORWARD                    $507.33

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018

Invoice 580795

Page 2

Client #  749396

Matter # 200688

**TOTAL DUE FOR THIS MATTER**                    **$2,653.43**

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018

Invoice 580795

Page 46

Client #  749396

Client:  Rockport Group, LLC, The

Matter:  The Rockport Group, LLC - Restructuring Advice
Case Administration
Creditor Inquiries
Meetings
Executory Contracts/Unexpired Leases
Plan of Reorganization/Disclosure Statement
Use, Sale of Assets
Cash Collateral/DIP Financing
Claims Administration
Court Hearings
General Corporate/Real Estate
Schedules/SOFA/U.S. Trustee Reports
Litigation/Adversary Proceedings
Retention of Others
RLF Fee Applications
Fee Applications of Others

| Date | Description | Summary Phrase |
|---|---|---|
| 10/01/18 | Docket Search | ELEGALRE ~ |
| | Amount = $25.00 | |
| 10/01/18 | Docket Search | ELEGALRE ~ |
| | Amount = $25.00 | |
| 10/01/18 | Docket Search | ELEGALRE ~ |
| | Amount = $25.00 | |
| 10/01/18 | Docket Search | ELEGALRE ~ |
| | Amount = $25.00 | |
| 10/01/18 | 913107895747 Long Distance | LD |
| | Amount = $0.44 | |
| 10/01/18 | PACER | DOCRETRI |
| | Amount = $3.00 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795
Page 47
Client #  749396

| Date | Description | | Code |
|------|-------------|---|------|
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $3.00 | | |
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $3.00 | | |
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $0.30 | | |
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $0.10 | | |
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $1.40 | | |
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $0.40 | | |
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $0.10 | | |
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $0.60 | | |
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $3.00 | | |
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $0.10 | | |
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $0.40 | | |
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $0.50 | | |
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $1.40 | | |
| 10/01/18 | PACER | | DOCRETRI |
| | Amount =  $3.00 | | |
| 10/01/18 | Printing | | DUP |
| | Amount =  $1.40 | | |
| 10/01/18 | Printing | | DUP |
| | Amount =  $0.70 | | |
| 10/01/18 | Printing | | DUP |
| | Amount =  $4.30 | | |
| 10/01/18 | Printing | | DUP |
| | Amount =  $0.50 | | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795
Page 48
Client #  749396

| Date | Description | | Amount | |
|---|---|---|---|---|
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.50 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.50 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $11.60 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.50 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.40 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.60 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $4.40 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $3.70 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.40 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $8.50 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.80 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.50 | |
| 10/01/18 | Printing | | | DUP |
| | | Amount = | $0.50 | |

The Rockport Group, LLC

Michael D. LeRoy, Chairman

Rockport Blocker, LLC c/o Crown Capital Advisors LLC

801 South Grand Avenue, Suite 900

Los Angeles CA  90017

November 19, 2018

Invoice 580795

Page 49

Client #  749396

| Date | Description | | Code |
|---|---|---|---|
| 10/01/18 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 10/02/18 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 10/02/18 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 10/02/18 | Printing | | DUP |
| | | Amount =  $5.80 | |
| 10/02/18 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 10/02/18 | Printing | | DUP |
| | | Amount =  $1.50 | |
| 10/02/18 | Printing | | DUP |
| | | Amount =  $1.20 | |
| 10/02/18 | Printing | | DUP |
| | | Amount =  $1.10 | |
| 10/02/18 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 10/02/18 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 10/02/18 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 10/02/18 | Printing | | DUP |
| | | Amount =  $1.20 | |
| 10/02/18 | Printing | | DUP |
| | | Amount =  $2.20 | |
| 10/02/18 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 10/02/18 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 10/02/18 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 10/03/18 | Docket Search | | ELEGALRE |
| | | Amount =  $25.00 | |
| 10/03/18 | 917348347923 Long Distance | | LD |
| | | Amount =  $0.95 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795

Page 50

Client #  749396

| Date | Description | | Code |
|---|---|---|---|
| 10/03/18 | 912124796525 Long Distance | | LD |
| | | Amount = $0.11 | |
| 10/03/18 | Printing | | DUP |
| | | Amount = $4.30 | |
| 10/03/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/03/18 | Printing | | DUP |
| | | Amount = $0.20 | |
| 10/04/18 | 912123108058 Long Distance | | LD |
| | | Amount = $0.50 | |
| 10/04/18 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/04/18 | Printing | | DUP |
| | | Amount = $12.40 | |
| 10/04/18 | Printing | | DUP |
| | | Amount = $0.30 | |
| 10/04/18 | Printing | | DUP |
| | | Amount = $0.20 | |
| 10/04/18 | Printing | | DUP |
| | | Amount = $0.20 | |
| 10/04/18 | Printing | | DUP |
| | | Amount = $0.20 | |
| 10/04/18 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/04/18 | Printing | | DUP |
| | | Amount = $0.30 | |
| 10/05/18 | Photocopies | | DUP |
| | | Amount = $87.10 | |
| 10/05/18 | Photocopies | | DUP |
| | | Amount = $11.30 | |
| 10/05/18 | Photocopies | | DUP |
| | | Amount = $52.10 | |
| 10/05/18 | PARALEGAL OT THRU 9/30/18 | | OT |
| | | Amount = $0.00 | |
| 10/05/18 | PACER | | DOCRETRI |
| | | Amount = $1.40 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795
Page 51

Client #  749396

| Date | Description | | Code |
|---|---|---|---|
| 10/05/18 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 10/05/18 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 10/05/18 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 10/05/18 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/07/18 | Docket Search | | ELEGALRE |
| | | Amount = $25.00 | |
| 10/07/18 | Document Retrieval (Electronic) | | ELEGALRE |
| | | Amount = $3.30 | |
| 10/07/18 | Docket Search | | ELEGALRE |
| | | Amount = $25.00 | |
| 10/08/18 | Photocopies | | DUP |
| | | Amount = $22.20 | |
| 10/08/18 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 10/08/18 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 10/08/18 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.30 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $1.10 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.50 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $1.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $10.20 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795

Page 52

Client #  749396

| Date | Description | | Type |
|------|-------------|---|------|
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.90 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.80 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.80 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $1.30 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.80 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.90 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $1.50 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.80 | |
| 10/08/18 | Printing | | DUP |
| | | Amount =  $0.50 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795
Page 53
Client #  749396

| Date | Description | | Type |
|------|-------------|---|------|
| 10/08/18 | Printing | | DUP |
| | | Amount = $4.50 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $1.00 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.70 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $1.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $1.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.90 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $1.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.70 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.70 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.50 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $8.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $8.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $2.70 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $2.50 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.50 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795
Page 54

Client #  749396

| Date | Description | | Code |
|------|-------------|---|------|
| 10/08/18 | Printing | | DUP |
| | | Amount = $1.30 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.90 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $2.50 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.70 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.90 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.50 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.80 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $1.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $1.10 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.90 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.80 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.90 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.50 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $1.20 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.70 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.80 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $3.40 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795

Page 55

Client #  749396

| 10/08/18 | Printing | | DUP |
|---|---|---|---|
| | | Amount = $1.60 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $2.00 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.20 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.30 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $12.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/08/18 | Printing | | DUP |
| | | Amount = $0.30 | |
| 10/09/18 | 914163676266 Long Distance | | LD |
| | | Amount = $0.11 | |
| 10/09/18 | 914163676266 Long Distance | | LD |
| | | Amount = $1.80 | |
| 10/09/18 | Messenger and delivery | | MESS |
| | | Amount = $5.40 | |
| 10/09/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/09/18 | Printing | | DUP |
| | | Amount = $2.00 | |
| 10/09/18 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/09/18 | Printing | | DUP |
| | | Amount = $0.20 | |
| 10/09/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/09/18 | Printing | | DUP |
| | | Amount = $0.50 | |
| 10/09/18 | Printing | | DUP |
| | | Amount = $0.10 | |

The Rockport Group, LLC                             November 19, 2018
Michael D. LeRoy, Chairman                          Invoice 580795
Rockport Blocker, LLC c/o Crown Capital Advisors LLC   Page 56
801 South Grand Avenue, Suite 900
Los Angeles CA  90017                               Client #  749396

| Date | Description | | Code |
|---|---|---|---|
| 10/09/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 10/09/18 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 10/09/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 10/09/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 10/09/18 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 10/09/18 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 10/10/18 | Photocopies | | DUP |
| | | Amount =  $19.60 | |
| 10/10/18 | Photocopies | | DUP |
| | | Amount =  $0.80 | |
| 10/10/18 | 912124796525 Long Distance | | LD |
| | | Amount =  $0.06 | |
| 10/10/18 | 912159791547 Long Distance | | LD |
| | | Amount =  $0.17 | |
| 10/10/18 | 912124796525 Long Distance | | LD |
| | | Amount =  $0.06 | |
| 10/10/18 | Messenger and delivery | | MESS |
| | | Amount =  $5.40 | |
| 10/10/18 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 10/10/18 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 10/10/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 10/10/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 10/10/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 10/10/18 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 10/10/18 | Printing | | DUP |
| | | Amount =  $0.10 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795
Page 57
Client #  749396

| Date | Description | | Type |
|---|---|---|---|
| 10/10/18 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 10/10/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 10/10/18 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 10/10/18 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 10/10/18 | Printing | | DUP |
| | | Amount =  $0.80 | |
| 10/10/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 10/10/18 | Stationary Supplies | | STAT |
| | | Amount =  $6.67 | |
| 10/11/18 | Photocopies | | DUP |
| | | Amount =  $1.60 | |
| 10/11/18 | PARALEGAL OT THRU 10/15/18 | | OT |
| | | Amount =  $0.00 | |
| 10/11/18 | 912124796525 Long Distance | | LD |
| | | Amount =  $0.50 | |
| 10/11/18 | Printing | | DUP |
| | | Amount =  $8.00 | |
| 10/11/18 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 10/11/18 | Printing | | DUP |
| | | Amount =  $3.30 | |
| 10/11/18 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 10/11/18 | Printing | | DUP |
| | | Amount =  $12.00 | |
| 10/12/18 | Messenger and delivery | | MESS |
| | | Amount =  $28.65 | |
| 10/12/18 | Messenger and delivery | | MESS |
| | | Amount =  $23.90 | |
| 10/12/18 | Messenger and delivery | | MESS |
| | | Amount =  $5.40 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $0.40 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795
Page 58
Client #  749396

| Date | Description | | Type |
|------|-------------|---|------|
| 10/12/18 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $6.60 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $6.60 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $12.60 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $12.60 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $12.10 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $121.00 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $60.50 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $50.40 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $3.10 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $3.30 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $60.50 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $121.00 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $12.10 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $12.60 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $63.00 | |
| 10/12/18 | Printing | | DUP |
| | | Amount =  $3.30 | |

The Rockport Group, LLC                                     November 19, 2018
Michael D. LeRoy, Chairman                                 Invoice 580795
Rockport Blocker, LLC c/o Crown Capital Advisors LLC       Page 59
801 South Grand Avenue, Suite 900
Los Angeles CA  90017                                      Client #  749396

| Date | Description | | Code |
|---|---|---|---|
| 10/12/18 | Printing | | DUP |
| | | Amount = $3.30 | |
| 10/12/18 | Printing | | DUP |
| | | Amount = $2.00 | |
| 10/12/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/12/18 | Printing | | DUP |
| | | Amount = $3.30 | |
| 10/12/18 | Printing | | DUP |
| | | Amount = $3.10 | |
| 10/12/18 | Printing | | DUP |
| | | Amount = $49.50 | |
| 10/12/18 | Printing | | DUP |
| | | Amount = $15.50 | |
| 10/12/18 | Printing | | DUP |
| | | Amount = $0.50 | |
| 10/12/18 | Printing | | DUP |
| | | Amount = $10.00 | |
| 10/12/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/15/18 | CourtCall | | CONFCALL |
| | | Amount = $37.00 | |
| 10/15/18 | 912129096831 Long Distance | | LD |
| | | Amount = $0.11 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $6.30 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $6.20 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $4.40 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $1.10 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.40 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795
Page 60
Client #  749396

| Date | Description | | Type |
|---|---|---|---|
| 10/15/18 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $5.70 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $0.80 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $4.80 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $4.90 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $6.10 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $6.10 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $6.20 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $2.90 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 10/15/18 | Printing | | DUP |
| | | Amount =  $2.60 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA 90017

November 19, 2018
Invoice 580795
Page 61
Client # 749396

| Date | Description | | Type |
|---|---|---|---|
| 10/15/18 | Printing | | DUP |
| | | Amount = $6.20 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $4.30 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $2.10 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.70 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $6.20 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.20 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.30 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $3.10 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $3.60 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.50 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $3.40 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.30 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.40 | |

The Rockport Group, LLC                                    November 19, 2018
Michael D. LeRoy, Chairman                                Invoice 580795
Rockport Blocker, LLC c/o Crown Capital Advisors LLC      Page 62
801 South Grand Avenue, Suite 900
Los Angeles CA  90017                                     Client #  749396

| Date | Description | | Code |
|------|-------------|---|------|
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $4.80 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $6.10 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $2.00 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.30 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/15/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/15/18 | Westlaw | | ELEGALRE |
| | | Amount = $89.25 | |
| 10/16/18 | 917348347923 Long Distance | | LD |
| | | Amount = $0.78 | |
| 10/16/18 | 913477486002 Long Distance | | LD |
| | | Amount = $0.22 | |
| 10/16/18 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | | Amount = $8.60 | |
| 10/16/18 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | | Amount = $8.60 | |
| 10/16/18 | Messenger and delivery | | MESS |
| | | Amount = $19.15 | |
| 10/16/18 | Messenger and delivery | | MESS |
| | | Amount = $19.15 | |
| 10/16/18 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 10/16/18 | Printing | | DUP |
| | | Amount = $0.90 | |
| 10/16/18 | Printing | | DUP |
| | | Amount = $12.70 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795

Page 63

Client #  749396

| Date | Description | | Type |
|------|-------------|---|------|
| 10/16/18 | Printing | | DUP |
| | Amount = | $12.60 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $7.00 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $0.90 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $12.60 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $7.00 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $0.90 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $12.70 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $5.00 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $2.50 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $1.00 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $12.70 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $7.00 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $12.60 | |
| 10/16/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/18/18 | RELIABLE WILMINGTON: WL080975 | | CTRPT |
| | Amount = | $239.25 | |
| 10/18/18 | Printing | | DUP |
| | Amount = | $0.20 | |
| 10/18/18 | Printing | | DUP |
| | Amount = | $6.60 | |
| 10/18/18 | Printing | | DUP |
| | Amount = | $0.20 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795
Page 64
Client #  749396

| Date | Description | | Code |
|---|---|---|---|
| 10/18/18 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 10/19/18 | Messenger and delivery | | MESS |
| | | Amount =  $5.40 | |
| 10/19/18 | Printing | | DUP |
| | | Amount =  $1.50 | |
| 10/23/18 | Printing | | DUP |
| | | Amount =  $1.40 | |
| 10/23/18 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 10/23/18 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 10/23/18 | Printing | | DUP |
| | | Amount =  $2.80 | |
| 10/23/18 | Printing | | DUP |
| | | Amount =  $3.50 | |
| 10/23/18 | Printing | | DUP |
| | | Amount =  $2.80 | |
| 10/23/18 | Printing | | DUP |
| | | Amount =  $0.90 | |
| 10/23/18 | Printing | | DUP |
| | | Amount =  $2.00 | |
| 10/23/18 | Printing | | DUP |
| | | Amount =  $0.80 | |
| 10/23/18 | Printing | | DUP |
| | | Amount =  $0.80 | |
| 10/24/18 | Docket Search | | ELEGALRE |
| | | Amount =  $25.00 | |
| 10/24/18 | Printing | | DUP |
| | | Amount =  $2.40 | |
| 10/24/18 | Printing | | DUP |
| | | Amount =  $2.30 | |
| 10/24/18 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 10/24/18 | Printing | | DUP |
| | | Amount =  $2.00 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795

Page 65

Client #  749396

| | | | |
|---|---|---|---|
| 10/24/18 | Printing | | DUP |
| | | Amount = $0.90 | |
| 10/24/18 | Printing | | DUP |
| | | Amount = $0.30 | |
| 10/24/18 | Printing | | DUP |
| | | Amount = $0.80 | |
| 10/24/18 | Printing | | DUP |
| | | Amount = $2.00 | |
| 10/24/18 | Printing | | DUP |
| | | Amount = $2.00 | |
| 10/24/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/24/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/24/18 | Printing | | DUP |
| | | Amount = $2.00 | |
| 10/24/18 | Printing | | DUP |
| | | Amount = $0.30 | |
| 10/24/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 10/25/18 | 919179628894 Long Distance | | LD |
| | | Amount = $0.11 | |
| 10/25/18 | 917348347923 Long Distance | | LD |
| | | Amount = $0.11 | |
| 10/25/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 10/25/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 10/25/18 | Printing | | DUP |
| | | Amount = $12.70 | |
| 10/25/18 | Printing | | DUP |
| | | Amount = $3.10 | |
| 10/25/18 | Printing | | DUP |
| | | Amount = $2.30 | |
| 10/25/18 | Printing | | DUP |
| | | Amount = $2.40 | |
| 10/25/18 | Printing | | DUP |
| | | Amount = $0.90 | |

The Rockport Group, LLC                                    November 19, 2018
Michael D. LeRoy, Chairman                                 Invoice 580795
Rockport Blocker, LLC c/o Crown Capital Advisors LLC       Page 66
801 South Grand Avenue, Suite 900
Los Angeles CA  90017                                      Client #  749396

| | | | |
|---|---|---|---|
| 10/25/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/25/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/25/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/25/18 | Printing | | DUP |
| | | Amount = $0.30 | |
| 10/25/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/25/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/25/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/26/18 | PARALEGAL OT THRU 10/31/18 | | OT |
| | | Amount = $0.00 | |
| 10/26/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 10/26/18 | Printing | | DUP |
| | | Amount = $0.30 | |
| 10/26/18 | Printing | | DUP |
| | | Amount = $0.70 | |
| 10/29/18 | 914163676266 Long Distance | | LD |
| | | Amount = $0.68 | |
| 10/29/18 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 10/29/18 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/29/18 | Printing | | DUP |
| | | Amount = $1.20 | |
| 10/29/18 | Printing | | DUP |
| | | Amount = $3.20 | |
| 10/29/18 | Printing | | DUP |
| | | Amount = $3.00 | |
| 10/29/18 | Printing | | DUP |
| | | Amount = $1.30 | |

The Rockport Group, LLC
Michael D. LeRoy, Chairman
Rockport Blocker, LLC c/o Crown Capital Advisors LLC
801 South Grand Avenue, Suite 900
Los Angeles CA  90017

November 19, 2018
Invoice 580795

Page 67

Client #  749396

| Date | Description | | Code |
|------|-------------|---|------|
| 10/29/18 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 10/31/18 | Conference Calls for Octover 2018 Conference Calling | | CONFCALL |
| | | Amount =  $29.30 | |
| 10/31/18 | 912122574162 Long Distance | | LD |
| | | Amount =  $0.06 | |
| 10/31/18 | 912122574162 Long Distance | | LD |
| | | Amount =  $0.06 | |
| 10/31/18 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 10/31/18 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 10/31/18 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 10/31/18 | Printing | | DUP |
| | | Amount =  $3.00 | |
| 10/31/18 | Printing | | DUP |
| | | Amount =  $12.70 | |
| 10/31/18 | Printing | | DUP |
| | | Amount =  $0.60 | |

TOTALS FOR   749396                Rockport Group, LLC, The

Expenses     $2,146.10