UNITED STATES BANKRUPTCY COURT
FOR THE
<u>DISTRICT OF DELAWARE</u>

|  |  |
|---|---|
| In re:<br><br>THE RELAY SHOE COMPANY, LLC, *et al.*,<br><br>Debtors. [1] | Chapter 11<br>Case No.: 18-11145-LSS<br><br>**Hearing Date: Nov. 28, 2018, 10:00 a.m.** |

<u>MOTION TO WITHDRAW PROOF OF CLAIM #102</u>

On or about August 13, 2018, the Secretary of Labor (hereinafter "the Secretary") filed a Proof of Claim (Claim #102) in the amount of Two Hundred Forty-seven thousand Four hundred eighty-six dollars ($247,486). In the attachment to the Proof of Claim, the Secretary notified the Court that he had initiated an investigation of The Rockport Co., LLC 401(k) Savings and Retirement Plan (hereinafter "the Plan"), an employee pension benefit plan covered by the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1001 *et. seq.* (hereinafter "ERISA"). The Secretary's Proof of Claim was filed because submissions filed with the Secretary by the Plan indicated that $247,486 in Plan participant contributions had not been

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay 1-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

forwarded to the Plan in violation of ERISA. Subsequent submissions provided to the Secretary pursuant to his requests have shown that said amount was later contributed to the Plan. Accordingly, pursuant to Federal Rule of Bankruptcy Procedure 3006, the Secretary hereby notifies the Court that he is withdrawing his claim.

The Debtor-In-Possession filed an objection to the Secretary's claim, designated as Claim #102, which objection was received by the Secretary on or about October 29, 2018. The Debtor's Objection requests that the Secretary's Claim be disallowed in full as a "No Liability" claim.

The Secretary now respectfully moves this Court seeking leave to withdraw and discontinue the claim because the Department of Labor investigation has found that the claimed amount has been forward to the Plan. Wherefore, the Secretary requests from the Court an order permitting such withdrawal upon such terms and conditions as the Court deems proper.

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
TEL: (617)565-2500
FAX: (617)565-2142

Respectfully submitted,

Kate O'Scannlain
Solicitor of Labor

Maia S. Fisher
Regional Solicitor

Donald E. d'Entremont
Attorney

Attorneys for the
U.S. Department of Labor

DATE  11/19/18