UNITED STATES BANKRUPTCY COURT
FOR THE
<u>DISTRICT OF DELAWARE</u>

| | |
|---|---|
| In re:<br><br>THE RELAY SHOE COMPANY, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No.: 18-11145-LSS<br><br>**Hearing Date: Nov. 28, 2018, 10:00 a.m.** |

<u>ORDER GRANTING PERMISSION TO WITHDRAW CLAIM #102</u>

Motion of Secretary of Labor, filed on November 19, 2018, seeking leave to withdraw the proof of claim filed in the amount of Two Hundred Forty-seven thousand Four hundred eighty-six dollars ($247,486), Claim # 102, and Debtor-In-Possession having been duly notified of the application by the Secretary of Labor appearing by Donald E. d'Entremont, Esq., his attorney, and no party in adverse interest appearing, upon the Motion of Secretary of Labor,

IT IS ORDERED that the claim be taken and considered as withdrawn and annulled, as if it had not been filed.

Dated at Wilmington, Delaware, this_____day of _____, 2018.

_____
United States Bankruptcy Judge
Laurie Selber Silverstein