UNITED STATES BANKRUPTCY COURT
FOR THE
<u>DISTRICT OF DELAWARE</u>

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No.: 18-11145-LSS |
| THE RELAY SHOE COMPANY, LLC, *et al.* ) | |
| ) | Hearing Date: **Nov. 28, 2018, 10:00 a.m.** |
| Debtors. ) | |

<u>NOTICE OF APPEARANCE</u>

Please enter my appearance in the above captioned matter on behalf of the Secretary of Labor, United States Department of Labor.

                                                 Respectfully submitted,

                                                 Kate O'Scannlain
                                                 Solicitor of Labor

Post Office Address:                         Maia S. Fisher
U.S. Department of Labor                  Regional Solicitor
Office of the Regional Solicitor
JFK Federal Building - Room. E-375
Boston, Massachusetts 02203        Donald E. d'Entremont
Phone:  617-565-2500                Senior Trial Attorney
Fax:    617-565-2142                United States Department of Labor

                                                 Date: November 19, 2018