**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                       )

In re:                                             )        Chapter 11

THE RELAY SHOE COMPANY, LLC, *et al.*,   )        Case No. 18-11145 (LSS)

             Debtors.[1]                         )        Jointly Administered

_____  )

**NOTICE OF AGENDA ON MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 28, 2018 AT 10:00 A.M. (ET)[2]**

**I.    CONTINUED MATTER:**

    1.    Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 554 - filed October 16, 2018]

           <u>Response/Objection Deadline</u>:    November 19, 2018 at 4:00 p.m. (ET); extended for the U.S. Securities & Exchange Commission (the "**SEC**") to November 26, 2018 at 12:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to December 3, 2018 at 4:00 p.m. (ET); extended generally for the Office of the United States Trustee (the "**U.S. Trustee**")

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay 1-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Shoe Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

[2] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the November 28, 2018 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with *the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*. All motions and other pleadings referenced herein are available online free of charge at the following address: https://cases.primeclerk.com/rockport.

Responses/Objections Received:

A. Objection of the Chubb Companies to Final Approval of the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 599 - filed November 19, 2018]

B. Informal comments from the SEC

C. Informal Comments from the U.S. Trustee

D. Informal Comments from Attune Consulting USA, Inc. ("**Attune**")

Related Documents:

i. Order (A) Approving the Disclosure Statement Set Forth in the Combined Plan and Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Confirmation Hearing and Deadline for Filing Objections to Final Approval of the Combined Plan and Disclosure Statement and confirmation Thereof, and (F) Approving the Related Form of Notice [Docket No. 557 - entered October 16, 2018]

ii. Notice of (I) Establishment of Solicitation and Voting Procedures and (II) Final Hearing on Confirmation of Combined Plan and Disclosure Statement [Docket No. 559 - filed October 16, 2018]

iii. Notice of Filing of Plan Supplement [Docket No. 591 - filed November 9, 2018]

Status: The confirmation hearing has been continued to December 11, 2018 at 1:30 p.m. (ET).  The Debtors have resolved the informal comments of the SEC and Attune and are working to address the remaining objections in advance of the hearing.

## II. MATTERS WITH CERTIFICATION OF COUNSEL AND CERTIFICATE OF NO OBJECTION:

2. Debtors' First Omnibus (Substantive) Objection to Certain Misclassified and No Liability Claims [Docket No. 579 - filed October 29, 2018]

Response/Objection Deadline: November 19, 2018 at 4:00 p.m. (ET); extended to November 20, 2018 at 4:00 p.m. (ET) for Hemisphere Design & Manufacturing LLC ("**Hemisphere**")

2

Responses/Objections Received:

A.  Informal Comments from Hemisphere

Related Documents:

i.  Motion to Withdraw Proof of Claim #102 [Docket No. 597 - filed November 19, 2018] *(Document located under tab 4.)*

ii. Notice of Submission of Copies of Proofs of Claim re: Debtors' First Omnibus (Substantive) Objection to Certain Misclassified and No Liability Claims [Docket No. 601 - filed November 20, 2018]

iii. Certification of Counsel Regarding Debtors' First Omnibus (Substantive) Objection to Certain Misclassified and No Liability Claims [Docket No. 607 - filed November 21, 2018]

Status: The hearing with respect to the claim of Hemisphere has been continued to December 11, 2018 at 1:30 p.m. (ET). On November 19, 2018, the Secretary of Labor filed a motion to withdraw Claim No. 102 (the "**Withdrawal Motion**"). In the event the Withdrawal Motion is granted, the relief requested in the Objection as it relates to Claim No. 102 will be moot. Accordingly, on November 21, 2018, the Debtors filed a revised proposed form of order under certification of counsel granting the relief requested in the Objection except with respect to Hemisphere and the Secretary of Labor. A hearing on this matter is only necessary to the extent that the Court has a question or concern regarding the proposed form of order.

3.  Debtors' Second Omnibus (Non-Substantive) Objection to Certain Amended and Duplicate Claims [Docket No. 580 - filed October 29, 2018]

    Response/Objection Deadline:     November 19, 2018 at 4:00 p.m. (ET)

    Responses/Objections Received:   None.

    Related Documents:

    i.  Notice of Submission of Copies of Proofs of Claim re: Debtors' Second Omnibus (Non-Substantive) Objection to Certain Amended and Duplicate Claims [Docket No. 602 - filed November 20, 2018]

    ii. Certificate of No Objection Regarding Debtors' Second Omnibus (Non-Substantive) Objection to Certain Amended and Duplicate Claims [Docket No. 606 - filed November 21, 2018]

Status: On November 21, 2018, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has a question or concern.

**III.   UNCONTESTED MATTER:**

4. Motion to Withdraw Proof of Claim #102 [Docket No. 597 - filed November 19, 2018]

    Responses/Objections Received:     None.

    Related Documents:   None.

    Status: The Debtors do not oppose the relief requested in the Withdrawal Motion. Accordingly, the Debtors do not believe that a hearing on the Withdrawal Motion is necessary and will reach out to the Secretary of Labor regarding the submission of an order under certification of counsel.

Dated: November 26, 2018
    Wilmington, Delaware

/s/ Amanda R. Steele
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Megan E. Kenney (No. 6426)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Fax:  302-651-7701
Email:  collins@rlf.com
            merchant@rlf.com
            steele@rlf.com
            schlauch@rlf.com
            kenney@rlf.com

*Counsel to the Debtors*