UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No.: 18-11145-LSS |
| THE RELAY SHOE COMPANY, LLC, *et al.*, | ) |  |
|  | ) |  |
|  | ) | **Hearing Date: Nov. 28, 2018, 10:00 a.m.** |
| Debtors.[1] | ) |  |
|  | ) |  |

CERTIFICATION OF NO OBJECTION TO MOTION TO WITHDRAW CLAIM #102 FILED BY UNITED STATES DEPARTMENT OF LABOR

The undersigned hereby certifies that he has received no objection to the motion of the Secretary of the United States Department of Labor (hereinafter "the Secretary") filed on November 19, 2018 seeking to withdraw proof of claim # 102.

On or about August 13, 2018, the Secretary filed a Proof of Claim (Claim #102) in the amount of Two Hundred Forty-seven thousand Four hundred eighty-six dollars ($247,486). In the attachment to the Proof of Claim, the Secretary notified the Court that he had initiated an investigation of The Rockport Co., LLC 401(k) Savings and Retirement Plan (hereinafter "the Plan"), an employee pension benefit plan covered by the Employee Retirement Income Security

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay 1-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

Act of 1974, 29 U.S.C. Section 1001 *et. seq.* (hereinafter "ERISA"). The Secretary's Proof of Claim was filed because submissions filed with the Secretary by the Plan indicated that $247,486 in Plan participant contributions had not been forwarded to the Plan in violation of ERISA. Subsequent submissions provided to the Secretary pursuant to his requests have shown that said amount was later contributed to the Plan.

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
TEL: (617)565-2500
FAX: (617)565-2142

Respectfully submitted,

Kate O'Scannlain
Solicitor of Labor

Maia S. Fisher
Regional Solicitor

*/s/ Donald E. d'Entremont*
Senior Trial Attorney

Attorneys for the
U.S. Department of Labor

November 27, 2018

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing CERTIFICATION OF NO OBJECTION TO MOTION TO WITHDRAW CLAIM #102 FILED BY UNITED STATES DEPARTMENT OF LABOR on the 27th day of November, 2018, by placing one (1) copy of same in a postage-paid envelope addressed to:

> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, Delaware 19801
> Attn: Mark D. Collins
>        Michael J. Merchant
>        Amanda R. Steele
> Facsimile: 302-651-7701

the last known address and depositing same in the United States Mail at Boston, Massachusetts.

/s/ William J. Mahoney, Jr.