**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                                    )
In re:                                                              )     Chapter 11
                                                                    )
THE RELAY SHOE COMPANY, LLC, *et al.*,    )     Case No. 18-11145 (LSS)
                                                                    )
          Debtors.[1]                                         )     Jointly Administered
                                                                    )
                                                                    )
_____ )

**NOTICE OF AGENDA ON MATTERS SCHEDULED FOR
HEARING ON DECEMBER 11, 2018 AT 1:30 P.M. (ET)**

*AS ALL MATTERS HAVE BEEN CONTINUED TO DECEMBER 19, 2018 AT 10:30 A.M.,
THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

## I.    CONTINUED MATTERS:

1.   Debtors' First Omnibus (Substantive) Objection to Certain Misclassified and No Liability Claims [Docket No. 579 - filed October 29, 2018]

     Response/Objection Deadline:    November 19, 2018 at 4:00 p.m. (ET); extended to November 20, 2018 at 4:00 p.m. (ET) for Hemisphere Design & Manufacturing LLC ("**Hemisphere**")

     Responses/Objections Received:

     A.    Informal Comments from Hemisphere

     Related Documents:

     i.    Notice of Submission of Copies of Proofs of Claim re: Debtors' First Omnibus (Substantive) Objection to Certain Misclassified and No Liability Claims [Docket No. 601 - filed November 20, 2018]

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay 1-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Shoe Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

ii. Order Sustaining Debtors' First Omnibus (Substantive) Objection to Certain Misclassified and No Liability Claims [Docket No. 613 - entered November 26, 2018]

Status: On November 26, 2018, the Court entered an order granting the relief requested in the objection for all claims other than the claim of Hemisphere. The hearing on the objection with respect to the claim of Hemisphere has been continued to December 19, 2018 at 10:30 a.m. (ET) while the Debtors and Hemisphere work to resolve the informal response.

2. Motion for Entry of an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal the Objection of the Official Committee of Unsecured Creditors to the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 622 - filed December 3, 2018]

Response/Objection Deadline:    At the hearing.

Responses/Objections Received:    None.

Related Documents:

i. (SEALED) Objection of the Official Committee of Unsecured Creditors to the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 620 - filed December 3, 2018]

ii. (REDACTED) Objection of the Official Committee of Unsecured Creditors to the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 621 - filed December 3, 2018]

Status: The hearing on this matter has been continued to December 19, 2018 at 10:30 a.m. (ET).

## II. CONFIRMATION - CONTINUED:

3. Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 554 - filed October 16, 2018]

Response/Objection Deadline:    November 19, 2018 at 4:00 p.m. (ET); extended for the U.S. Securities & Exchange Commission (the "**SEC**") to November 26, 2018 at 12:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to December 3, 2018 at 4:00 p.m. (ET); extended generally for the Office of the United States Trustee (the "**U.S. Trustee**")

Responses/Objections Received:

A.  Objection of the Chubb Companies to Final Approval of the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 599 - filed November 19, 2018]

B.  (SEALED) Objection of the Official Committee of Unsecured Creditors to the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 620 - filed December 3, 2018]

C.  (REDACTED) Objection of the Official Committee of Unsecured Creditors to the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 621 - filed December 3, 2018]

D.  Informal comments from the SEC

E.  Informal Comments from the U.S. Trustee

F.  Informal Comments from Attune Consulting USA, Inc. ("**Attune**")

Related Documents:

i.  Order (A) Approving the Disclosure Statement Set Forth in the Combined Plan and Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Confirmation Hearing and Deadline for Filing Objections to Final Approval of the Combined Plan and Disclosure Statement and confirmation Thereof, and (F) Approving the Related Form of Notice [Docket No. 557 - entered October 16, 2018]

ii. Notice of (I) Establishment of Solicitation and Voting Procedures and (II) Final Hearing on Confirmation of Combined Plan and Disclosure Statement [Docket No. 559 - filed October 16, 2018]

iii. Notice of Filing of Plan Supplement [Docket No. 591 - filed November 9, 2018]

iv. Motion for Entry of an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal the Objection of the Official Committee of Unsecured Creditors to the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 622 - filed December 3, 2018]

Status: The confirmation hearing has been continued to December 19, 2018 at 10:30 a.m. (ET).  The Debtors have resolved the informal comments of the

       SEC and Attune and are working to address the remaining objections in advance of the hearing.

Dated: December 7, 2018
     Wilmington, Delaware

*/s/ Amanda R. Steele*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Megan E. Kenney (No. 6426)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Fax: 302-651-7701
Email: collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       schlauch@rlf.com
       kenney@rlf.com

*Counsel to the Debtors*