# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE RELAY SHOE COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-11145 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 608 |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, INC., AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018**

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the *Sixth Monthly Application for Compensation and Reimbursement of Expenses of Province, Inc., as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from October1, 2018 through October 31, 2018* [Docket No. 608] (the "Application") of Province, Inc. (the "Applicant"). The undersigned further certifies that he has reviewed the Court's docket in this case and no formal answer, objection or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay I-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Shoe Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), and DD Management Services LLC (8274) and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

10022649v1

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 218] (the "Interim Compensation Order") entered June 25, 2018, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: December 12, 2018<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Aaron H. Stulman<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Aaron H. Stulman (No. 5807)<br>WHITEFORD, TAYLOR & PRESTON LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801<br>Telephone: (302) 353-4144<br>Facsimile:  (302) 661-7950<br>Email:     csamis@wtplaw.com<br>           kgood@wtplaw.com<br>           astulman@wtplaw.com<br><br>-and-<br><br>Jay R. Indyke, Esq.<br>Robert Winning, Esq.<br>Sarah A. Carnes, Esq.<br>COOLEY LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, New York 10036-7798<br>Telephone: (212) 479-6000<br>Facsimile:  (212) 479-6275<br>Email:     jindyke@cooley.com<br>           rwinning@ cooley.com<br>           scarnes@cooley.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

10022649v1

# EXHIBIT A

## THE RELAY SHOE COMPANY, LLC, *et al*.
## CASE NO. 18-11145 (LSS)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Province, Inc. [Docket No. 608] | 10/1/18 - 10/31/18 | $19,975.00 (Fees) $0.00 (Expenses) | $15,980.00 (Fees @ 80%) $0.00 (Expenses @ 100%) | 11/21/18 | 12/11/18 |

10022649v1