## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE RELAY SHOE COMPANY, LLC, *et al.,* | ) Case No. 18-11145 (LSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) |

### AFFIDAVIT OF SERVICE

I, Robert J. Rubel, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 7, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on (1) the Core/2002 Service List attached hereto as **Exhibit A** and (2) the Respondents Service List attached hereto as **Exhibit B**:

- Notice of Agenda on Matters Scheduled for Hearing on December 11, 2018 at 1:30 p.m. (ET) [Docket No. 634]

Dated: December 12, 2018

Robert J. Rubel

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 12, 2018, by Robert J. Rubel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSICA G. BERMAN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02BE6333194
Qualified in Nassau County
Commission Expires 11/16/2019

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay 1-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Shoe Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

SRF 29454

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO THE ABL ADMINISTRATIVE AGENT AND ABL DIP AGENT; CITIZENS BUSINESS CAPITAL, AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT | ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR & KATHARINA EARLE, ESQ. 500 DELAWARE AVE., 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899-1150 | 302-654-2067 | gtaylor@ashbygeddes.com kearle@ashbygeddes.com | Email |
| COUNSEL FOR STARWOOD RETAIL PARTNERS, LLC AND THE MACERICH COMPANY | BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH 2029 CENTURY PARK EAST SUITE 800 LOS ANGELES CA 90067 | 424-204-4350 | branchd@ballardspahr.com | Email |
| COUNSEL FOR STARWOOD RETAIL PARTNERS, LLC AND THE MACERICH COMPANY | BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN, CHANTELLE D. MCCLAMB 919 N. MARKET STREET 11TH FLOOR WILMINGTON DE 19801-3034 | 302-252-4466 | heilmanl@ballardspahr.com roglenl@ballardspahr.com mcclamc@ballardspahr.com | Email |
| ATTORNEYS FOR SAP INDUSTIRES, INC. | BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN 6 NORTH BOARD STREET SUITE 100 WOODBURY NJ 08096 | 856-853-9933 | dludman@brownconnery.com | Email |
| ATTORNEYS FOR ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN:  SHAWN M. CHRISTIANSON, ESQ. 55 SECOND STREET 17TH FLOOR SAN FRANCISCO CA 94105-3493 | 415-227-0770 | schristianson@buchalter.com | Fax and Email |
| COUNSEL TO STELLA INTERNATIONAL TRADING (MACAO COMMERCIAL OFFSHORE) LIMITED | CHIPMAN BROWN CICERO & COLE, LLP | ATTN: WILLIAM E. CHIPMAN, JR., ESQ. HERCULES PLAZA 1313 NORTH MARKET STREET, SUITE 5400 WILMINGTON DE 19801-6101 | | chipman@chipmanbrown.com | Email |
| ABL Administrative Agent | Citizens Business Capital | Attn:  Jessica Benevides-Caron 28 State Street Boston MA 02109 | | | Overnight Mail |
| COUNSEL TO DISTRICT AT GREEN VALLEY, LLC AND VESTAR GATEWAY, LLC | CLARK HILL PLC | ATTN: DAVID M. BLAU, ESQ. 151 S. OLD WOODWARD AVE. STE. 200 BIRMINGHAM MI 48009 | 248-988-2336 | dblau@clarkhill.com | Fax and Email |
| COUNSEL TO DISTRICT AT GREEN VALLEY, LLC AND VESTAR GATEWAY, LLC | CLARK HILL PLC | ATTN: KAREN M. GRIVNER, ESQ. 824 N. MARKET ST. STE. 710 WILMINGTON DE 19801 | 302-421-9439 | kgrivner@clarkhill.com | Fax and Email |
| Counsel to adidas AG and Reebok International Ltd. | COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, PATRICK J. REILLEY 500 DELAWARE AVENUE SUITE 1410 WILMINGTON DE 19802 | 302-652-3117 | npernick@coleschotz.com preilley@coleschotz.com | Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | COOLEY LLP | ATTN: JAY INDYKE, ROBERT WINNING, SARAH A. CARNES, LAUREN A. REICHARDT<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 212-479-6275 | jindyke@cooley.com<br>rwinning@cooley.com<br>scarnes@cooley.com<br>lreichardt@cooley.com | Fax and Email |
| Collateral Agent | Cortland Capital Market Services LLC | Attn: Chris Capezuti and Legal Department<br>225 West Washington Street, 9th Floor<br>Chicago IL 60606 | 917-720-2883<br>312-376-0751 | Cortland_Successor_Agent@cortlandglobal.com<br>legal@cortlandglobal.com | Fax and Email |
| COUNSEL TO THE SENIOR SECURED NOTEHOLDERS, PREPETITION NOTEHOLDERS AND DIP NOTE LENDERS | DEBEVOISE & PLIMPTON LLP | ATTN: MY CHI TO, DANIEL E. STROIK & ERICA S. WEISGERBER<br>919 THIRD AVENUE<br>NEW YORK NY 10022 | 212-521-7425 | mcto@debevoise.com<br>destroik@debevoise.com<br>eweisgerber@debevoise.com | Fax and Email |
| DELAWARE ATTORNEY GENERAL | DELAWARE ATTORNEY GENERAL | ATTN BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 | 302-577-6630 | attorney.general@state.de.us | Fax and Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 302-577-8632 | FASNotify@state.de.us | Fax and Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER  DE 19903 | 302-739-5831 | dosdoc_Ftax@state.de.us | Fax and Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD STE 100<br>DOVER  DE 19904 | 302-739-5635 | statetreasurer@state.de.us | Fax and Email |
| COUNSEL TO ORACLE AMERICA, INC. | DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI, ESQ.<br>1979 MARCUS AVENUE, SUITE 210E<br>LAKE SUCCESS NY 11042 | | amish@doshilegal.com | Overnight Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 3 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPT<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103-2029 | 215-814-5103 | | Fax and Overnight Mail |
| COUNSEL TO GGP LIMITED PARTNERSHIP | GGP LIMITED PARTNERSHIP, AS AGENT | ATTN: KRISTEN N. PATE<br>350 N. ORLEANS STREET<br>SUITE 300<br>CHICAGO IL 60654-1607 | 312-442-6374 | ggpbk@ggp.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO THE STALKING HORSE BIDDER | GOODWIN PROCTER LLP | ATTN: JON HERZOG & JOSEPH F. BERNARDI, JR.<br>100 NORTHERN AVENUE<br>BOSTON MA 02210 | | jherzog@goodwinlaw.com<br>jbernardi@goodwinlaw.com | Overnight Mail and Email |
| COUNSEL TO THE STALKING HORSE BIDDER | GOODWIN PROCTER LLP | ATTN: WILLIAM WEINTRAUB<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 | | wweintraub@goodwinlaw.com | Overnight Mail and Email |
| COUNSEL TO MARATHON OPCO, LLC (Purchaser) | GOODWIN PROCTER LLP | ATTN: WILLIAM P. WEINTRAUB, ESQ. & BARRY Z. BAZIAN, ESQ.<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 | | wweintraub@goodwinlaw.com<br>bbazian@goodwinlaw.com | Overnight Mail and Email |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC AS THE DIP NOTES AGENT | HOLLAND & KNIGHT LLP | ATTN: BARBRA R. PARLIN<br>31 WEST 52ND STREET<br>12TH FLOOR<br>NEW YORK NY 10019 | | barbra.parlin@hklaw.com | Email |
| COUNSEL TO THE SECURED NOTES AGENT AND DIP NOTES AGENT | HOLLAND & KNIGHT LLP | ATTN: JOSHUA SPENCER<br>131 SOUTH DEARBORN STREET<br>30TH FLOOR<br>CHICAGO IL 60603 | | joshua.spencer@hklaw.com | Overnight Mail and Email |
| ABL Secured Parties | HSBC Bank Canada | 70 York Street, 5th Floor<br>Toronto ON M5J 1S9 Canada | | | Overnight Mail |
| ABL Secured Parties | HSBC Bank, N.A. | 99 High Street, Floor 29<br>Boston MA 02110 | | | Overnight Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 855-235-6787 | | Fax and Overnight Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 855-235-6787 | | Fax and Overnight Mail |
| COUNSEL FOR IRON MOUNTAIN INFORMATION MANAGEMENT, LLC, A CREDITOR OF THE DEBTOR | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | ATTN: JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON MA 02110 | 617-451-0409 | Bankruptcy2@ironmountain.com | Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO STELLA INTERNATIONAL TRADING (MACAO COMMERCIAL OFFSHORE) LIMITED | KATTEN MUCHIN ROSENMAN LLP | ATTN: STEVEN J. REISMAN, ESQ., CINDI M. GIGLIO, ESQ. 575 MADISON AVENUE NEW YORK NY 10022-2585 | 212-940-8776 | sreisman@katten.com cgiglio@katten.com | Fax and Email |
| COUNSEL FOR DIRECTORS GUILD OF AMERICA, INC. | LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN 919 NORTH MARKET STREET SUITE 460 WILMINGTON DE 19801 | 302-792-7420 | skaufman@skaufmanlaw.com | Fax and Email |
| COUNSEL TO WESTFIELD, LLC AND ITS AFFILIATE WESTLAND GARDEN STATE PLAZA LIMITED PARTNERSHIP | LECLAIRRYAN | ATTN: ANDREW L. COLE 800 NORTH KING STREET SUITE 303 WILMINGTON DE 19801 | | andrew.cole@leclairryan.com | Email |
| COUNSEL TO WESTFIELD, LLC AND ITS AFFILIATE WESTLAND GARDEN STATE PLAZA LIMITED PARTNERSHIP | LECLAIRRYAN | ATTN: NICLAS A. FERLAND, ESQ., ILAN MARKUS, ESQ. 545 LONG WHARF DRIVE 9TH FLOOR NEW HAVEN CT 06511 | 203-672-3232 | niclas.ferland@leclairryan.com ilan.markus@leclairryan.com | Email |
| COUNSEL TO DALLAS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS TX 75207 | 469-221-5003 | dallas.bankruptcy@publicans.com | Email |
| COUNSEL TO MONTGOMERY COUNTY AND HARRIS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN PO BOX 3064 HOUSTON TX 77253-3064 | 713-844-3503 | houston_bankruptcy@publicans.com | Email |
| COUNSEL FOR ORACLE AMERICA, INC. | MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT, ESQUIRE 300 DELAWARE AVENUE SUITE 800 WILMINGTON DE 19801 | 302-888-1119 | jhuggett@margolisedelstein.com | Email |
| COUNSEL TO THE COUNTY OF HAYS, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY P.O. BOX 1269 ROUND ROCK TX 78680 | 512-323-3205 | | Fax |
| COUNSEL TO PRINCE GEORGE'S COUNTY, MARYLAND | MEYERS, RODBELL & ROSENBAUM, P.A. | ATTN: M. EVANS MEYERS 6801 KENILWORTH AVENUE SUITE 400 RIVERDALE MD 20737-1385 | | | Overnight Mail |
| COUNSEL TO THE MISSOURI DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE | ATTN: SHERYL L. MOREAU 301 W. HIGH STREET, ROOM 670 PO BOX 475 JEFFERSON CITY MO 65105-0475 | 573-751-7232 | | Fax |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE | OFFICE OF ATTORNEY GENERAL | ATTN: CHRISTOPHER R. MOMJIAN<br>THE PHOENIX BUILDING<br>1600 ARCH STREET, SUITE 300<br>PHILADELPHIA PA 19103 | 717-772-4526 | crmomjian@attorneygeneral.gov | Fax and Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BRYA MICHELE KEILSON<br>844 KING ST STE 2207<br>WILMINGTON DE 19801 | 302-573-6497 | brya.keilson@usdoj.gov | Fax and Email |
| COUNSEL TO THE SENIOR SECURED NOTEHOLDERS, PREPETITION NOTEHOLDERS AND DIP NOTE LENDERS, CORTLAND CAPITAL MARKET SERVICES LLC AS THE DIP NOTES AGENT | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, JAMES E. O'NEILL, ERICA S. WEISGERBER & COLIN R. ROBINSON<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8505<br>WILMINGTON DE 19899-8705 | 302-652-4400 | bsandler@pszjlaw.com<br>joneill@pszjlaw.com<br>crobinson@pszjlaw.com | Fax and Email |
| COUNSEL TO THE STALKING HORSE BIDDER | PEPPER HAMILTON LLP | ATTN: DAVID FOURNIER & EVELYN METZLER<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>WILMINGTON DE 19899 | 302-421-8390 | meltzere@pepperlaw.com<br>fournierd@pepperlaw.com | Fax and Email |
| COUNSEL TO MARATHON OPCO, LLC (Purchaser) | PEPPER HAMILTON LLP | ATTN: DAVID M. FOURNIER, ESQ. & EVELYN J. MELTZER, ESQ.<br>HERCULES PLAZA, SUITE 5100<br>1313 N. MARKET STREET<br>WILMINGTON DE 19899-1709 | | fournied@pepperlaw.com<br>meltzere@pepperlaw.com | Overnight Mail and Email |
| COUNSEL TO CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, THE WOODLANDS ROAD UTILITY DISTRICT # 1 AND THE WOODLANDS METRO CENTER M.U.D. | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: OWEN M SONIK<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | 713-862-1429 | osonik@pbfcm.com | Fax and Email |
| COUNSEL TO DEBTOR | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, MICHAEL J. MERCHANT, AMANDA R. STEELE, BRENDAN J. SCHLAUCH, MEGAN E. KENNEY<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | 302-651-7701 | collins@rlf.com<br>merchant@rlf.com<br>steele@rlf.com<br>schlauch@rlf.com<br>kenney@rlf.com | Email |
| COUNSEL TO THE ABL ADMINISTRATIVE AGENT AND ABL DIP AGENT; CITIZENS BUSINESS CAPITAL, AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT | RIEMER BRAUNSTEIN LLP | ATTN: DONALD E. ROTHMAN, LON M. SINGER, JAIME RACHEL KOFF, AND JEREMY LEVESQUE<br>THREE CENTER PLAZA<br>SUITE 600<br>BOSTON MA 02108 | 617-692-3556; 212-719-0140; 617-692-3471; 617-880-3456 | Drothman@riemerlaw.com<br>Lsinger@riemerlaw.com<br>JKoff@riemerlaw.com<br>Jlevesque@riemerlaw.com | Email |
| COUNSEL TO CITIZENS BUSINESS CAPITAL, AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT | RIEMER BRAUNSTEIN LLP | ATTN: STEVEN E. FOX<br>TIMES SQUARE TOWER, SUITE 2506<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 | 212-719-0140 | sfox@riemerlaw.com | Email |

In re:  The Relay Shoe Company, LLC, et. al.
Case No. 18-11145 (LSS)

Page 5 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to adidas AG and Reebok International Ltd. | ROPES & GRAY LLP | ATTN: MARC B. ROITMAN, ESQ., KIMBERLY J. KODIS, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 | 212-596-9090 | Marc.Roitman@ropesgray.com Kimberly.Kodis@ropesgray.com | Fax and Email |
| Counsel to adidas AG and Reebok International Ltd. | ROPES & GRAY LLP | ATTN: STEPHEN MOLLER-SALLY, ESQ. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 | 617-951-7050 | SSally@ropesgray.com | Fax and Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 | | secbankruptcy@sec.gov | Overnight Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE 200 VESEY STREET STE 400 NEW YORK NY 10281-1022 | | bankruptcynoticeschr@sec.gov NYROBankruptcy@SEC.GOV | Overnight Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD STE 520 PHILADELPHIA PA 19103 | | secbankruptcy@sec.gov | Overnight Mail and Email |
| COUNSEL TO SIMON PROPERTY GROUP, INC., AS LANDLORD | SIMON PROPERTY GROUP, L.P. | ATTN: RONALD M. TUCKER, ESQ. 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 | 317-263-7901 | rtucker@simon.com | Email |
| ATTORNEY FOR RIVERWALK MARKETPLACE (NEW ORLEANS) LLC | SPECTOR & JOHNSON, PLLC | ATTN: HOWARD MARC SPECTOR 12770 COIT ROAD SUITE 1100 DALLAS TX 75251 | 214-237-3380 | hmspector@spectorjohnson.com | Email |
| COUNSEL TO RICHTER ADVISORY GROUP INC., IN ITS CAPACITY AS INFORMATION OFFICER | STIKEMAN ELLIOTT LLP | ATTN: ELIZABETH PILLON, SANJA SOPIC 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA | 416-947-0866 | lpillon@stikeman.com ssopic@stikeman.com | Fax and Email |
| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 | | | Overnight Mail |
| Secretary of Labor, United States Department of Labor | U.S. Department of Labor | Attn: Donald E. d'Entremont Office of the Regional Solicitor JFK Federal Building - Room. E-375 Boston MA 02203 | 617-565-2142 | | Fax |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Fax and Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WHITEFORD, TAYLOR & PRESTON LLC | ATTN: CHRISTOPHER M. SAMIS, L. KATHERINE GOOD, AARON H. STULMAN<br>405 NORTH KING STREET<br>SUITE 500<br>WILMINGTON DE 19801 | 302-661-7950 | csamis@wtplaw.com<br>kgood@wtplaw.com<br>astulman@wtplaw.com | Overnight Mail, Fax and Email |
| COUNSEL TO RICHTER ADVISORY GROUP INC., IN ITS CAPACITY AS INFORMATION OFFICER | WOMBLE BOND DICKINSON (US) LLP | ATTN: MARK L. DESGROSSEILLIERS, ERICKA F. JOHNSON, MORGAN L. PATTERSON<br>222 DELAWARE AVENUE<br>SUITE 1501<br>WILMINGTON DE 19801 | 302-252-4330 | mark.desgrosseilliers@wbd-us.com<br>ericka.johnson@wbd-us.com<br>morgan.patterson@wbd-us.com | Fax and Email |

**Exhibit B**

Exhibit B
Respondents Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | FAX | EMAIL | METHOD OF SERVICE |
|------|-------------|-----------|-----------|------|-------|-----|-----|-------|-------------------|
| DUANE MORRIS LLP | Attn: Michael R. Lastowski | 222 Delaware Avenue, Suite 1600 | | Wilmington | DE | 19801 | 302-657-4901 | mlastowski@duanemorris.com | Overnight Mail, Fax and Email |
| DUANE MORRIS LLP | Attn: Wendy M. Simkulak, Drew S. McGehrin | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | 215-689-4951; 215-689-2165 | wmsimkulak@duanemorris.com; dsmcgehrin@duanemorris.com | Fax and Email |

In re:  The Relay Shoe Company, LLC, et. al.,
Case No. 18-11145 (LSS)