IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                    )
In re:                                  )    Chapter 11
                                    )
THE RELAY SHOE COMPANY, LLC, *et al.*,    )    Case No. 18-11145 (LSS)
                                    )
        Debtors.[1]                   )    (Jointly Administered)
_____  )

**DECLARATION OF JAMES DALOIA OF PRIME CLERK LLC REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION**

I, James Daloia, declare, under the penalty of perjury:

1.    I am the Director of Solicitation and Public Securities at Prime Clerk LLC ("Prime Clerk"), located at 830 Third Avenue, 9th Floor, New York, New York 10022. I am over the age of eighteen years and not a party to the above-captioned case. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2.    I submit this Declaration with respect to the solicitation of votes and the tabulation of ballots cast on the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation*, dated October 16, 2018 [Docket No. 554] (as amended, supplemented, or modified from time to time, the "Plan")[2]. Except as otherwise noted, all facts set forth herein are based on

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay 1-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Shoe Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

[2] All capitalized terms used by not otherwise defined herein have the meanings ascribed to them in the Plan or Solicitation Procedures Order (as defined below), as applicable.

my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. I am authorized to submit this Declaration on behalf of Prime Clerk. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. This Court authorized Prime Clerk's retention as (a) the claims, noticing, and solicitation agent to the above-captioned debtors and debtors in possession (collectively, the "Debtors") pursuant to the *Order Appointing Prime Clerk LLC as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date*, dated May 15, 2018 [Docket No. 49] and (b) the administrative advisor pursuant to the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date,* dated June 12, 2018 [Docket No. 222] (collectively, the "Retention Orders"). The Retention Orders authorize Prime Clerk to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan. Prime Clerk and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

**Service and Transmittal of Solicitation Packages and the Tabulation Process**

4. Pursuant to the *Order (A) Approving the Disclosure Statement as Set Forth in the Combined Plan and Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Confirmation Hearing and Deadline for Filing Objections to Final Approval of the Combined Plan and Disclosure Statement and Confirmation Thereof, and (F) Approving the Related Form of Notice*, dated October 16, 2018 [Docket No. 557] (the "Interim Approval and Procedures Order"), the Court established procedures to solicit votes

from and tabulate ballots submitted by holders entitled to vote on the Plan (the "Solicitation Procedures"). Prime Clerk adhered to the Solicitation Procedures outlined in the Interim Approval and Procedures Order and the ballots, which were distributed to parties entitled to vote on the Plan. I supervised the solicitation and tabulation performed by Prime Clerk's employees.

5. The Interim Approval and Procedures Order established October 12, 2018, as the record date (the "Voting Record Date") for determining which holders were entitled to vote on the Plan. Pursuant to the Plan and the Solicitation Procedures, only holders as of the Voting Record Date in the following classes were entitled to vote to accept or reject the Plan (the "Voting Classes"):

| Plan Class | Class Description |
|---|---|
| 2 | Prepetition Note Secured Claims against U.S. Debtors |
| 4(a) | General Unsecured Claims against U.S. Debtors |
| 4(b) | General Unsecured Claims against Rockport Canada |

6. In accordance with the Solicitation Procedures, Prime Clerk worked closely with the Debtors and their advisors to identify the holders entitled to vote in the Voting Classes as of the Voting Record Date, and to coordinate the distribution of solicitation materials to these holders. A detailed description of Prime Clerk's distribution of solicitation materials is set forth in Prime Clerk's *Affidavit of Service of Solicitation Materials*, which was filed with this Court on October 24, 2018 [Docket No. 576].

7. Further, in accordance with the Solicitation Procedures, Prime Clerk received, reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Plan. Each ballot submitted to Prime Clerk was date-stamped, scanned, assigned a ballot number, entered into Prime Clerk's voting database, and processed in accordance with the Solicitation

Procedures. To be included in the tabulation results as valid, the ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant holder entitled to vote on the Plan (or such holder's authorized representative), (c) returned to Prime Clerk via an approved method of delivery set forth in the Solicitation Procedures and (d) received by Prime Clerk by 5:00 p.m. (prevailing Eastern Time) on November 19, 2018 unless otherwise extended with the consent of the Debtors (the "Voting Deadline").

8.  All valid ballots cast by holders entitled to vote in the Voting Classes and received by Prime Clerk on or before the Voting Deadline[3] were tabulated pursuant to the Solicitation Procedures.

9.  The final tabulation of votes cast by timely and properly completed ballots received by Prime Clerk is attached hereto as **Exhibit A**.[4]

10. A report of all ballots excluded from the final tabulation prepared by Prime Clerk, and the reasons for exclusion of such ballots, is attached hereto as **Exhibit B**.

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information is true and correct.

Dated: December 7, 2018

_____
James Daloia
Director of Solicitation and Public Securities
Prime Clerk LLC

---

[3] The Debtors extended the Voting Deadline for Corporate Capital Trust and the Oregon Public Employees Retirement Fund to November 23, 2018.

[4] At the request of counsel to the Debtors, in addition to the final tabulation of votes attached as Exhibit A, Prime Clerk also prepared a tabulation report excluding the votes of potential insiders from Class 4(a). The tabulation report when excluding the votes of potential insiders provided that 79.17% in number and 86.86% in amount of claims of creditors in Class 4(a) have voted to accept the Plan. Accordingly, notwithstanding the exclusion of the votes of potential insiders, Class 4(a) voted to accept the Plan.