## **Exhibit A**

Final Vote Tabulation

**The Relay Shoe Company, LLC, *et al.***
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting | Number Rejecting | AmountAccepting | AmountRejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| 2 | Prepetition Note Secured Claims against U.S. Debtors | 8 | 0 | $45,264,775.76 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 4(a) | General Unsecured Claims against U.S. Debtors | 43 | 10 | $129,081,753.79 | $3,121,540.75 | Accept |
| | | 81.13% | 18.87% | 97.64% | 2.36% | |
| 4(b) | General Unsecured Claims against Rockport Canada | 23 | 4 | $3,345,834.86 | $77,982.70 | Accept |
| | | 85.19% | 14.81% | 97.72% | 2.28% | |