# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____
                                        )
In re:                                  )    Chapter 11
                                        )
THE RELAY SHOE COMPANY, LLC, *et al.*,  )    Case No. 18-11145 (LSS)
                                        )
Debtors.[1]                             )    Jointly Administered
                                        )
                                        )
_____)

## NOTICE OF AGENDA ON MATTERS SCHEDULED FOR HEARING ON DECEMBER 19, 2018 AT 10:30 A.M. (ET)[2]

I.  **RESOLVED MATTER WITH CERTIFICATION TO BE SUBMITTED:**

1.  Debtors' First Omnibus (Substantive) Objection to Certain Misclassified and No Liability Claims [Docket No. 579 - filed October 29, 2018]

    Response/Objection Deadline:    November 19, 2018 at 4:00 p.m. (ET); extended to November 20, 2018 at 4:00 p.m. (ET) for Hemisphere Design & Manufacturing LLC ("**Hemisphere**")

    Responses/Objections Received:

    A.  Informal Comments from Hemisphere

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay 1-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Shoe Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

[2] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the December 19, 2018 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with *the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*. All motions and other pleadings referenced herein are available online free of charge at the following address: https://cases.primeclerk.com/rockport.

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim re: Debtors' First Omnibus (Substantive) Objection to Certain Misclassified and No Liability Claims [Docket No. 601 - filed November 20, 2018]

ii. Order Sustaining Debtors' First Omnibus (Substantive) Objection to Certain Misclassified and No Liability Claims [Docket No. 613 - entered November 26, 2018]

Status: The Debtors and Hemisphere have reached a resolution regarding the informal response and intend to submit a stipulation reflecting such resolution under certification of counsel prior to the hearing. On November 26, 2018, the Court entered an order granting the relief requested in the objection for all claims other than the claim of Hemisphere.

## II. MATTER GOING FORWARD:

2. Motion for Entry of an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal the Objection of the Official Committee of Unsecured Creditors to the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 622 - filed December 3, 2018]

    Response/Objection Deadline:    At the hearing.

    Responses/Objections Received:

    A. Informal comments from the Office of the United States Trustee (the "**U.S. Trustee**")

    Related Documents:

    i. (SEALED) Objection of the Official Committee of Unsecured Creditors to the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 620 - filed December 3, 2018] *(Document located under tab 3.B.)*

    ii. (REDACTED) Objection of the Official Committee of Unsecured Creditors to the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 621 - filed December 3, 2018] *(Document located under tab 3.C.)*

    Status: The hearing on this matter is going forward.

**III.   CONFIRMATION:**

3. Revised Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 649 - filed December 17, 2018] (the "**Revised Plan**")

    Response/Objection Deadline: November 19, 2018 at 4:00 p.m. (ET); extended for the U.S. Securities & Exchange Commission (the "**SEC**") to November 26, 2018 at 12:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to December 3, 2018 at 4:00 p.m. (ET); extended generally for the U.S. Trustee

    Responses/Objections Received:

    A. Objection of the Chubb Companies to Final Approval of the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 599 - filed November 19, 2018]

    B. (SEALED) Objection of the Official Committee of Unsecured Creditors to the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 620 - filed December 3, 2018]

    C. (REDACTED) Objection of the Official Committee of Unsecured Creditors to the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 621 - filed December 3, 2018]

    D. Informal comments from the SEC

    E. Informal Comments from the U.S. Trustee

    F. Informal Comments from Attune Consulting USA, Inc. ("**Attune**")

    Related Documents:

    i. Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 554 - filed October 16, 2018]

    ii. Order (A) Approving the Disclosure Statement Set Forth in the Combined Plan and Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Confirmation Hearing and Deadline for Filing Objections to Final Approval of the Combined Plan and Disclosure Statement and confirmation Thereof, and (F) Approving the Related Form of Notice [Docket No. 557 - entered October 16, 2018]

iii. Notice of (I) Establishment of Solicitation and Voting Procedures and (II) Final Hearing on Confirmation of Combined Plan and Disclosure Statement [Docket No. 559 - filed October 16, 2018]

iv. Notice of Filing of Plan Supplement [Docket No. 591 - filed November 9, 2018]

v. Motion for Entry of an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal the Objection of the Official Committee of Unsecured Creditors to the Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 622 - filed December 3, 2018] *(Document located under tab 2.)*

vi. Notice of Filing of Blackline of Revised Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 650 - filed December 17, 2018]

vii. Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 651 - filed December 17, 2018]

viii. Declaration of Paul Kosturos in Support of Confirmation of the Revised Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 652 - filed December 17, 2018]

ix. Notice of Filing of Findings of Fact, Conclusions of Law, and Order (I) Approving Revised Combined Disclosure Statement and Chapter 11 Plan of Liquidation as Containing Adequate Information on a Final Basis and (II) Confirming Revised Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 653 - filed December 17, 2018]

Status: The confirmation hearing is going forward.  The Debtors have resolved the informal comments of the SEC, the U.S. Trustee and Attune.  The Debtors believe that the revisions contained in the Revised Plan [Docket No. 649] address the concerns raised in the remaining objections, but the Revised Plan remains subject to the review of such objecting parties and other parties-in-interest.

Dated: December 17, 2018
      Wilmington, Delaware

          */s/ Amanda R. Steele*
          Mark D. Collins (No. 2981)
          Michael J. Merchant (No. 3854)
          Amanda R. Steele (No. 5530)
          Brendan J. Schlauch (No. 6115)
          Megan E. Kenney (No. 6426)
          RICHARDS, LAYTON & FINGER, P.A.
          One Rodney Square
          920 North King Street
          Wilmington, Delaware 19801
          Telephone:  302-651-7700
          Fax:  302-651-7701
          Email:  collins@rlf.com
                   merchant@rlf.com
                   steele@rlf.com
                   schlauch@rlf.com
                   kenney@rlf.com

          *Counsel to the Debtors*