**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE RELAY COMPANY, LLC, *et al.*, | ) | Case No. 18-11145 (LSS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF (A) ENTRY OF FINDINGS OF FACT,
CONCLUSIONS OF LAW, AND ORDER (I) APPROVING REVISED COMBINED
DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION
AS CONTAINING ADEQUATE INFORMATION ON A FINAL BASIS
AND (II) CONFIRMING REVISED COMBINED DISCLOSURE STATEMENT
AND CHAPTER 11 PLAN OF LIQUIDATION AND (B) EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") of the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, confirming and approving the *Revised Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 649] (including all exhibits thereto and as the same may be amended, modified or supplemented from time to time, the "**Combined Plan and Disclosure Statement**")[2] was entered on December 19, 2018 [Docket No. 664].

**PLEASE TAKE FURTHER NOTICE** that, on December 21, 2018, the Ontario Superior Court of Justice (Commercial List) granted an order recognizing and enforcing the Confirmation Order in Canada.

**PLEASE TAKE FURTHER NOTICE** that all conditions precedent to effectiveness pursuant to Article XV.B of the Combined Plan and Disclosure Statement have been satisfied or waived. Therefore, today, December 31, 2018, is the Effective Date of the Combined Plan and Disclosure Statement.

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: Relay Blocker, LLC (f/k/a Rockport Blocker, LLC) (5097), The Relay Group Holdings, LLC (f/k/a The Rockport Group Holdings, LLC) (3025), Relay 1-P Holdings, LLC (f/k/a TRG 1-P Holdings, LLC) (4756), Relay Intermediate Holdings, LLC (f/k/a TRG Intermediate Holdings, LLC) (8931), Relay Class D, LLC (f/k/a TRG Class D, LLC) (4757), The Relay Group, LLC (f/k/a The Rockport Group, LLC) (5559), The Relay Company, LLC (f/k/a The Rockport Company, LLC) (5456), Drydock Footwear, LLC (7708), DD Management Services LLC (8274), and Relay Opco Canada ULC (f/k/a Rockport Canada ULC) (3548). The debtors' mailing address is 1220 Washington Street, West Newton, Massachusetts 02465.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Combined Plan and Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the Combined Plan and Disclosure Statement and its provisions are binding on, among others, the Debtors, all holders of Claims and Interests (irrespective of whether such Claims or Interests are impaired under the Combined Plan and Disclosure Statement or whether the Holders of such Claims or Interests have accepted the Combined Plan and Disclosure Statement), and any and all non-Debtor parties to executory contracts and unexpired leases with the Debtors, as provided in the Combined Plan and Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that any Holder of a Claim arising from the rejection of an executory contract or unexpired lease pursuant to the Combined Plan and Disclosure Statement must submit a Proof of Claim on account of such Claim by no later than **January 30, 2019 at 5:00 p.m. (prevailing Eastern Time)** to the Claims Agent at the following address: The Rockport Company, LLC Claims Processing Center c/o Prime Clerk LLC, 850 Third Avenue, Suite 412 Brooklyn, New York 11232.  **Any Proofs of Claim not submitted and actually received by the Claims Agent by such date will be forever barred from assertion against the Debtors and their Estates.**

**PLEASE TAKE FURTHER NOTICE** that the Administrative Expense Claim Bar Date is January 30, 2019 at 4:00 p.m. (prevailing Eastern Time).  Unless otherwise ordered by the Bankruptcy Court, Holders of Administrative Expense Claims (other than the Holders of Professional Fee Administrative Claims and the Claims of Governmental Units arising under Section 503(b)(1)(B), (C), or (D) of the Bankruptcy Code) that do not file requests for allowance and payment thereof on or before the Administrative Expense Claim Bar Date shall forever be barred from asserting such Administrative Expense Claims against the Debtors and their Estates.

**PLEASE TAKE FURTHER NOTICE** that all requests for compensation or reimbursement of Professionals retained in these Chapter 11 Cases for services performed and expenses incurred prior to the Effective Date shall be filed and served on (a) the Debtors' counsel, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, DE 19801, Attn: Mark D. Collins, Michael J. Merchant and Amanda R. Steele, (b) the United States Trustee, 844 King Street, Suite 2207, Lockbox #35, Wilmington, DE 19801, Attn: Brya Keilson, and (c) counsel to the Creditors' Committee (i) Cooley LLP, 1114 Avenue of the Americas, New York, New York 10036 Attn: Jay Indyke, jindyke@cooley.com, and (ii) Whiteford, Taylor & Preston LLC, 405 North King Street, Suite 500, Wilmington, Delaware 19801, Attn: Christopher M. Samis, csamis@wtplaw.com, and such other entities who are designated by the Bankruptcy Rules, the Confirmation Order, or other order of the Bankruptcy Court, by no later than **January 30, 2019 at 4:00 p.m. (prevailing Eastern Time)**, unless otherwise agreed by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, after the Effective Date, all notices previously provided to the U.S. Debtors shall be addressed to the Liquidating Trustee at the following address:

>The Relay Shoe Company, LLC
>Liquidating Trustee c/o MHR Advisory Group
>6701 Bay Parkway
>3rd Floor
>Brooklyn, New York 11204
>Attn: Steve Balasiano
>Telephone: (347) 905-5669
>Email: steven@balasianolaw.com

**PLEASE TAKE FURTHER NOTICE** that, after the Effective Date, all notices previously provided to Rockport Canada shall be addressed to the Rockport Canada Plan Administrator at the following address:

>Richter Advisory Group Inc.
>Adam Sherman
>Pritesh Patel
>Richter Advisory Group Inc.
>181 Bay Street, Suite 3320
>Bay Wellington Tower
>Toronto ON  M5J 2T3
>Telephone: (416) 488-2345
>Email: asherman@richter.ca
>          ppatel@richter.ca

**PLEASE TAKE FURTHER NOTICE** that the copies of the Confirmation Order and the Combined Plan and Disclosure Statement may be obtained and/or are available for review without charge at the website of the Claims Agent, https://cases.primeclerk.com/rockport, or by contacting the Claims Agent via telephone ((844) 224-1137).

Dated: December 31, 2018
Wilmington, Delaware

                    Respectfully submitted,
                    RICHARDS, LAYTON & FINGER, P.A.

                    /s/ *Amanda R. Steele*
                    Mark D. Collins (No. 2981)
                    Michael J. Merchant (No. 3854)
                    Amanda R. Steele (No. 5530)
                    One Rodney Square
                    920 North King Street
                    Wilmington, Delaware 19801
                    Tel.: (302) 651-7700
                    Fax: (302) 651-7701
                    collins@rlf.com
                    merchant@rlf.com
                    steele@rlf.com

                    *Counsel to the Debtors and Debtors in Possession*