# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE RELAY SHOE COMPANY, LLC, *et al.*, | Case No. 18-11145 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Marc B. Roitman, hereby withdraws his appearance as counsel to adidas AG and Reebok International Ltd. (collectively, "Reebok"), in the above-captioned bankruptcy cases. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, remove him from the electronic and paper noticing matrix for the above-captioned cases. All other current counsel of record will continue to represent Reebok and are not intended to be affected by this notice.

Dated: April 24, 2020
Wilmington, Delaware

COLE SCHOTZ P.C.

 */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
preilley@coleschotz.com

-and-

ROPES & GRAY LLP
Stephen Moeller-Sally, Esquire
Kimberly J. Kodis, Esquire
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Ssally@ropesgray.com
Kimberly.Kodis@ropesgray.com

*Counsel to adidas AG and*
*Reebok International Ltd*